U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 27 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R00207)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.  1 18-CR-98

UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: March 27, 2018

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**MITZI BICKERS**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   X Yes   No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   Yes   X No

**Will the defendant require an interpreter?**   Yes   X No

District Judge:

Attorney: Kurt R. Erskine
Defense Attorney: Carl Lietz