| U.S. Department of Justice | FILED IN CHAMBERS |
|---|---|
| United States Attorney | U.S.D.C. Atlanta |

MAR 27 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Mitzi Bickers

**Agent to Arrest**

Indictment/Information

1   18-CR-98

UNDER SEAL

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

_____
Kurt R. Erskine
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94

ISSUED AND DELIVERED
TO U.S. MARSHAL
3/28/18
BY: _____
DEPUTY CLERK