MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
   PLEA AND
      SENTENCE



Time in Court: _____ Hrs **15** Min

Filed in Open Court:  Date: 4/05/2018  Time: **11:05**  Tape: FTR GOLD

Magistrate (presiding): **RUSSELL G. VINEYARD**  Deputy Clerk: **AMANDA ZARKOWSKY**

Case Number: 1:18-cr-98  Defendant's Name: **MITZI BICKERS**
AUSA: JEFFREY DAVIS  KURT ERKSINE  Defendant's Attorney: **Richard Hendrix – IA**
USPO/PTR: _____  Type Counsel: (✓) Retained ( ) CJA ( ) FPD ( ) Waived

✓ ARREST DATE: **4/5/18**
___ INTERPRETER: _____
✓ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT  Dft in custody? ( ) Yes ( ) No
✓ Defendant advised of right to counsel.  ( ) WAIVER OF COUNSEL filed.
___ ORDER appointing Federal Defender Program as counsel. ( ) INITIAL APPEARANCE ONLY.
___ ORDER appointing _____ as counsel.
✓ ORDER giving defendant **10 Days** days to employ counsel (cc: served by Mag CRD)
___ Dft to pay attorney fees as follows: _____
___ INFORMATION/COMPLAINT filed.    ___ WAIVER OF INDICTMENT filed.
✓ Copy indictment/information given to dft? (X) Yes ( ) No   Read to dft? ( ) Yes ( ) No (X) Prior to Hrg
___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
✓ ARRAIGNMENT HELD.( ) ~ indictment / information  ( ) Dft's WAIVER of appearance filed.
___ Arraignment continued to _____ at _____ Request of ( ) Govt ( ) Dft
___ Dft failed to appear for arraignment.  Bench warrant issued
✓ Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance.
___ MOTION TO CHANGE PLEA, and order allowing same.
✓ ASSIGNED TO JUDGE **SCJ**  for ( ) trial ( ) arraignment/sentence.
✓ ASSIGNED TO MAGISTRATE **LTW**  for pretrial proceedings.
___ Estimated trial time: _____ days.  ( ) SHORT ( ) MEDIUM (✓) LONG
___ PRE-SENTENCE INVESTIGATION filed. Referred to USPO for PSI and continued until _____ at _____ for sentencing.

_____  Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

_____  Temporary commitment issued.   Dft remanded to custody of US Marshals Service.

**BOND/PRETRIAL DETENTION HEARING**

✓  BOND / PRETRIAL DETENTION hearing held.

_____  Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

✓  WRITTEN ORDER TO FOLLOW.

_____  HEARING HELD on motion for reduction / modification of bond.

_____  Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

_____  WRITTEN ORDER TO FOLLOW.

✓  BOND SET at  $50,000

_____  Non-surety

✓  Surety   ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

_____  SPECIAL CONDITIONS: _____

_____

_____

_____

✓  Bond filed; defendant released.

_____  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

_____

_____

_____

**SENTENCE:** _____

_____

_____

_____

U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:18-CR-98

I, Mitzi Bickers, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1, 2, 3 through 5, 6 through 9, 10, and 11 thereof.

In Open Court this 5th day of April, 2018.

_____
SIGNATURE (Defense Attorney)
~~Carl Lietz~~ Richard Hendrix

_____
SIGNATURE (Defendant)
Mitzi Bickers

### INFORMATION BELOW MUST BE TYPED OR PRINTED

225 Peachtree Street, NE
1700 South Tower
Atlanta, Georgia 30303
Phone: (404) 588-3991
Bar Number: 346750

3306 Bay View Dr.
Jonesboro, GA. 30236

Phone: 334-560-9186

Filed in Open Court by:

_____
(Signature)

_____
Date

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Form No. USA-40-19-B
N.D. Ga. 11/8/12