FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR - 5 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO. 1:18-CR-98 |
| MITZI BICKERS, | |
| Defendant. | |

## ORDER

The above-named defendant having moved for additional time in which to obtain counsel of defendant's own choosing, for good cause shown

Defendant shall be allowed until the 16th day of April, 2018, to obtain counsel of defendant's own choosing. Defendant shall promptly notify Magistrate Judge Russell G. Vineyard and the United States attorney of the counsel employed, and counsel shall, file a written appearance with the Clerk by April 16, 2018, and furnish copies to the United States attorney and magistrate judge.

If counsel has not been retained by the allotted time, defendant shall appear before Magistrate Judge Russell G. Vineyard on Monday, April 16, 2018, at 2:00 p.m. for a determination as to whether counsel should be appointed.

The Clerk is DIRECTED to exclude time in this case pursuant to 18 U.S.C. § 3161(h)(7)(A)(B)(iv) from this date until counsel has appeared for defendant or until further order of the Court.

Let a copy of this Order be served upon defendant, the United States attorney, and the Pretrial Services officer.

IT IS SO ORDERED, this 5th day of April, 2018.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE