

**U.S. Department of Justice**

United States Attorney

Northern District of Georgia

*600 U.S. Courthouse*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

October 4, 2017

Carl Lietz, Esq.
Richard Hendrix, Esq.
Kevin Ross, Esq.

    Re: Proffer Session with Mitzi Bickers

Gentlemen:

    Your client, Mitzi Bickers, is scheduled for a proffer for the purpose of providing information. This is not a cooperation agreement and this agreement does not apply to any previous statements your client may have made to law enforcement officers. The following terms will govern any proffer session with your client:

    1. The United States Attorney's Office for the Northern District of Georgia and the Federal Bureau of Investigation (collectively "the Government") require completely truthful statements from you and your client, with no material misstatements or omissions of fact. Statements made to the Government by you or your client during this proffer session cannot and will not be used against her in the grand jury or at trial, if charges are brought against your client in the future. If at trial, your client offers evidence through witness testimony, documentary evidence, or in any other manner that is inconsistent (as determined by the presiding court) with the proffered information, the Government may use your client's proffered statements for cross-examination, impeachment, or rebuttal evidence. No statements made by your client during the proffer will be used against her to increase her offense level pursuant to the Sentencing Guidelines (Section 1B1.8). Crimes of violence are excluded from the terms of this paragraph.

    2. Without limitation, the Government is free to pursue any and all investigative leads derived in any way from the proffered information, which could result in the acquisition of evidence admissible against your client at trial or any in any subsequent proceedings in this case or any other matter.

    3. The proffer is to be provided for the purpose of allowing the Government to assess the credibility and value of the evidence that we believe your client can provide. Please understand in this regard that at this juncture your client is not entitled to any specific consideration regarding what potential charges may be filed against her solely because she gave this proffer.

    4. In agreeing to provide a proffer to the Government, your client agrees that the use of any statements or information provided by your client shall be governed by the terms and conditions set forth in this letter agreement. Furthermore, your client waives any right to challenge the admissibility of any such statements or information under Fed. R. Crim. P. 11 and Fed. R. Evid. 410.

    5. If this Office receives a request from another prosecutor's office for access to information obtained pursuant to this Proffer Agreement, this Office may furnish such information, but will do so only on the condition that the requesting office honor the provisions of this Agreement.

    6. No promises, agreements, or conditions have been entered into other than those set forth in this agreement, and none will be entered into unless memorialized in writing and signed by all parties. This agreement supersedes any prior promises, agreements or conditions between the parties.

Sincerely,

JOHN A. HORN
*United States Attorney*

KURT R. ERSKINE
*First Assistant U.S. Attorney*

\* \* \* \* \*

I have read this proffer agreement carefully and have reviewed it with my attorney. I understand and voluntarily agree to it.

_____       __10/4/17__
Mitzi Bickers                                        Date

I represent Mitzi Bickers as legal counsel. I have carefully reviewed this proffer agreement with my client. To my knowledge, the decision to enter into this proffer agreement is informed and voluntary.

_____       __10/4/17__
Counsel                                                Date

Witnesses to Agreement:

_____ SA, FBI, AT      __10/4/2017__
Witness                                                Date

_____ TFO/FBI/AT      __10-4-2017__
Witness                                                Date