| Batch | Description | Source | Bates Range |
|---|---|---|---|
| 113 | 0356, Mitzi Bickers, loan for 1062 Lena St. NW, Atlanta | BOA | BOA-MB-0356-0001 to 0115 |
| | 5954, Mitzi Bickers, sig card, stmts, deposits/cks | BOA | BOA-5954-MB-0001 to 1845 |
| | 5954, Mitzi Bickers, sig card, stmts, deposits/cks, 1/3/2011 - 12/13/2016 | | BOA-5954-MB-1846 to 4729 |
| | 5954, Deposits, offsets, ATM transactions | | BOA-5954-MB-4730 to 4857 |
| 151/152 | 6390, The Bickers Group, sig card, deposits/cks, 3/5/2015-11/30/2016 | BOA | BOA-BG-6390-0001 to 3066 |
| 17 | 2863, Signature Card - Derrty South Entertainment Group, Mitzi Bickers - owner, Shandarrick Burns - Controller, Floyd Thacker - accounting, stmts 8/30/06-8/31/07 | BOA | BOA-DS-2863-0001 to 0089 |
| 17 | 6043, Derrty South Entertainment Group, sig card, tmts, 6/9/06 - 07/31/07 | BOA | BOA-DS-6043-0001 to 0056 |
| 26 | 2728, Mitzi Bickers, stmts 12/12/09-9/11/11, some detail | Capital City Bank | CC-2728-0000 to 0033 |
| 26 | 4024, Bickers Group, LLC, balance info, stmts 3/28/14-4/28/15 | Capital City Bank | CC-4024-0001 to 0226 |
| 26 | 4766, 9025, Mitzi Bickers, statements 7/22/08 to 3/31/15, cks, deposits | Capital City Bank | CC-4766-0001 to 0321 |
| 26 | 5729, 9025, Mitzi Bickers, signature card | Capital City Bank | CC-5729-0000 to 0001 |
| 26 | 6039, Pirouette Companies, sig card, stmts, deposits/cks | Capital City Bank | CC-6039-0000 to 0392 |
| 193 | 03755, Shedreka Poole statements 2010-2017 | Credit Union Atl | CUA-03755-0001 to 0173 |
| 30 | 29145, Mitzi Bickers member signature card, info, stmts 12/1/11-1/1/14, loan documents, application docs, credit report | Credit Union Atl | CUA-29145-0001 to 0165 |
| 156 | 29145, Mitzi Bickers | Credit Union Atl | CUA-29145-0166 to 0175 |
| 215 | 29145, Mitzi Bickers, account back up information (NO BUSINESS CERTIFICATION) | Credit Union Atl | CUA-29145-0176 to 0179 |
| 220 | 29145, Mitzi Bickers. $25,000 transfer was from Poole acct #19302 | Credit Union Atl | CUA-29145-0180 |
| 168 | 7105, Cascade Building Systems, 1/30/10 - 12/31/2012, cks/dep | First Citizens Bank | FCB-CBS-7105-0001 to 1494 |
| 103 | 8877, Cascade Building Systems, stmts, cks/dep | First Citizens Bank | FCB-CBS-8877-0001 to 0491 |
| 168 | 8877, Cascade Building Systems, stmts 12/28/12 - 12/31/2016, cks/dep | First Citizens Bank | FCB-CBS-8877-0492 to 0961 |
| 66 | 9418, Emmanuel Baptist church, sig card, stmts, cks/deposits, corp resol. | First Citizens Bank | FCB-EBC-9418-000001 to 009735 |
| 138 | 9418, Emmanuel Baptist church, checks | First Citizens Bank | FCB-EBC-9418-009736 to 009754 |
| 278 | Korah Music Group, Mitzi Bickers, sig card, statements | First Citizens Bank | FCB-KMG-5302-0001 to 0050 |
| 278 | Korah Music Group, Mitzi Bickers, statements, cks, dep | First Citizens Bank | FCB-KMG-7395-0001 to 0032 |
| 67 | 6039, Pirouette Companies, Sig card, withdrawls, NO statements (statements under CC-) | First Citizens Bank (formerly Capital City Bank) | FCB-PC-6039-0001 to 0424 |
