# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL CASE** <br> **No. 1:18-CR-00098-SCJ** |
| **MITZI BICKERS** | |

## ORDER

In light of the exigent circumstances created by the Covid-19 pandemic, and consistent with the Court's direction during the status conference held remotely on April 8, 2021, the Court hereby **ORDERS** that the **JURY TRIAL** in this matter is **CONTINUED** to **TUESDAY, JANUARY 18, 2022** in Courtroom 1907, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309. The period between the previous trial date (September 1, 2020) and the continued trial date (January 18, 2022) shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)).

**IT IS SO ORDERED** this __19th__ day of April, 2021.

                                                      s/Steve C. Jones
                                          **HONORABLE STEVE C. JONES**
                                          **UNITED STATES DISTRICT JUDGE**