**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **CRIMINAL CASE** |
| **v.** | **No. 1:18-CR-00098-SCJ-LTW** |
| **MITZI BICKERS** | |

## ORDER

This matter is before the Court regarding the jury trial currently scheduled to begin January 18, 2022. On January 3, 2022, the Court held a teleconference hearing during which the Court, the Government, and counsel for Defendant discussed the current state and projected spread of the Covid-19 Omicron variant in Georgia. Given the public health concerns associated with the Omicron variant, the parties consented to the Court continuing the jury trial to a later date. Counsel for Defendant confirmed that Defendant consents to a continuance.

Accordingly, the Court **ORDERS** that the **JURY TRIAL** is **CONTINUED to WEDNESDAY, MARCH 9, 2022 at 9:30 a.m.**, in Courtroom 1907, United States

Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA. The period between the previous trial date and the continued trial date shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act (18 U.S.C. § 3161, et seq.).

Further, the Court **ORDERS** that the pretrial conference in this matter will take place on **THURSDAY, MARCH 3, 2022 at 10:00 a.m.** in Courtroom 1907, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA. The pretrial conference currently scheduled for January 12, 2022 is hereby cancelled.

**IT IS SO ORDERED** this 4th day of January, 2022.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2