IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE |
| v. | No. 1:18-CR-00098-SCJ-LTW |
| MITZI BICKERS | |

## ORDER

This matter is before the Court to perfect the record. Defendant's filing at Doc. No. [124] included a request for additional time to review the Government's proposed juror questionnaire. Doc. No. [124], 2–3. Defendant also requested that the Court shorten the length of the questionnaire. Id. Finally, Defendant asked to include certain questions related to the Covid-19 pandemic. Id. at 3–4.

After review, the Court determines that these requests are moot or are otherwise due to be denied. Defendant's request for more time to review the questionnaire is moot, and the Court has provided the questionnaire it plans to use for the trial (Doc. No. [166]). Thus, the requests for relief discussed herein and

contained in Doc. No. [124] are **DENIED**. The Court **DIRECTS** the Clerk to terminate the pendency of Doc. No. [124].

**IT IS SO ORDERED** this 7th day of January, 2022.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**