IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Criminal Action No: 1:18-CR-98-SCJ-LTW |
| ) | |
| MTZI BICKERS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>DEFENDANT'S OBJECTION TO GOVERNMENT'S INTENT TO INTRODUCE</u>

<u>EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 404(B)</u>

COMES NOW the defendant, Mitzi Bickers, and files this Objection to Government's Notice of Intent to Introduce Evidence Under Federal Rule of Evidence 404(b).

On February 23, 2022, the government filed a notice of intent to introduce certain evidence of Ms. Bickers' alleged prior acts under Rule 404(b) of the Federal Rules of Evidence. In their notice, the government cited to a discovery document, FBI Form FD-302 to which the government then misstates the contents of that report as grounds to admit this evidence. In reality, the conduct relayed in the government's notice amounts to nothing more than Ms. Bickers attempting to locate the contact information of a potential witness so that she could give it to her counsel, as is her constitutional right as a criminal defendant to interview witnesses and effectively present a defense. It was clear in this report that any contact information was then going to be turned over to her counsel for a witness interview, a fact the government fails to note. The government is attempting to paint an innocuous phone call into something sinister by manipulating the report and cherry-picking phrases out of context. The government also fails to mention in their filing of other evidence that they are well aware of that contradict their

characterization of this alleged evidence. This is functionally an attempt by the government to try to hinder Ms. Bickers' defense by broadcasting to the public that any attempt to interview witnesses in her case will result in baseless and highly publicized allegations of impropriety.

Furthermore, it is highly improper that the government chose to make this public and baseless filing (of which undersigned counsel have already been made aware of media reports stemming from it) just a week before the potential jury pool is due to be summonsed.

Wherefore, defendant Bickers respectfully files her strong objection to the admission of this proposed evidence as it is not evidence, not proper, non-probative to any enumerated exception under FRE 404(b), and highly prejudicial.

Respectfully submitted,

*s/Drew Findling*

_____
Drew Findling
Georgia Bar No. 260425

*s/Marissa Goldberg*

_____
Marissa Goldberg
Georgia Bar No. 672798

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO. |
| | ) | 1:18-CR-98-SCJ-LTW |
| MITZI BICKERS | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within and foregoing Motion:

DEFENDANT'S OBJECTION TO GOVERNMENT'S INTENT TO INTRODUCE EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 404(B)

By electronic service:

> AUSA Nathan Kitchens
> AUSA Jeffrey Davis
> AUSA Tiffany Dillingham

This 23rd day of February, 2022.

Respectfully submitted,

*s/Marissa Goldberg*
_____
Marissa Goldberg