# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/09/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 6:00 P.M.         COURT REPORTER: Viola Zborowski
TIME IN COURT: 7:00                     DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA |
| | Tiffany Dillingham representing USA |
| | Drew Findling representing Mitzi Bickers |
| | Marissa Goldberg representing Mitzi Bickers |
| | Zachary Kelehear representing Mitzi Bickers |
| PROCEEDING CATEGORY: | Jury Trial Began; Jury Impaneled; Jury Selection(Arraignment/Plea); Voir Dire Held; |
| JURY INFORMATION: | Jury was Sworn. The Rule of Sequestration was not invoked. |
| MINUTE TEXT: | Jury trial began. Voir dire conducted; jury selected and sworn. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/10/2022. Jurors excused until the above time under the usual caution of the Court. |