IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**v.**

**MITZI BICKERS**

**CRIMINAL CASE**

**No. 1:18-CR-00098-SCJ**

## ORDER

This matter appears before the Court on the Government's Motion for Leave to File a Surreply. Doc. No. [189].[1] On March 11, 2022, the Court held a hearing regarding Elvin R. Mitchell, Jr.'s Remote Prior Misconduct. At the hearing, Defendant presented arguments related to an FBI case file, which states that beginning in 2006 Mr. Mitchell was cooperating with the FBI in investigating public corruption in the Atlanta metropolitan area. During the hearing, the

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

Government stated that it had not had a chance to review these documents and therefore did not substantive respond to Defendant's arguments.

On March 13, 2022, the Government filed this motion for leave to file a surreply, which responds to the arguments Defendant raised at the hearing. Doc. No. [189]. The Motion does not state whether Defendant opposes the motion.

Although the Government styled this Motion as a "surrepy," the Court finds that this Motion is more appropriately a "response" to Defendant's arguments. However, out of an abundance of caution, the Court **ORDERS** Defendant to inform the Court whether she opposes the Government's Motion by **7:00PM on MARCH 13, 2022.**

## CONCLUSION

For the foregoing reasons, the Court **ORDERS** Defendant to inform the Court whether she opposes the Government's Motion for Leave to File a Surreply by **7:00PM on MARCH 13, 2022**.

**IT IS SO ORDERED** this 13th day of March, 2022.

  /s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

2