# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/10/2022.

TIME COURT COMMENCED: 9:15 A.M.
TIME COURT CONCLUDED: 4:00 P.M.          COURT REPORTER: Viola Zborowski
TIME IN COURT: 5:45                      DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA<br>Tiffany Dillingham representing USA<br>Drew Findling representing Mitzi Bickers<br>Marissa Goldberg representing Mitzi Bickers<br>Zachary Kelehear representing Mitzi Bickers<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Opening arguments heard. Government's case began. Agent John Relyea sworn and testified. Government's exhibits 193-196, 6, 12, 17, 19, 1, 5, 8, 9, 14, 24, 13a, 13b, 16, 20, 28-42, 197, 44-47 admitted. Danielle Nichols sworn and testified. Government's exhibit 48 admitted. Nina Hickson sworn and testified. Government's exhibits 49-51 admitted. Kimberly Spell-Fowler sworn and testified. Government's exhibits 53-65 admitted. Jimmy Kirby sworn and testified. Deborah Lonon sworn and testified. Government's exhibit 73 admitted. Charles P. Richards, Jr. sworn and testified. Government's exhibits 66 and 26L-1 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/11/2022. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |