# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/11/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 7:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Viola Zborowski
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA |
| | Tiffany Dillingham representing USA |
| | Drew Findling representing Mitzi Bickers |
| | Marissa Goldberg representing Mitzi Bickers |
| | Zachary Kelehear representing Mitzi Bickers |
| | Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Government's case continued. Testimony of Charles P. Richards, Jr. continued and concluded. Government's exhibits 199, 71, 69, 42E, 67, 68, 42H, 72, 42J, 42I, 22B-1, 22B-2, 26L-5, 205 admitted. Michael Ayo sworn and testified. Government's exhibits 42 and 42F admitted. Deidre Verdier sworn and testified. Government's exhibits 74-77, 27C-1 admitted. Jon Keen sworn and testified. Albert Bantley sworn and testified. Sabrina Black sworn and testified. Government's exhibit 79 admitted. Jury dismissed at 4:15 PM. Court heard argument from counsel regarding the anticipated testimony of E.R. Mitchell. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/14/2022. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |