# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/14/2022.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 5:15 P.M.      COURT REPORTER: Viola Zborowski
TIME IN COURT: 6:30                  DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA<br>Tiffany Dillingham representing USA<br>Drew Findling representing Mitzi Bickers<br>Marissa Goldberg representing Mitzi Bickers<br>Zachary Kelehear representing Mitzi Bickers<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Government's case continued. Sharon Patterson sworn and testified. Government's exhibits 26UU-1, 26UU-2, 26QQ-1, 26UU-3, 26UU-4, 26UU-5, 26UU-6, 78 admitted. Shedreka Poole sworn and testified. Government's exhibits 15R, 26H-1, 26I-1, 26K-1 admitted. Adrienne Richardson sworn and testified. Government's exhibits 203, 204, 200, 201 admitted. Rita Braswell sworn and testified. Government's exhibits 43, 86-90, 93-107, 212 admitted. Gail Hanscom sworn and testified. Government's exhibits 43B, 114-117 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/15/2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |