# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:18-cr-00098-SCJ-LTW
### USA v. Bickers
### Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/15/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 9:15 A.M. | |
| TIME COURT CONCLUDED: 4:45 P.M. | COURT REPORTER: Viola Zborowski |
| TIME IN COURT: 6:30 | DEPUTY CLERK: Pamela Wright |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA<br>Kurt Erskine representing USA<br>Drew Findling representing Mitzi Bickers<br>Marissa Goldberg representing Mitzi Bickers<br>Zachary Kelehear representing Mitzi Bickers<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Government's case continued. [Outside the presence of the jury, defense counsel made a motion for mistrial. The motion was denied by the Court in its Order at [194].] Mark Stafford sworn and testified. Government's exhibit 113 and Defendant's exhibits 1 and 2 admitted. William Marshall sworn and testified. Thomas Weyandt sworn and testified. Government's exhibits 111 and 91 admitted. Richard Leary sworn and testified. Government's exhibits 80, 4G-1, 11C-1, 11C-2 admitted. Richard Mendoza sworn and testified. Government's exhibits 128, 131-135 admitted. Michael Winfrey sworn and testified. Government's exhibits 164, 165, 163 admitted. Lisa Reed sworn and testified. Government's exhibit 190 admitted. Ricky Williams sworn and testified. Government's exhibits 166, 168, 169 admitted. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/16/2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |