# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 03/18/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta
COURT REPORTER: Viola Zborowski
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA<br>Tiffany Dillingham representing USA<br>Drew Findling representing Mitzi Bickers<br>Marissa Goldberg representing Mitzi Bickers<br>Zachary Kelehear representing Mitzi Bickers<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | [Outside the presence of the jury the Court heard argument from defendant's counsel regarding testimony of ER Mitchell; counsel requested curative instruction. Request was denied in the Court's order at doc. [200]. Government's exhibit 91 admitted.] Melvin Priester sworn and testified. Court's Exhibit 1 (parties' joint stipulation) admitted. government's exhibits 213 and 45-A admitted. Tony Yarber sworn and testified. Government's exhibits 178, 179, 184, 180, 182, 183, 209 admitted. Janine Patterson sworn and testified. Kimberly Bracey sworn and testified. Government's exhibits 185, 181, and 186 admitted. Stephanie Coleman sworn and testified. Government's exhibits 187, 188, 189 admitted. Jacquelyn Anderson Woods sworn and testified. Chana Tate sworn and testified. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/21/2022. |
| TRIAL STATUS: | Evidence Entered, Continued |

EXHIBIT STATUS:       Exhibits retained by the Court to be forwarded to the Clerks Office.