# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 3/22/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT: 5:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Viola Zborowski
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA |
| | Tiffany Dillingham representing USA |
| | Kurt Erskine representing USA |
| | Drew Findling representing Mitzi Bickers |
| | Marissa Goldberg representing Mitzi Bickers |
| | Zachary Kelehear representing Mitzi Bickers |
| | Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Closing arguments heard. Jury charged by the Court. Alternate jurors released to jury clerk. Deliberations began. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/23/2022. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |