UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION NO. 1:18-CR-0098-SCJ |
| MITZI BICKERS | |

## NOTICE

By direction of the Court, this matter is hereby set for **SENTENCING** on **TUESDAY, JULY 12TH, 2022 at 10:00 A.M.** in Courtroom 1907, U.S. Courthouse, 75 Ted Turner Drive, Atlanta, Georgia, before the Honorable Steve C. Jones.

This 24th day of March, 2022.

KEVIN P. WEIMER, CLERK
By:

s/Pamela Wright
Pamela Wright
Courtroom Deputy Clerk to
Honorable Steve C. Jones
404-215-1284