**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:18-CR-98-SCJ-LTW |
| DEFENDANT | TYPE OF PROCESS |
| Mitzi Bickers | release |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
1964 Cadillac DeVille, bearing VIN 64171424413

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kelly Connors
Assistant U.S. Attorney

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please return the above-listed vehicle to Defendant Mitzi Bickers. Please contact her attorney Marissa Goldberg at (404) 460-4500 to make the arrangements.

18-FBI-003015

Signature of Attorney other Originator requesting service on behalf of:
KELLY CONNORS  Digitally signed by KELLY CONNORS Date: 2022.08.10 15:54:32 -04'00'
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (404)581-6000
DATE: 8/10/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 19 | No. 19 | [signature] | 8/16/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 23 2022
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk
Costs shown on attached USMS Cost Sheet >>

Date: 8/23/22   Time: 7:54   [X] am  [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
[signature]

REMARKS

8/22/22 Property was released to owner

AUG 16 '22 AM11:10 USMS NGA

Form USM-285
Rev. 03/21