| 96 | 6039, Pirouette Companies, stmts 1/2012-6/2016 (bank sent statements by month alphabetically), cks/dep | First Citizens Bank (formerly Capital City Bank) | FCB-PC-6039-0425 to 1484 |
| 138 | 6039, Pirouette Companies, checks/dep: 8/6/12; 10/22/12; 11/1/12; 6/18/14; 6/24/14 | First Citizens Bank (formerly Capital City Bank) | FCB-PC-6039-1485 to 1501 |
| 67 | 4024, Bickers Group, LLC, sig card, withdrawls, NO statements, (statements under CC-) | First Citizens Bank (formerly Capital City Bank) | FCB-BG-4024-0001 to 0533 |
| 138 | 4024, Bickers Group, LLC, debits and deposits 1/29/15-3/2/15 | First Citizens Bank (formerly Capital City Bank) | FCB-BG-4024-0534 to 0572 |
| 67 | 2185, Ethel King Bickers, Mitzi Bickers, statements, checks/deposits | First Citizens Bank (formerly Capital City Bank) | FCB-MB-2185-0001 to 0646 |
| 67 | 4766, Mitzi Bickers, cks/deposits, NO Statements, (statements under CC-) | First Citizens Bank (formerly Capital City Bank) | FCB-MB-4766-0001 to 0178 |
| 138 | 4766, Mitzi Bickers, deposit 7/30/2008 | First Citizens Bank (formerly Capital City Bank) | FCB-MB-4766-0179 to 0185 |

| Batch | Description | Source | Bates Range |
|---|---|---|---|
| 67 | 0219, Elvin Mitchell, Jr., statements, cks/deposits | First Citizens Bank (formerly Capital City Bank) | FCB-EM-0219-0001 to 0879 |
| 96 | 0219, Elvin Mitchell, Jr., stmts 1/2010-12/2015 (bank sent by month alphabetical, so April 2010-2015 is first, August 2010-2015, etc), cks/deposits | First Citizens Bank | FCB-EM-0219-0880 to 1492 |
| 167 | 0219, Elvin R Mitchell, Jr., 12/25/2009 - 2/23/2017, cks/dep | First Citizens Bank | FCB-EM-0219-1493 to 2104 |
| 102 | 1766, ER Mitchell & Company, statements, cks/dep | First Citizens Bank | FCB-ER-1766-0001 to 0024 |
| 102 | 2186, ER Mitchell Company, statements, cks/dep | First Citizens Bank | FCB-ER-2186-0001 to 0431 |
| 102 | 4570, ER Mitchell Construction, stmts, cks/dep | First Citizens Bank | FCB-ER-4570-0001 to 0654 |
| 102 | 4942, ER Mitchell Company, stmts, cks/dep | First Citizens Bank | FCB-ER-4942-0001 to 0110 |
| 103 | 8885, ER Construction Company, stmts, cks/dep | First Citizens Bank | FCB-ER-8885-0001 to 0531 |
| 102 | 5379, MDM Construction Services, stmts, cks/dep | First Citizens Bank | FCB-MDM-5379-0001 to 0157 |
| 67 | 2728, Mitzi Bickers, cks, NO Statements (statements under CC-) | First Citizens Bank (formerly Capital City Bank) | FCB-MB-2728-0001 to 0022 |
| 67 | 9025, 5729, Mitzi Bickers, signature card, withdrawals | First Citizens Bank (formerly Capital City Bank) | FCB-MB-9025-0001 to 0050 |
| 96 | 9025, Mitzi Bickers, Signature Cards, stmts 1/2010-3/2016 (bank sent by month alphabetical), cks/dep | First Citizens Bank | FCB-MB-9025-0051 to 0392 |
| 138 | 9025, Mitzi Bickers transactions 1/3/13; 1/22/13; 6/13/13 | First Citizens Bank | FCB-MB-9025-0393 to 0405 |
| 195 | 9169, Shedreka B. Poole, 2/2010 to 11/2011 statements, checks, deposits, wire copy | First Citizens Bank | FCB-SP-9169-0001 to 0040 |
| 101 | 8155, Mitzi Bickers account | State Bank & Trust | STATE-BANK-MB-8155-0001 to 0048 |
| 123 | 8155, Mitzi Bickers, 2 deposits and a check | State Bank & Trust | STATE-BANK-MB-8155-0049 to 0051 |
| 101 | 8262, Mitzi Bickers account | State Bank & Trust | STATE-BANK-MB-8262-0001 to 0039 |
| 117 | 4484, cardholder account | SunTrust | SUNTRUST-4484-0001 to 0002 |
| 74 | 3510, ADM Properties, signature card, stmts 4/30/14-10/31/14, cks/dep | SunTrust | SUNTRUST-ADM-3510-0001 to 0027 |
| 99 | 3510, ADM Properties, stmts 11/1/14 - 4/30/16, withdrawal | SunTrust | SUNTRUST-ADM-3510-0028 to 0048 |
| 74 | 3857, Bickers Group, sig card, stmts 8/31/07-1/31/12, cks/dep | SunTrust | SUNTRUST-BG-3857-0001 to 0317 |
| 137 | 3857, Bickers Group, sig card, stmts 8/31/10 - 1/31/12, cks/dep | SunTrust | SUNTRUST-BG-3857-0317 to 0564 |
| 231 | 3857, teller transaction (3857) | SunTrust | SUNTRUST-BG-3857-0565 to 0566 |
| 137 | 4553, Bickers Group, sig card, stmts 1/31/10 - 4/31/10 | SunTrust | SUNTRUST-BG-4553-0001 to 0008 |
| 74 | 1514, Cascade Building, sig card, statement 10/31/14 | SunTrust | SUNTRUST-CB-1514-0001 to 0007 |
| 99 | 1514, Cascade Building Payroll, stmts 10/31/14 - 4/30/16 | SunTrust | SUNTRUST-CB-1514-0008 to 0027 |
| 74 | 2178, Cascade Building, sig card, stmts 1/31/09-4/30/14, cks/dep and stmts 5/31/14-10/31/14 | SunTrust | SUNTRUST-CB-2178-0001 to 0535 |
| 99 | 2178, Cascade Building-General Operating Acct, stmt 3/31/12 & 11/30/14-4/30/16, deposits, checks | | SUNTRUST-CB-2178-0536 to 1233 |
| 185 | 2178, Cascade Building, statement 10/31/10, adjustments, cks, deposits, wires | SunTrust | SUNTRUST-CB-2178-1234 to 1263 |
| 74 | 2225, Cascade Building, sig card, stmts 9/30/10-8/31/10 | SunTrust | SUNTRUST-CB-2225-0001 to 0026 |
| 74 | 7443, Cascade Building, Business account signature card | SunTrust | SUNTRUST-CB-7443-0001 to 0010 |
| 74 | 7677, Cascade Building, Business acct signature card, stmt 3/31/14-10/31/14 | SunTrust | SUNTRUST-CB-7677-0001 to 0022 |
| 99 | 7677, Cascade Building, stmts 11/30/14-12/31/15, Transaction detail | SunTrust | SUNTRUST-CB-7677-0023 to 0039 |
| 74 | 2079, Chateau Land, sig card, stmts 7/31/07-11/30/07, cks/dep | SunTrust | SUNTRUST-CL-2079-0001 to 0010 |
| 74 | 3865, Chateau Land, sig card, stmts 8/31/07-11/30/11, cks/dep | SunTrust | SUNTRUST-CL-3865-0001 to 0168 |

| Batch | Description | Source | Bates Range |
|---|---|---|---|
| 231 | 3865, Chateau Land, cash in receipts and teller journal (3865, 5745, 3857, 3840, 5055) | SunTrust | SUNTRUST-CL-3865-0169 to 0178 |
| 74 | 5642, Chateau Land, stmts 2/29/08-4/30/08 | SunTrust | SUNTRUST-CL-5642-0001 to 0005 |
| 74 | 5745, Chateau Land, sig acct, stmts 5/31/10-11/30/11, cks/dep | SunTrust | SUNTRUST-CL-5745-0001 to 0035 |
| 231 | 5745, Chateau Land, deposits | SunTrust | SUNTRUST-CL-5745-0036 to 0042 |
| 74 | 8937, CP Richards Construction, sig card, stmts 1/31/12-4/30/14, cks/dep | SunTrust | SUNTRUST-CP-8937-0001 to 0323 |
| 97 | 8937, C.P. Richards Construction-Payroll acct, sig card, stmts 12/31/09 - 12/31/10 | SunTrust | SUNTRUST-CP-8937-0324 to 0469 |
| 231 | 8937, CP Richards Construction, checks | SunTrust | SUNTRUST-CP-8937-0470 to 1577 |
| 74 | 8945, CP Richards Construction, sig card,cks/dep, stmts  2/29/12-4/30/14 | SunTrust | SUNTRUST-CP-8945-0001 to 0766 |
| 97 | 8945, C.P. Richards Construction-Operating acct, sig crd ,stmts 12/31/09-8/31/10 | SunTrust | SUNTRUST-CP-8945-0767 to 0965 |
| 231 | 8945, CP Richards Construction, checks | SunTrust | SUNTRUST-CP-8945-0966 to 8466 |
| 74 | 9166, CP Richards Construction, sig card, stmts, 3/31/12-7/31/13 | SunTrust | SUNTRUST-CP-9166-0001 to 0048 |
| 74 | 2178, Elvin Mitchell, signature card | SunTrust | SUNTRUST-EM-2178-0001 to 0003 |
| 231 | 2178, Elvin Mitchell, teller transactions (2178, 4489), (2178, 9254) | SunTrust | SUNTRUST-EM-2178-0004 to 0006 |
| 74 | 2781, Elvin Mitchell, sig card, stmts 7/9/07-5/7/14, cks/dep | SunTrust | SUNTRUST-EM-2781-0001 to 0291 |
| 98 | 2781, E R Mitchell, Marjorie Mitchell, sig card, statements 1/8/09 - 8/8/2015 | SunTrust | SUNTRUST-EM-2781-0292 to 0378 |
| 99 | 2781, ER Mitchell, stmts 1/8/10-9/8/15, debits, depotist | SunTrust | SUNTRUST-EM-2781-0379 to 0463 |
| 74 | 3558, Elvin Mitchell, sig card, stmts 7/30/07-5/11/11, debit memo | SunTrust | SUNTRUST-EM-3558-0001 to 0051 |
| 97 | 3558, ER Mitchell, Jr., sig card, Statements 1/30/09 - 5/11/11 | SunTrust | SUNTRUST-EM-3558-0052 to 0082 |
| 74 | 3823, Elvin Mitchell, signature card | SunTrust | SUNTRUST-EM-3823-0001 to 0003 |
| 99 | 3823, EC & WT Const DBA ER Mitchell Const, stmts 1/1/14-3/31/16, cks, deposits | SunTrust | SUNTRUST-EM-3823-0004 to 0443 |
| 211 | 3823, EC & WT supporting documentation for 2/2/11 transactions | SunTrust | SUNTRUST-EM-3823-0444 to 0447 |
| 231 | 3823, EC & WT teller transactions (3823, 2178, 9254), (3823), (3823) | SunTrust | SUNTRUST-EM-3823-0448 to 0451 |
| 97 | 4603, ER Mitchello, statements 1/21/09 - 10/21/13 (additional account #4603 records under SUNTRUST-EM-4803 as I had a typo (8 instead of the 6) | SunTrust | SUNTRUST-EM-4603-0001 to 0059 |
| 74 | 4603, Elvin Mitchell, sig card, stmts 7/19/07-10/21/13, cks/dep (NOTE-IN 4803 as I made a typeo, see also SUNTRUST-EM-4603-0001 bates range) | SunTrust | SUNTRUST-EM-4803-0001 to 0219 |
| 74 | 5647, Elvin Mitchell, safe-deposit box records | SunTrust | SUNTRUST-EM-5647-0001 to 0008 |
| 74 | 7824, Elvin Mitchell, sig card, 7/17/07-7/17/12, cks/dep | SunTrust | SUNTRUST-EM-7824-0001 to 0443 |
| 97 | 7824, ER Mitchell, Jr., sig card, statements 1/16/09 - 7/17/2012 | SunTrust | SUNTRUST-EM-7824-0444 to 0491 |
| 74 | 8250, Elvin Mitchell, sig card, stmts 6/20/14-11/20/14 | SunTrust | SUNTRUST-EM-8250-0001 to 0015 |
| 97 | 8250, Elvin Mitchell, signature card, statements 6/20/14 - 7/21/16 | SunTrust | SUNTRUST-EM-8250-0016 to 0048 |
| 99 | 8250, Elvin Mitchell, stmts 5/29/14-6/20/14 & stmts 12/22/14-4/21/16, cks,dep | SunTrust | SUNTRUST-EM-8250-0049 to 0201 |
| 74 | 1923, ER Mitchell Group, stmts 1/31/09-2/28/11, check | SunTrust | SUNTRUST-ER-1923-0001 to 0029 |
| 74 | 2152, ER Mitchell Group, stmts 1/31/09-2/28/11 | SunTrust | SUNTRUST-ER-2152-0001 to 0028 |
| 74 | 2363, ER Mitchell, stmts 1/31/09-1/31/10 | SunTrust | SUNTRUST-ER-2363-0001 to 0015 |
| 98 | 2363, E.R. Mitchell Construction, statements 9/30/09 - 1/31/10 | SunTrust | SUNTRUST-ER-2363-0016 to 0021 |
| 98 | 2765, E.R. Mitchell Company, sig card, statements 7/31/11 - 12/31/11 | SunTrust | SUNTRUST-ER-2765-0001 to 0077 |
| 185 | 3765, E.R. Mitchell, cks, deposits | SunTrust | SUNTRUST-ER-2765-0078 to 0647 |
| 98 | 3783, E.R. Mitchell Construction-payroll, stmts 10/31/14 - 7/31/16 | SunTrust | SUNTRUST-ER-3783-0001 to 0024 |

| Batch | Description | Source | Bates Range |
|---|---|---|---|
| 74 | 3823, EC & WT Construction dba ER Mitchell Construction, trans detail report, stmts 1/31/09-4/30/14, cks/dep | SunTrust | SUNTRUST-ER-3823-0001 to 0480 |
| 74 | 3823, EC&WT Construction dba ER Mitchell Construction, (additional production) stmts 1/31/11-12/31/11, 4/30/14-12/31/15, articles | SunTrust | SUNTRUST-ER-3823-0481 to 0946 |
| 185 | 3823, EC&WT Construction dba ER Mitchell Construction, stmts 12/31/11-4/30/14, checks, deposits, wires | SunTrust | SUNTRUST-ER-3823-0947 to 1660 |
| 98 | 4930, E.R. Mitchell Construction, statements 6/30/14 - 10/31/15 | SunTrust | SUNTRUST-ER-4930-0001 to 0019 |
| 185 | 4930, E.R. Mitchell Construction, deposits, withdrawal tickets | SunTrust | SUNTRUST-ER-4930-0020 to 0029 |
| 74 | 6123, ER Mitchell Construction, stmts 1/31/09-10/31/13, debit memos | SunTrust | SUNTRUST-ER-6123-0001 to 0072 |
| 74 | 6740, EC & WT Constructin dba ER Mitchell Construction, stmts 1/31/09-2/28/10 | SunTrust | SUNTRUST-ER-6740-0001 to 0016 |
| 99 | 6740, EC & WT Constructin dba ER Mitchell Construction, stmt 2/28/10 | SunTrust | SUNTRUST-ER-6740-0017 to 0018 |
| 74 | 8616, ER Mitchell Construction, stmts 1/31/09-4/30/14, cks/dep | SunTrust | SUNTRUST-ER-8616-0001 to 0239 |
| 74 | 8699, ER Mitchell, Payroll Account, stmts 1/31/09-4/30/12 | SunTrust | SUNTRUST-ER-8699-0001 to 0042 |
| 99 | 8699, ER Mitchell, Payroll Account, stmt | SunTrust | SUNTRUST-ER-8699-0043 to 0044 |
| 74 | 2851, Keyla Jackson, stmts 1/12/11-2/10/12 | SunTrust | SUNTRUST-KJ-2851-0001 to 0133 |
| 93 | 2861, Keyla Jackson, checks/deposits | SunTrust | SUNTRUST-KJ-2851-0133 to 0719 |
| 91 | 4033, Kelya Jackson, sig card, stmts 7/31/13-6/30/16, cks/dep | SunTrust | SUNTRUST-KJ-4033-0001 to 0157 |
| 172/174 | 6114, Kelya Jackson statements | SunTrust | SUNTRUST-KJ-6114-0000 to 0090 |
| 92 | 9520, Kelya Jackson, sig card, stmts 2/29/12-3/31/15, cks, dep | SunTrust | SUNTRUST-KJ-9520-0001 to 0182 |
| 137 | 3840, Mitzi Bickers, sig card, stmts 1/13/10 - 1/19/11, cks/dep | SunTrust | SUNTRUST-MB-3840-0001 to 0031 |
| 74 | 4210, Mitzi Bickers, sig card, stmts 9/30/07-12/31/07, cks/dep | SunTrust | SUNTRUST-MB-4210-0001 to 0016 |
| 74 | 4489, Mitzi Bickers, sig card, stmts 5/28/14-10/29/14 | SunTrust | SUNTRUST-MB-4489-0001 to 0009 |
| 84 | 4489, Mitzi Bickers, stmts 3/27/14-2/25/16, deposits/withdrawals | SunTrust | SUNTRUST-MB-4489-0010 to 0038 |
| 91 | 4489, Mitzi Bickers, sig card, stmts 3/27/14-6/28/16, dep, cks | SunTrust | SUNTRUST-MB-4489-0039 to 0079 |
| 117 | 4489, Mitzi Bickers deposit | SunTrust | SUNTRUST-MB-4489-0080 to 0081 |
| 231 | 4489, Mitzi Bickers deposit, teller transaction (4489, 9561, 9553, 3823, 9254) | SunTrust | SUNTRUST-MB-4489-0082 to 0084 |
| 74 | 4561, Mitzi Bickers, sig card, stmts 7/9/07-8/26/08, cks/dep | SunTrust | SUNTRUST-MB-4561-0001 to 0037 |
| 92 | 5055, Mitzi Bickers or Emmanuel Bickers, bus cert,stmts 1/14/11 - 11/15/11 | SunTrust | SUNTRUST-MB-5055-0001 to 0013 |
| 186 | 5055, Mitzi Bickers  deposit for $10,000 on 1/28/2011 | | SUNTRUST-MB-5055-0014 to 0016 |
| 172/174 | 6115, Mitzi Bickers statements | SunTrust | SUNTRUST-MB-6115-0000 to 0103 |
| 74 | 9553, Mitzi Bickers, sig card, stmts 5/14/14-11/14/14 | SunTrust | SUNTRUST-MB-9553-0001 to 0028 |
| 74 | 9553, Mitzi Bickers, stmts 12/16/13-1/15/16, ck/dep | SunTrust | SUNTRUST-MB-9553-0029 to 0138 |
| 74 | 9561, Mitzi Bickers, signature card | SunTrust | SUNTRUST-MB-9561-0001 to 0003 |
| 74 | 9561, Mitzi Bickers, ck/dep | SunTrust | SUNTRUST-MB-9561-0004 to 0031 |
| 255 | 9561, Mitzi Bickers and K. Jackson cashier's checks | SunTrust | SUNTRUST-MB-9561-0032 to 0036 |
| 91 | 1327, Pirouette Dance/Pirouette Companies, sig card, stmts 11/30/14-6/30/16, cks/dep | SunTrust | SUNTRUST-PD-1327-0001 to 0034 |
| 74 | 3717, Pirouette Dance/Pirouette Companies, stmts 12/31/09-9/30/10, ck/dep | SunTrust | SUNTRUST-PD-3717-0001 to 0224 |
| 74 | 4156, Pirouette Dance/Pirouette Companies, stmts 8/31/07-12/31/10, ck/dep | SunTrust | SUNTRUST-PD-4156-0001 to 0439 |
| 74 | 4508, Pirouette Dance/Pirouette Companies, stmts 6/30/14-8/29/14, dep | SunTrust | SUNTRUST-PD-4508-0001 to 0006 |

| Batch | Description | Source | Bates Range |
|---|---|---|---|
| 84 | 4508, Pirouette Dance/Pirouette Companies, stmts 8/29/14-12/31/14, ck/dep | SunTrust | SUNTRUST-PD-4508-0007 to 0014 |
| 92 | 4508, Pirouette Dance/Pirouette Companies, sig card, stmts 8/29/14-12/31/14, cks, dep | SunTrust | SUNTRUST-PD-4508-0015 to 0025 |
| 231 | 4508, Pirouette Dance/Pirouette Companies, teller transaction (4508, 1327) | SunTrust | SUNTRUST-MB-4508-0026 to 0027 |
| 74 | 9254, Pirouette Dance/Pirouette Companies, stmts 2/29/12-8/31/14 (in reverse order), cks/dep, sig card, more statements 5/31/14-11/30/14 and 8/31/14-10/31/14. | SunTrust | SUNTRUST-PD-9254-0001 to 0286 |
| 74 | 9254, Pirouette Dance/Pirouette Companies, 11/30/14-12/31/15, cks/dep | SunTrust | SUNTRUST-PD-9254-0287 to 0427 |
| 89 | 9254, Pirouette Dance, checks | SunTrust | SUNTRUST-PD-9254-0427.001 to 0584 |
| 93 | 9254, Pirouette Dance, 7/31/12 statement, Account Summary, checks | SunTrust | SUNTRUST-PD-9254-0585 to 0797 |
| 117 | 9254, Pirouette Dance, deposits | SunTrust | SUNTRUST-PD-9254-0798 to 0817 |
| 231 | 9254, Pirouette Dance, deposits | SunTrust | SUNTRUST-PD-9254-0818 to 0827 |
| 123 | 3291, Southern Horizon Real Estate Inc, acct sig card, stmts 3/31/11 - 12/31/12, deposits/cks | SunTrust | SUNTRUST-SHRE-3291-0001 to 0609 |
| 123 | 5169, Southern Horizon Real Estate Inc, stmts 4/30/12-12/31/12, deposits/cks | SunTrust | SUNTRUST-SHRE-5169-0001 to 0206 |
| 123 | 8156, Southern Horizon Real Estate Inc, acct sig card, stmts 3/31/11-12/31/12, deposits/cks | SunTrust | SUNTRUST-SHRE-8156-0001 to 0360 |
| 123 | 9996, Southern Horizon Real Estate Inc Rehman Homes, Sharon Patterson, certified checks | SunTrust | SUNTRUST-SHRE-9996-0001 to 0008 |
| 74 | 0572, Sharon Patterson, sig card, stmts 11/28/07-10/28/09 | SunTrust | SUNTRUST-SP-0572-0001 to 0053 |
| 74 | 5361, Sharon Patterson, sig card, stmts 7/27/07-10/29/07, cks/dep | SunTrust | SUNTRUST-SP-5361-0001 to 0019 |
| 74 | 9954, Sharon Patterson, sig card, trans detail reports, stmts 2/7/12-5/7/14, cks/dep | SunTrust | SUNTRUST-SP-9954-0001 to 1557 |
| 123 | 9954, Sharon Patterson, acct sig card, stmts 2/7/12-12/7/12 , Cks/dep, transaction detail report | SunTrust | SUNTRUST-SP-9954-1558 to 2072 |
|  | 0823, 5455, Mitzi Bickers, stmts 3/17/09-5/13/10 | Wells Fargo | WF-0823-0001 to 0163 |
|  | 1072, Mitzi Bickers, vehicle loan | Wells Fargo | WF-1072-0001 to 0031 |
|  | 4308, Mitzi Bickers, acct application, stmt 1/31/11-7/31/11, cks/dep. | Wells Fargo | WF-4308-0001 to 0055 |
|  | 8661, 5303, Mitzi Bickers, acct application, stmt 8/1/11-11/4/11, cks/dep | Wells Fargo | WF-8661-0001 to 0099 |
| 153 | 8661, Mitzi Bickers, checks, Wells Fargo Declaration | Wells Fargo | WF-8661-0100 to 0107 |
| 108 | 1998, ER Mitchell, Jr., financial statements | Wells Fargo | WF-ER-1998-0001 to 0321 |
| 108&110 | 6305, ER Mitchell Company, checks | Wells Fargo | WF-ER-6305-0001 to 0180 |
| 109 | 3601, ER Mitchell, Jr, sig card, dep/offset, stmts | Wells Fargo | WF-ER-3601-0001 to 0026 |
| 110 | 7309, ER Mitchell, Jr., sig card, stmts | Wells Fargo | WF-ER-7309-0001 to 0265 |
| 109 | 8766, ER Mitchell Co, stmts | Wells Fargo | WF-ER-8766-0001 to 0117 |
| 258 | 0001, Tony Yarber | Wells Fargo | MS-WF-0001-0002 to 0021 |
| 257 | 7188, Yarber, home loan | Wells Fargo | MS-WF-7188-0001 to 0251 |
| 258 | 7188, Tony Yarber | Wells Fargo | MS-WF-7188-0252 to 0371 |
| 270 | 9796, Tony Yarber DBA Campaign for Tony Yarber | Bancorp | MS-BANCORP-9796-0001 to 1312 |
| 272 | 9796, Tony Yarber DBA Campaign for Tony Yarber | Bancorp | MS-BANCORP-9796-01313 to 1477 |
| 272 | 2530, Campaign for Tony Yarber | Bancorp | MS-BANCORP-2530-0001 to 0002 |