Dear Honorable Judge Jones:

This letter is being written to ask you for leniency in the Mitzi Bickers legal situation.  Over many years, she has shown kindness to me and members of my family.  She provided shelter and food to my homeless niece and child (when I could not do it) until she could get a job.

During my tenure as a substitute teacher (Benjamin E. Mays High School), Mitzi volunteered and hosted an evening of food, fun and fellowship at her home for twenty-five exchange students and teachers from France along with our Benjamin E. Mays students and teachers of French.  This occasion provided an opportunity for the students to use each other's language in a social setting (non-classroom).  Students were given a glimpse into our African American culture that some had never experienced.  This was one of the highlights of the Foreign Language Student Exchange Program.

Among many other acts of kindness and considerations, Mitzi provided transportation for my family from out of town for a funeral.  Please consider leniency for Mitzi Bickers.


Respectfully,
Alethea W. Boone, Retired APS Educator

From the Desk of
Andrea L. Boone

June 1, 2022

The Honorable Steve C. Jones
United States District Judge
1967 Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303-3309

Dear Judge Jones:

I represent the 10th District of the City of Atlanta. My name is Andrea L. Boone, and I am lifelong friend of Pastor Mitzi Bickers. I've known Pastor Bickers for over 40 years, both personally and professionally. There are few words that describe her sincere commitment to family, her church congregation, the greater Atlanta community and most importantly a commitment to the least of these amongst us. On behalf of the thousands of individuals whose lives she has positively impacted; I am writing to request leniency for Pastor Bickers.

Pastor Bickers has been consistent in her position of helping others throughout her life. I remember when she would lead community outreach events and give to needy students. Her efforts continued throughout her personal life's trajectory, as a graduate of Spelman College, an Elected member of the Atlanta Board of Education, an Ordained Minister and a real Community Advocate, orchestrating and facilitating food and clothing giveaways multiple times a year for the last 30 plus years.

Pastor Bickers is a God-Fearing individual with a bold personality, genuine regard for others and a passion to serve. She has always focused on what matters and what is needed to augment change for the best. Pastor Bickers is a middle-aged black woman who is bearing the sole responsibility that so many of us face related to caring for our elderly parents. Her mother is 79 years old and very dependent upon Pastor Bickers, she is also a mother herself of a 21-year-old young man who is traversing the paths to manhood; and he needs the guidance and support of his mother.

Lastly, as we pray and ask for leniency, we also recognize that statistics matter. There are almost 200,000 women in prison today across America. As an advocate for reentry and 2nd chances, it is apparent that Pastor Bickers would offer much more value outside of prison walls! Thank you for your honorable consideration of this request.

Sincerely,

Andrea Boone

From the Desk of
Andrea L. Boone

May 26, 2022

The Honorable Steve Jones,

Bishop Mitzi Bickers has been a true blessing to me and my family for over 20 years. She has shown my family and me nothing but unconditional love. I met Bishop 27 years ago and during this time, I've come to know her as an amazing woman of God. She always goes over and beyond to help where I may fall short. She has been key in helping me to develop a solid relationship with God. She works tirelessly to bring our church family and community closer to God. For these reasons, we love our Bishop dearly. She is more than just my Bishop; she is a true friend and sister.

Sincerely,

Angel Howard

To: The Honorable Judge Steve Jones

I am writing this request for leniency on behalf of the Abernathy family and our long family relationships.

Reverend Bickers has been a pillow of support for her elderly mother and for her son. While also being a major factor for the community in which she grew up in and live today. Her church ministry and outreach has been a beacon of hope for the less fortunate and those in need for many many years.

As you cross this road today in your decisions to determine the feat of Reverend Bickers we ask that all letters of recommendations and commemorations be a part of your decision-making factors in granting leniency with compassion for her family needs with the least amount of punishment for which she is accused.

Thank you for your favorable consideration,

Annette W. Abernathy
President-The Ralph David Abernathy, III Foundation Inc.

Betsy G. Jackson

1149 Rambler Cross SE

Atlanta, GA 30312

May 12, 2022

Ref: Bishop Dr. Mitzi Bickers

To The Honorable Judge Steve C. Jones:

I am writing this letter on behalf of my Pastor, Dr. Mitzi Bickers.  I understand the seriousness of this matter; however, I hope the court can show some leniency as I take a moment to share with you how she has impacted me and my daughter's lives tremendously.

I joined Emmanuel Baptist Church in 2012 where I have been and will continue to be a faithful member. I can always recall the Sunday God spoke through Bishop Bickers calling me to join and sit under a wonderful woman of GOD and a great, caring, and supportive congregation.  She has counseled my daughters and I as we have gone through trials and tribulations.  She has spoke life into us when we thought we were at our lowest points.  I have also witnessed and have been a recipient of many blessings Bishop Bickers have bestowed on my family and other families in need.  Bishop Bickers has a kind heart, she loves and has compassion for all people, and would give any one the shirt off of her back so they want go without.  Bishop has instilled so many great values in me and my daughters, she has taught us how to become closer to God, Pray, be Obedient, and Faithful.

It is my sincere prayer the courts will take my letter in consideration at the time of sentencing.  I know and believe in my heart Bishop Dr. Mitzi Bickers is an honorable individual, a valuable member of our community, a great leader, and a good human being.

Sincerely,

Betsy G. Jackson

**Betty Jo Jackson**
**315 Stonecastle Pass, SW**
**Atlanta, Georgia 30331**
**404-630-7436**

**May 15, 2022**

Dear Honorable Judge Steve Jones:

RE:  Character letter for Bishop Mitzi Bickers

It is with great pleasure that I write this character letter for Bishop Mitzi L. Bickers.  Bishop Bickers is an outstanding person who has devoted herself to serving others. She not only successfully pastors Emmanuel Baptist Church by providing different outreach programs, she also, personally, volunteers her time to assist the elderly, families in need and underprivileged children. Bishop Bickers is a dedicated person who will always put in her best effort to serve her family, friends and the community. I have known Bishop Bickers for approximately 12 years and know that she is a woman dedicated and committed to assisting others.

Since I have known Bishop Bickers, I have witnessed how successful she is in encouraging others to interact and use their resources to engage and support others.   She is always researching and inquiring about new strategies and ideas to enhance her church's community outreach programs. Through counseling, she has proven that she understands the difference between a person's cultural background, their spiritual development and their own personal experiences in life. Bishop Bickers' own background and experiences have enabled her to build her inner strength and make a personal connection to others in need. Her social status and her positive influence have enabled her to build positive relationships in the business community to benefit faith organizations and small businesses. Her integrity and selflessness have encouraged adults as well as children to strive to their highest potential.  Even during this difficult time in her life, she remains steadfast to her belief in the dignity of human beings, honesty and justice for all people.

When I observe Bishop Bickers' ability and dedication to focus and see situations from different perspectives and rely on fairness to make this world a better place, I commend her.  However, these traits do not sum up her character. They only point out some of her moral qualities. Therefore, will you please grant leniency for Bishop Mitzi Bickers.

Sincerely,

Betty Jo Jackson, Ed.S

*Bishop Richard B. Lankford, Sr.*

*2808 Lakeshore Drive*
*College Park, GA 30337*
*(404) 259-0091*

To The Honorable Judge Steve C. Jones
United States District Judge
District Court - Northern District of Georgia

RE:  **Character Letter for Mitzi Bickers**

Dear Judge Jones,

I trust that you will accept this letter as my personal character reference for Ms. Mitzi Bickers. I have known Ms. Bickers and her family in excess of forty years. Her father, The Reverend Benjamin Bickers, (now deceased) was a very close and personal friend of mine that graciously supported my ministry, beginning in 1978. Her mother, Pastor Ethel Bickers, remains a friend and co-laborer in ministry to this day.

I have endeavored, to the best of my ability, to serve as Mitzi Bickers' spiritual father and covenant partner. We have prayed together for many hours and supported one another's ministries for a number of years.

I have always found Mitzi Bickers to be a caring and a resource sharing woman that has spent many hours in our communities, serving those that are not only seeking a spiritual restoration, but those, also, that find themselves in difficult family, financial, or social situations. I have personally seen her sacrifice her time, her talents, and her energies to better the lives of the less fortunate that may cross her path. Overall, she has given more away than she has ever kept for herself. Therefore, even in these difficult moments for her life, I must remain a prayerful resource for her and for her family.

I have been made to understand that Mitzi Bickers is now in the sentencing phase of her case. And while I could never condone any actions deemed to be against the laws of our country, I would still make this petition before you, that she might be given any leniency which is yours to consider. I further understand the object of justice. But I pray that in deliberating any order of sentencing, that you might temper your justice with a brand of mercy on her behalf.

I sincerely thank you for receiving these words, truly emanating from my heart. And please know how much I appreciate any and all considerations given towards Mitzi, during this judicial process.

With Gratitude and Sincerity,

*Richard B. Lankford, Sr.*
_____
Bishop Richard B. Lankford, Sr.

Brandon Criss

102 Westberry Street

Peachtree City, Ga 30269


06/27/2022


Re. Bishop Mitzi Bickers


To: The Honorable Judge Jones


Greetings,

My name is Brandon Criss and I am composing this letter with hopes it is taken into consideration as it relates to Pastor Mitzi Bickers and her sentencing. I was troubled and surprised to hear about this case as she has always been an upstanding person and citizen. It is for this reason I am happy to compose this letter of reference for Pastor Bickers regarding this matter.

I have known Pastor Bickers for about a year in a half. During this short time, I have grown to love, respect, and appreciate her. Pastor Bickers is one of the most loving and caring persons I have ever met. I have seen Pastor Bickers time after time assist those in need, even when it's not asked.

I have had the opportunity to attend and visit Pastor Bickers' Church, Emmanuel Baptist Church in Atlanta, Georgia. While there, I was welcomed and greeted with love. Pastor Bickers' modern approach to preaching the word of God kept me engaged. This approached not only worked for me, but the congregation knew the word of God as well. I am a true believer that the more the world knows about God, the safer the world will be. Pastor Bickers is a pillar and a servant within the Atlanta community and is teaching/spreading the word of God daily.

Over the last year in a half, I have seen Pastor Bickers endure through life with this case hanging over her head. After further review, I see that this case was pending since October 2018. Over the last 4 years, Pastor Bickers has had to endure life with this case pending, causing a tremendous amount of stress, restless nights, and fear.

It is my sincere hope the court take this letter into consideration at the time of sentencing. Despite the current case, I still believe Pastor Mitzi Bickers to be an honorable individual, valuable member of the community, and an amazing human being.


Sincerely,

Brandon Criss

6/11/2022

Subject: Character Letter for Mitzi Bickers

To: The Honorable Judge Steve Jones

Greetings, Your Honor,

My name is Byron F. Wilson, and I am Founder and Headmaster of The Wilson Academy. As the founder of an academic institution, community impact is very important to me. I've known Pastor Bickers for over a decade, and I've watched her consistently seek ways to, and effectively improve her community. She has implemented multiple youth programs. She's provided job training and employment opportunities for young people. She's implemented tutoring programs, summer camps, and a plethora of exposure-driven events and programs for her community's youth; and she's done so consistently. From what I can tell, she's done all of this with no financial benefit to herself as I believe her intent is sincere.

The bottom line is that Mitzi Bickers has consistently shown a commitment to our youth and their development, and she has done so with integrity. I hope that you will consider my positive endorsement of her character.

Thank you for your time and consideration,

Byron F. Wilson
www.thewilsonacademy.org

## CAROLYN L. DAVENPORT
## 7740 FIELDER ROAD
## JONESBORO, GEORGIA  30236

May 27, 2022

The Honorable Judge Steve Jones

Character letter for Mitzi Bickers

Dear Judge Jones:

As I have known and observed Mitzi Bickers for many years, I can honestly say that she's a person who shows by her actions that lending 'a helping hand' whenever and wherever needed to lift up others is an inherent gift she puts to work.

Among her many talents, I'm impressed by how she shows compassion, understanding and love toward everyone, especially seniors and young people. She's a confidant to anyone who needs a listening ear, a pastor who delivers messages of hope and encouragement to her congregation, and a strong supporter for her mother Mrs. Bickers, her son Emanuel, many cousins and other relatives. Rev. Bickers is one who keeps her word and will go 'the extra mile' when someone needs assistance. In other words, she meets people where they are, regardless of their station in life, and will help them move forward in a positive way.

The aforementioned reasons are why I appreciate an opportunity to write this letter of support for Rev. Mitzi Bickers.

Sincerely,

*Carolyn L. Davenport*

Carolyn L. Davenport

**From:** Carolyn Lyles <cdlyles116@gmail.com>
**Date:** May 12, 2022 at 6:41:55 PM EDT
**To:** Marissa Goldberg <marissa@findlinglawfirm.com>
**Subject: Character Letter for Mitzi Bickers.**

Dear Honorable Judge Steve Jones:

I have had the opportunity of knowing Mitzi for the past nine years and we are friends.  I hope your good faith will take into account this brief letter.

Mitzi is a good person and an exceptional friend.  In the time that I have known her, she has shown to have a kind soul and a generous heart towards others.  She would extend her kindness and generosity to help kids be able to participate in travel sports. She has helped me in the past on numerous occasions with arrangements to pick up my child when I was unable due to extended work hours. She has fed and transported family and friends to doctors appointments and special events at times when they were unable to do so themselves. There are many other of acts of kindness that I've witnessed Mitzi performed out of the goodness of her heart.

I'm available if you have any additional questions or concerns that you would like to discuss. Thank you in advance for taking the time to read and consider this letter.

Sincerely,
Carolyn D. Lyles

Contact Information:
Carolyn D Lyles
706-464-0051
cdlyles116@gmail.com

May 26, 2022


Chémara Jackson, Ed.D., LPC
4845 Locherby Dr.
Fairburn, GA 30213

The Honorable Judge Steve Jones,

I am Dr. Chémara Jackson.  I first met Mitzi Bickers in 1994 when I was a student in the marching band at Frederick Douglass High School, in Atlanta, GA.  She returned to the school to volunteer her time to assist the band director.  In 2012 I had the pleasure of seeing her again and getting to know her when my sister became the Minister of Fine Arts at Emmanuel Baptist Church.

Mitzi Bickers is the most selfless person I know.  I remember a time when she was walking down the street and gave a homeless person her coat because it was cold.  She stopped traffic to help an elderly man who had fallen while crossing the street. Even when the man disrespected her by using racial slurs, she continued to aide him because she said, "it was the right thing to do." She often deprives herself of sleep by getting out of her bed in the middle of the night to go help people in need.  I have seen her stop in the middle of what she was doing to counsel and pray for numerous individuals that needed spiritual and emotional support. Some of whom she did not know personally. She has even helped me when I was struggling with personal issues by offering words of encouragement and sometimes by simply just listening.

Mitzi Bickers is a hardworking, kindhearted, caring individual. I have always known her to be a woman of integrity and to possess a strong moral compass. She stands up for what is right even when others do not. She shows compassion for people that the world has discarded and ignores. She sees the good in people when everyone else can only see their faults. Mitzi believes that people deserve second chances. She knows that just because a person makes a mistake that does not mean that they are a horrible person.

Finally, I am the proud mother of a beautiful, intelligent 6 year old little girl and Mitzi Bickers is a strong positive influence in her life.  I can honestly say that I hope and pray that my daughter grows up to be the type of woman Mitzi Bickers is. A true leader knows how to serve.  Mitzi humbly serves her family and community without hesitation.  Mitzi consistently puts other peoples needs before her own.  She has faced adversity with dignity and poise. She continues to lead with grace despite everything that she has been through.


*Chémara Jackson*
Chémara Jackson, Ed.D., LPC

Christine Johnson
164 Lotus Circle
McDonough GA 30252

September 5, 2022

RE:  Character Letter for Mitzi Bickers

To:  The Honorable Judge Steve Jones

I am writing on behalf of Mitzi Bickers.  Ms. Bickers and I have been friends since attending high school together in 1979.  In this time, she has proven to be a person of good moral character. She began taking on leadership roles early in her life and served on the APS (Atlanta Public School) board for years where she ended her career as President.  She was able to do this job with flying colors because she was a product of the Atlanta Public School System and knew what it took for students to be successful.

In general, Mitzi Bickers is passionate about children's education.  I know of her love and genuine concern for the welfare of many children of different ages.  I would go as far as to say that she would lay her life on the line to save a child.  I can honestly say Mitzi Bickers is part of my family village and instrumental in the success of my daughters' high school and college years.  She was extremely supportive to single parents and filled the gap of any absent parent. She was the missing piece to the puzzle when it came to children and their well-being.   There was never a time when she didn't have time for my children; they were always top priority for her.  The best decision she made in life was to become a mother by adopting her son (Emmanuel Bickers).  She is an excellent mother and has done an outstanding job with raising her son.

Mitzi's ability to walk in her father's steps in pastoring after his death was amazing and shows her passionate for both the church and community.  Mitzi had big shoes to fill but the knowledge and experience she gained under her father's leadership made the transition easy.  She made a big impact on the congregation and community as a whole.  She started out and continues with organizing neighborhood clean-ups, hosting free summer camps for low income families, opening church food banks, conducting pre-teen seminars for church members and community, feeding the hungry, teaching Sunday school, directing the church choir, giving pre-marital counseling, officiating weddings, perform baptism, organizing church and children development program as well as a host of other duties while working a full-time job and parenting.  Mitzi is extremely valuable to the church congregation and the community.  She goes above and beyond her responsibilities as a Pastor.  She has been the 'rock' to each family represented in the church.

Personally, I have been a member of Emmanuel Baptist church for 25 plus years under the leadership of Mitzi Bickers.  Mitzi has been a positive influence in my family life for three (3) generations.  She has been an active role model to my daughters and have been our saving grace during difficult times.  She is always there when we need her. I'm forever grateful to have her in my life.

Sincerely,

*Christine Johnson*
Christine Johnson

Dear Judge Steve Jones,

My name is Danielle Weston, a member of Emmanuel Baptist Church. I am pleased and honored to write this letter speaking to the character of Bishop Mitzi Bickers. When I think of Bishop Bickets a few  words come to mind: selfless, inspiring, loyal, and God-fearing to say the least. To begin, she has positively impacted the lives of my entire family since the first day we met. I can specifically recall  a difficult time in my life when my husband and I had recently buried our 4-month-old baby. It was a time where my world was turned upside down.

During this difficult time, Bishop Mitzi, without question,  open heartedly comforted and supported my entire family through  what otherwise would have been a dark and extremely difficult time to grieve through as two very young parents. In addition to providing us with mental and moral support during this time, Bishop Mitzi welcomed my family  to her church with open arms to further support us through the word of God.

As current members of her church, it has been such a blessing to be a member of a congregation who has supported my family for many, many years. She was even there to witness my  oldest daughter graduate from SSU as a first generation graduate and now lead teacher at KIPP Vision Primary School. We couldn't have done it without her. Any of it!  Bishop by far is more than a pastor. I consider her family and a life long friend. It is without question that I would always speak highly of her character as a woman, pastor, family friend, and so much more.


In solidarity,

The Weston Family

Dontay, Danielle, Iesha, Kenyarda, Keasia, Dontay Jr, Jaquez, Deangelo, and Domminic.



May 20, 2022

The Honorable Judge Steve Jones
United States District Court for the Northern District of Georgia

Re: Character Reference – Mitzi Bickers

Your Honor:

My name is Dometrice "Dee" Clemmons, and I am County Commissioner for Henry County, Georgia. I am writing to support Mitzi Bickers. I have known Mitzi Bickers for over twenty years and consider her to be one of the most responsible people I've ever met. For this reason, I am determined to help Mitzi Bickers and write this letter of reference for her regarding this matter. I understand the seriousness of the matter; however, I hope that some leniency will be shown.

Mitzi Bickers and I have grown to be very good friends. I've known her to be diligent, open-minded, and kind-hearted.  She has been spiritually grounded since a young child. As a spiritual leader of Emmanuel Baptist Church, she has helped many families in her church and in the community. She has volunteered and helped many troubled youth throughout our community.  We need Rev. Bickers to continue the good work. In addition to our friendship, Mitzi Bickers has a successful career and makes an upstanding contribution to our local community.  Mitzi Bickers is a reliable member of society.

I appreciate the opportunity to speak on behalf of Mitzi Bickers. I hope that the court will be able to take note of my words, and they will have a positive impact on the case of Mitzi Bickers. If you have any questions, feel free to ask them whenever you need to. Please contact me at 404-925-1750.

 Respectfully,

Dee Clemmons
District II Commissioner

May 26, 2022


To The Honorable Judge Steve Jones,


Mitzi Bickers had been an awesome person to get to know. She has exuded great friendship and goodwill to me from the first day we met. She has a heart of gold and is always willing to lend a helping hand. Mitzi was there for me when I needed to have brain surgery and helped to calm my nerves and reassure me of my faith in God, and for that alone I am thankful. I have known Mitzi for several years, and her kindness has inspired me to be more open and willing to help others when I can. I will never forget the love, the enthusiasm, and the service she shared at my grandmother's 90th birthday celebration. It was a glorious event. She has been a motivating and inspirational figure in my life and I'm grateful to call her my friend.


Sincerely,

Detra Tolbert

June 14, 2022

The Honorable Judge Steve Jones,

Thank you for taking the time to read this letter. My name is Diana Walker and I have known Pastor Mitzi Bickers for over 27 years. She was my Choir Director in the Atlanta Public Schools Ethnic Heritage Choir.  We spent a lot of time serving the Atlanta community through song, under Pastor Bickers leadership.

When I think of Pastor Bickers, I feel privileged to have experienced this genuinely good person that is full of light and full of the love of the Lord Jesus. Watching her serve others is one of the most amazing qualities I see in Pastor Bickers.  From cooking meals for the community to building Alters for the community to pray at any time of the day, I'm elated to celebrate Paster Bickers for every effort to serve humanity.

At an early age I felt the call to be a preacher, but never thought I was good enough. I thought that I had to be without fault to lead people as a preacher. Hence, I never pursued my true hearts desires. Instead, I served as support to large and small ministries, various denominations, multicultural congregations, from High Church, Traditional Gospel to Contemporary Christian. I've served as an Assistant to a Pastor, Liturgist, Worship Leader, Psalmist, and Lay Speaker.  I've always loved serving Gods' church and I have tried to serve with the love of God; But I was never truly bold enough to accept the call to preach.  I was always worried about what people would say about me. Thinking being divorced or pregnant out of wedlock, or simply being the grade school class clown, would not qualify me to stand before Gods' people to Preach the word of the Lord.

Today, I can say that I'm so grateful to have Pastor Bickers in my life because she has empowered me in a way that I believe only she could. I believe that God led me to the Emmanuel Family Worship Center under her tutelage to help me elevate on a soul level.  It's like I'm a better person on the inside.  She has mentored me on a level that has given me hope to grow and shine my light during these dismal times.  She's encouraged me to preach and has allowed a platform for me to share my gifts with the world.

Moreover, she listened to me in some of my darkest hours.  When the pain of life weighed so heavy on my life, she was there. In times when I made some poor decisions in matters of my heart, she helped me to understand that better days are here.  I'm very fortunate to have a mentor, a counselor and a preacher, by the name of Pastor Mitzi Bickers.

Honorable Judge Steve Jones, I humbly ask for leniency as you determine the next steps regarding Pastor Mitzi Bickers.  I believe, without reservation, that she truly impacts the community in a positive way and I am a true testimony of how God can use her to help others in a positive way.  The good work of Pastor Mitzi Bickers is not done, it's just beginning.  She's a true worker of light, love, healing and life in the Atlanta community and I'm honored to be able to share with you truth about Pastor Mitzi Bickers.

If you have any questions please feel free to email or call me at 770.238.8017 or email walker.diana1@yahoo.com

Thank you for your consideration,

Diana Walker

Diana Walker

The Honorable Judge Steve Jones                    12 May 2022
United States District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Georgia 30303

Character Letter for Mitzi Bickers

Your honor, I am a retired 80 year old Chaplain and business man.  I have known Mitzi Bickers for six years and wanted to give you information on the Mitzi Bickers that I know.

I have known her to be a good, caring and helpful person to the community.  People have gone to her on numerous occasions asking for assistance to pay certain bills or to assist with providing food for their families. She has lovingly done this out of love and care for her fellow man or woman.

Employees that have worked for her or with her often seek her counsel and advise.  She is held in high esteem by these people, both friends and even those that thought otherwise.

She is a highly respected Pastor that has her own church with a large congregation.  Her church is about Love and helping the less fortunate of the world.

People that I have spoken with that have been influenced by or assisted by her in various ways communicated to me that she has helped change their lives in a very positive way.

Sincerely,

Donald G. Bowen



# DR. RASHAD RICHEY, MBA
### PROFESSOR, MEDIA EXECUTIVE AND BROADCASTER

## CONTACT

Richey316@gmail.com

## CHARACTER LETTER FOR DR. MITZI BICKERS

5/16/2022

Honorable Judge Steve Jones,

Please accept this letter as my personal petition to the court for leniency for Dr. Mitzi Bickers.

As a university professor, media broadcaster and executive business leader, I have encountered many brilliant and goodhearted people along my journey. Dr. Mitzi Bickers has been among the top. Dr. Bickers took time to provide encouragement and mentorship to me when my life was less than stellar. She has also been a beacon of light for underserved communities and provides spiritual leadership for many, including myself.

From feeding those in need to ensuring fairness is allocated in the community, I can always depend on Dr. Bickers to be a people-focused champion.

In closing, I ask that the Court consider Dr. Bickers' longstanding positive societal contributions. These contributions have created lifechanging avenues for many Metro-Atlanta residents.

Sincerely,

*Rashad Richey*

0BDr. Rashad Richey, MBA



**EMAIL**



**TWITTER HANDLE**



**TELEPHONE**



**LINKEDIN URL**



# 0BDR. RASHAD RICHEY, MBA



**EMAIL**



**TWITTER HANDLE**



**TELEPHONE**



**LINKEDIN URL**

June 15, 2022

To Whom This May Concern,

My name is Dr. Tommy L. Robinson and proud to offer my recommendation of Character for Dr. Mitzi L. Bickers, to whom I have personally known for well over 20 years as my life as a mentor, friend, and colleague in the ministry of the Gospel of Jesus Christ.

During my relationship with Dr. Bickers I first met Dr. Bickers back in the early nighties while she was serving on the Atlanta Board of Education. I was only between 10- 12 years old at the time. Dr. Bickers heard me sing during a program at my school Daniel Hector Stanton Elementary School. It was during that time that Dr. Bickers saw great potential of excellence in me and took me under her wing and giving me great exposure letter the city of Atlanta hear the melodic sound of me singing the Lord's Pray during the city's program for police killed in the line of duty under the leadership of Atlanta's first Woman Police Chief, Beverly Harvard. In  addition, Dr. Bickers later learned that I graduated from seminary earning a Doctorate of Ministry degree from Dallas Theological Seminary in Dallas, Texas. When I pastored my first Church in the Atlanta Georgia area, It was Dr. Bickers who donated church pews and many beautiful drapes and equipment that I needed for our church.

Dr. Bickers is a family-person who has always presented themselves with levelheadedness, grace, and resilient character. I pray that this letter would allow you to see who Mitzi really is and please extend mercy to her. Dr. Bickers means so much to not only myself, but she means so much to so many members and other young ministers like me who want to make a positive impact on a world that needs a unconditional love that she gives like none other.

Please do not hesitate to contact me if you should require any further information.

Warm Regards,

**Dr. Tommy L. Robinson**
Dr. Tommy L. Robinson D. Min.
Pastor Emeritus of New Hampton Baptist Church
203 Farrington Ave. Atlanta Georgia 30315
(470) 298-4841

Erika I. Howell
4853 Ralin Court
Atlanta, GA 30331

May 23, 2022

Re: Mitzi Bickers

To: The Honorable Judge Steve Jones,

I have known Mitzi Bickers as a close family friend for ten years and I am writing this letter in hopes that it will help you see what type of person she is. She is not only a loving mother, but a leader in her community, a pastor and faithful steward to a loyal congregation, a supportive and devoted partner / spouse and a part of a family who loves her endlessly. She has been selfless, unconditional and compassionate in every interaction that my family and I have had with her.  She's poured into our family for years. She's prayed with us, for us and over us in times of both, devastation and joy.

We are asking you for leniency in your sentencing of our family friend, Mitzi. She's a  not only a vital part of our lives but also the community in which she serves. We strongly believe a lesser sentence is most appropriate in this case , as Mitzi presence and contribution is valued by so many of us.

We asking you to consider this letter as one that aims to convey that Mitzi Bicker's true character is not indicative of what she has been accused of.

Sincerely,



Erika I. Howell

Ethel Bickers

211 Chalmers Dr NW, Atlanta, GA 30318

(404) 630-9248


Honorable Judge Steven Jones,


I am writing this letter to you to ask for leniency for my daughter, Mitzi Bickers. I truly believe in my heart that I know her better than anyone else on this earth. Mitzi has always been a very loving, considerate, caring, and kind daughter. She is always eager to help not just her family but people she meets almost daily who need spiritual guidance and counseling. Her father, the late Dr. Benjamin Weldon Bickers, who pastored for almost fifty years in the city of Atlanta, and I who was a Juvenile Probation Officer in Fulton County instilled values in Mitzi as a child to always lend a helping hand if possible and to love all people.


After Mitzi's father passed away, she was voted Pastor of Emmanuel Baptist Church. She continued to practice the love and caring for the parishioners in the same manner as her father. Mitzi has helped many young people further their education and turn their lives away from anything that is not like Christ. Many who are now adults still show their appreciation for the help she rendered to them and their families. Mitzi has been and still is a great inspiration to those who depend on her for spiritual guidance.


I pray wholeheartedly that you will be compassionate and show leniency to my child, who is a loving wife, mother, daughter, sister, cousin, niece, and Bishop to the Emmanuel Baptist Church family. I ask that you consider her good service to the community, her diligent spirit to work in ministry, and her passion to fight for the least, lost and the left out when embarking on sentencing for my child.


Yours in Christ,

Ethel King Bickers

**Felicia Franklin**
112 Smith Street
Jonesboro, Ga 30236

June 15, 2022

**Honorable Judge Steve Jones**
2142 Richard B. Russell Federal Building
United States Courthouse
75 Ted Turner Drive,
Atlanta Ga 30303-3309

Dear Honorable Judge Steve Jones,

I am writing this letter on behalf of Mitzi Bickers, whom I have had the opportunity to know and work with over the years. Prior to deciding to work with Ms. Bickers, I did an extensive inquiry among previous clients and associates regarding her reputation and work ethic. Everyone I personally spoke with confirmed that Ms. Bickers is an amazingly talented, loyal and smart individual whom you could count on. I also learned that Ms. Bickers is extremely caring and compassionate.

Since working with Ms. Bickers over the past few years, I can personally confirm all of the above statements regarding her character to be true. Ms. Bickers means so much to so many and has since become family to me as she was there during the most difficult time of my life during the loss of my mother. She has also been a sound counsel to me, as I have worked to navigate through this extremely difficult public servant environment.

I truly pray that you will consider the importance of the presence of such an amazing person, the character and public work of Ms. Bickers during your upcoming process.

Sincerely,

*Felicia Franklin*

June 30, 2022

The Honorable Judge Steve Jones

Hi there! I would like to speak on behalf of my Pastor and my childhood friend for over 45 years, Mitzi Bickers. Pastor Bickers and I grew up in the Carver Homes community together. She has been a friend, a mentor, and a great supporter of my family all those years. Your Honor, I have had some tough times over the years. I took on the responsibility of raising my grandchildren because their parents were unfit. I thought that would be one of the most difficult times of my life because I would be on my own doing this. However, I wasn't alone. Pastor Bickers helped me every step of the way. She helped me with discipline at their schools and helped me get them active in the church. She invited them to family vacations and summer outings so they could experience new activities. I am ever so grateful to Pastor Bickers for helping me. But the truth is that I am not shocked because she has been like that since we were kids. She really does care about people.

At church, she feeds the hungry, opens the church to battered women, works with troubled kids, and helps veterans with illnesses.  She is always available to those in need.  She is highly loved and appreciated by so many. Every time she preaches, I feel like I want to be closer to my Lord and Savior and that I can try again another day.

We need her at Emmanuel Baptist Church and the Carver Homes Community needs her to continue the work she does. Parents like me need her help and guidance with their children.  I promise you would be proud of her work in ministry and as a Pastor if you only knew her. Please take this into consideration when sentencing her. So many would be lost without her. I thank you for reading this letter.

Thank you,

*Glenda Browning*

Glenda Browning



### FROM THE DESK OF
### RETIRED SGM IVORY LEE YOUNG, SR.
#### 3550 Lehigh Street, Montgomery, Alabama 36108

June 3, 2022

United States District Court Judge S. Jones
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge Jones,

I am moved to write this letter in support of Pastor Mitzi Bickers. On behalf of my deceased son, the late Atlanta City Councilman Ivory Lee Young, Jr whom Mitzi was one of his closest and dearest friends and community partners.   One thing that I can say about Mitzi is that she has always been a loyal friend to our family.

I am an 80-year-old fully disabled Vietnam veteran and kidney dialysis patient, who have been blessed to have children to help me navigate through my various health challenges, during this navigation, Pastor Bickers was never short on her prayers and support.  She even helped my daughter in-law Shalise find gainful employment.

Mitzi has always been there for the Young family. When my wife of 52 years died, Mitzi was right there to support our family.   She is a strong woman of faith, who I know can overcome any mistakes she has made in her life.

I watched proudly on the sideline as Mitzi and Ivory Jr did amazing work throughout the city to bless poor people, empower senior citizens to use their voice to vote, and help our disadvantage youth. I served my country in the US Army for 35 years; I have experienced way more loss and tragedy in this life than normal. So, I am compelled to write this letter on Mitzi's behalf because I believe she deserves a second chance, and the mercy of the Court. I hope you will reach deep within that decision and meditate on the scripture found in Hebrews 4:16:

*Let us then approach God's throne of grace with confidence,*
*So that we may receive mercy and find grace to help us in our time of need.*

Thank you for your prayerful consideration on behalf of my friend and supporter Pastor Mitzi Bickers.

From a Grateful Veteran,

Retired SGM Ivory Lee Young Sr.
334-303-4944

May 12, 2022

The Honorable
Judge Steve Jones

I'm writing this letter to humbly ask for leniency for Mitzi Bickers. I have been a member of Emmanuel Family Worship Center since I was 6 years of age and I am now 60 years of age, which Mitzi was around 2 years of age. To say the least, I know her very well and I consider her my very good friend and I am in her presence a lot. I have also been under her tutelage as a licensed, ordained Minister for years. I thank God every day for her because she is one of the kindness, loyal, loving, sharing, caring, genuine, dedicated people that I know. Mitzi is and has always been there to enrich the lives of people that she knows and doesn't know through her public service and as one of the best Pastors that I know. She is also a nurturing and loving mother to her son and she loves him and her family very much. My life is better because she is in it. I love her with my whole heart! I ask that Your Honor to please hear my plea for leniency for Mitzi Bickers. Thanking you in advance.

Sincerely Yours,

Jacqueline Brown

James Finley
240 Amal Dr.  Apt #405
Atlanta, GA  30315


Honorable Steve C. Jones.
United States District Judge
1967 Richard B. Russell Federal Building and
United States Courthouse 75 Ted Turner Drive, SW

Dear Judge Jones,

I am a retired lobbyist for the American Heart Association, The American Lung Association and Tobacco Free Kids, an organization that advocating against tobacco products, especially to children.

I have known Reverend Mitzi Bickers and her family for a long time.  I followed her as she led her father's church, Emmanuel Baptist Church in the Carver Heights community.

As a member of the Atlanta School Board and subsequently chairman, she was outstanding protecting the rights of students and promoting some of the highest standards the Atlanta School Board and the City of Atlanta schools have experienced.

As a Pastor she has fed the hungry, provided housing and jobs to the homeless, and provided help to the sick and shut in.

As a friend she does not back away when you are in trouble.  She has lended her services with both professional and friendly advise.

As a single mother she has been an exceptional mother and raised a strong courteous young teenage man.

I asked the Courts to be a lenient as possible.  Sometimes we only see one side.  I write this letter with sincerity and to provide another side.

Sincerely,


James Finley

**From:** Jenae Mitchell <jenaetmitchell@gmail.com>
**Date:** May 12, 2022 at 7:22:34 PM EDT
**To:** Marissa Goldberg <marissa@findlinglawfirm.com>
**Subject: Character Letter For Mitzi Bickers**

Greetings Honorable Judge Steve Jones,

It is with great honor that I state that my experience with Dr. Mitzi L. Bickers has been nothing short of amazing and nurturing. Bishop Bickers has a way of teaching and bringing awareness to communities. She has personally helped raise mental equity in myself as well as my daughter. I am so grateful for Dr. Bickers because she helped me find success and peace. I am a personal witness that Dr. Bickers has a love for families and sees fit that there are events that are conducive to creating safe spaces. Dr. Bickers is a kind humanitarian. She leads a legacy that not only starts with her family but extends out into the community.

Thank you for your time & consideration.
Jenaé T. Mitchell

From;  Jerolean D. Dennard

3330 Estate Lake Drive

Fairburn, Georgia 30213


June 10, 2022

To:  The  Honorable Judge Steve Jones


I  am Jerolean Dennard, a retired Teacher of The Atlanta Public School System.  I am writing this Character Reference Letter for Mitzi L.Bickers because she is an amazing person.

She has been my Spiritual advisor, and Pastor for more than 25 years.

She is very dedicated, enthusiastic, energetic, patient, caring and well thought of  in the church and community.   Her willingness to be helpful has been demonstrated many times.   She has assisted many members of the church with family emergencies, and with some happy and sad occasions.

She assisted my daughter in organizing, and setting up a NA Recovery group at our church.   It was well attended and successful.

It is my hope Judge Jones, that you will read and take this letter under consideration for Leniency for Mitzi L. Bickers.


Sincerely,

Jerolean D. Dennard

Jerolean D. Dennard

I have known Mitzi Bickers her whole life and I just had to let you know what a wonderful person she is. She is always helping people.you can call her day or night and she's there. She works with the young kids trying to keep them in church and they love her She also has helped me and my family and we will always be grateful and love her. I'm a 80 year old senior citizen and believe me I know a good hearted person when I meet them.thank you for taking time out of your busy day to read this

Sent from Yahoo Mail on Android

Joyce Slaton

The Honorable Judge Steve Jones,

I have known Dr. Mitzi Bickers since I was 3 years old.  I am now 42 years of age. She has always been the most influential person in my life. My family and I arrived in Atlanta in 1982, where I underwent many serious operations on my kidney as a young boy. My family ended up attending Reverend Bickers' Emmanuel Baptist Church for spiritual healing. Dr. Mitzi Bickers immediately took care of me as if I was her blood brother.  She would pray and cry on Sundays for my healing after many surgeries. One Sunday when I was a toddler, Dr. Martin Luther King's father attended services and held me after church. Emmanuel Baptist was a place of hope and place of refuge in our community.  As I got older, I was mesmerized by Dr. Bickers' amazing skills as an organist for the choir.  So, at the age of 7 I brought my toy snare drum to church to play with her.  Having no musical skills at the time, Dr. Bickers' and her father told me to come up to the pulpit and play to the glory of the Lord.  She always encouraged me no matter what. One Sunday, they announced that we would be attending a service for Bishop Desmond Tutu. Still learning to play the drums, Dr. Bickers chose me to play drums on the opening song as Bishop Desmond Tutu came down the aisle.  She believed in me through over 8 operations at Egleston Hospital before the age of 7 and knew spiritually my potential to be a musician with the right guidance through her.  Emmanuel Baptist changed my life and guided me to places I could have never imagined. Dr. Bickers is like my sister; always wanting the best for me. In 1987, the late Senator John Lewis came to Emmanuel Baptist to campaign.  I can recall he was going up against Julian Bond, a more polished and well-spoken man. At Emmanuel Baptist, we believed all things were possible through Christ.  That Sunday we prayed for John Lewis to win because he was so passionate and loved Atlanta. Turns out, I also met John Lewis at Emmanuel Baptist at the age of 8 and he encouraged me so much.  Emmanuel Baptist Church was always a place for the people of the community.  It was also there that I learned community service. Every Christmas eve, Mitzi and I would put together care packages for the forgotten people of Carver Homes. On Christmas, we would pass out hundreds of toys and food for our community.

When Dr. Mitzi announced one Sunday that she was attending Spelman College, she and her father told me I would be a Morehouse Man one day.  Guess what, I end up graduating from Morehouse with honors because of Dr. Mitzi Bickers influence on my life. Three months after graduating from Morehouse, I was informed my creatinine levels were elevated and my one kidney was not flowing; and, neither was my life. I needed a kidney transplant.  Being born with one kidney (the reason for moving to Atlanta from Daytona Beach where my dad was the Vice President of Bethune Cookman at the time), the doctors said I would have to remove my remaining kidney. I lived with no kidneys for almost 2 years. Dr. Bickers kept me on her prayer list and continued to help me get through this critical obstacle in my life. After receiving my kidney transplant from my sister, Dr. Mitzi Bickers helped me to start the Renality Foundation for kidney disease.  She served as my key advisor and put together some of the most influential people to help heal our community of hypertension, diabetes, and kidney disease.  Our board members included Ceceil Haydel (Daughter of Baseball Legend Hank Aaron), Samuel Tito Jackson (Former Barack Obama Advisor and Atlanta restaurant owner), Kevin Johnson (Johnson Media), and Shawn Buchanan (Current Police Chief of East Point).  I was only 22 when Dr. Bickers help me to start the Renality Foundation.  Twenty years later, the foundation is still

strong and still fights against kidney disease. Not only has she been there for Kidney patients, but she encouraged me to start my music school "Music from the Heart" in 2014. Music from the Heart has serviced thousands of students throughout the South Fulton area and North Fayette area by giving access to the language of music to the underprivileged.   With 2 locations now, we started in a building next door to EC West Elementary where I was a former Special Education teacher for 10 years.  With Dr. Bickers' service and experience as president of the Atlanta City Board of Education, she mentored me on how to have the greatest impact through my Music School.  Through her mentorship and guidance, I currently serve as board member for Pianos for Peace (largest art display of pianos in the country), assistant conductor of the African American Philharmonic Orchestra (the first black orchestra in the city of Atlanta), and President of the Renality foundation for kidney disease.  Without Dr. Bickers, I would have not be the man I am today.  She has touched so many lives and will give you the shirt off her back literally.  Dr. Bickers has given so much to me and Atlanta. We could never repay her!!!

Respectfully,

Justin Benjamin Clay
www.musicfth.com
678-960-8911

**TO: The Honorable Judge Steve Jones**

   **U.S. District Court for the Northern District of GA**

FROM: Keelyn Greenwood

RE: Character Letter for Mitzi L. Bickers

DATE: May 20, 2022

My name is Keelyn Greenwood and this letter comes to you as a character reference for Mitzi L. Bickers. I have known Mitzi Bickers all of her life, as I am her 1st cousin. Our mothers are sisters. I would like to share with you a little bit about her (and our family).

For a period of time when we were young, we were raised together along with other extended family (probably like many other families during that time). We were in a loving home that was headed by our maternal grandmother. Our grandmother had a heart of gold, she taught all of her children and grandchildren many life lessons, right from wrong and the importance of family, which is why I am honored to write this letter today.

Before I began to address the Court with this letter, I prayed and asked God to help me relay to you what He would have me to say…and to give me the words to humbly articulate what I wanted to express to you.

Mitzi Bickers and I are very close. There is not a day that goes by that we don't talk (or at a minimum text) each other. Some days we talk as cousins, where we chat about our families. We both have sons that we are so proud of and love with our whole hearts. They are good and mannerable young men! We both have raised them just like we were raised. When my son was little, he began playing the drums for our church and no matter where we were, everyone thought he was her son, because of the way she loved him, embraced him and looked out for him. And even now, he's 28 years old, he still plays for our church and she still loves him, embraces him and looks out for him. They share a very special bond! And I am the same way with her son, who is an exceptional young man because of his mom! Also as family, she inspires and uplifts in so many ways. She never misses a day to send all of us cousins (there are 9 of us) some type of inspirational message. And practically everyday, someone responds, "thanks Cuz, I really needed this". Sometimes it's the small things that mean the most. She has been a rock, especially over the last several years. Both our moms are getting up in age, so Mitzi has naturally emerged as one of our generation's leaders of the family. Our uncle unexpectantly passed away a few years ago and she was and has been there to comfort the family and especially my uncle's wife who is also up in age. Yes, she has been a rock to us all as we have come to look to her for strength and guidance on many things.

Then there are days we talk as friends. We share a lot of information about everything, as friends do. Mitzi is an excellent cook, so she helps me with recipes and is always looking out for me with some of my special dietary needs. And because of her exceptional cooking, the family has come to rely on her dishes for every single family function. She also has a keen eye for decorating…so we both like to talk about that…especially for the Thanksgiving and Christmas holidays! And then there are our Atlanta Falcons! We both are huge Falcons fans! And if we're not watching them together on Sundays, then we will be chatting about them either during or after the game. And most certainly on Monday mornings!

And then Your Honor, there are days we talk as Pastor and Parishioner. She has been my Pastor, along with her father before her, most of my life (for 48 years). Aside from her amazing teachings and preaching, she has helped me through some very, very difficult times in my life. In her role as a woman of God, she not only knew what to say to help me…but she taught me and guided me on the road to being a better and a healthier person. I can say that without her, I don't know where I'd be. She has always been there for me and my household. You could probably ask anyone, in our church, our family or otherwise, and they'd tell you the same…Mitzi Bickers has a heart that always wants to ensure everyone is okay and happy.

Mitzi Bickers is caring and giving, she's attentive, she has a big heart to help people no matter their walk in life. She's funny; and even though she's outgoing, she is a very sensitive person. She has a positive outlook on life and she's dependable just name a few things that I know and love about her. I have come to depend on our bond and what we mean to each other. And I cannot imagine not being able to pick up the phone to talk or to share our day with each other. This is how much my cousin Mitzi means to me.

Your Honor, my family and I understand the seriousness of what is before us concerning our loved one, Mitzi, and we humbly ask for leniency at this time. I believe with every fiber of my being that she is needed and she is loved. She is needed and loved in our family, in our church, in our community…her son needs and loves her. I believe she is able to help in these areas in more positive ways; now more than ever before. And if our grandmother were here today, she would come before you to plead for leniency. She would promise you that she would take care of Mitzi, that she would keep her close and that she again, will make us all proud!

Your Honor, please accept my letter that I humbly submit as a character reference for Mitzi L. Bickers. Thank you!


Keelyn Greenwood

Very Respectfully Submitted,

**From:** Kesha <king.kesha@gmail.com>
**Date:** May 23, 2022 at 8:18:32 AM EDT
**To:** Marissa Goldberg <marissa@findlinglawfirm.com>
**Subject: Character Letter fir Mitzi Bickers**

To The Honorable Judge Steve Jones,

Thank you for taking the time to read this letter. I understand how very precious your time is and the privilege to be heard by you is not lost on me. That said I humbly come to share with a you the experiences I have had having known Mitzi Bickers for the past 43 years.

I have truly never known someone as selfless as Mitzi. Many often use the colloquialism "he/she would give you the shirt off their back", however for Mitzi this was an actuality! Growing up in the inner city passing by the less fortunate was a common occurrence. Mitzi would often stop and talk to these individuals without judgement, fear, or bias. On one of Atlanta's coldest winter days, Mitzi arrived at the family home without her winter coat her mom had just purchased. When my aunt inquired about where the coat was Mitzi confessed she took it off and gave it to the man who lived on the street, stating "he needed it more than I did." My Aunt Ethel left and later did in fact confirm this to be true. At the time Mitzi was in her formative years at an age when most youth are more concerned with themselves and their self image. However, she was different.. she is different. Her capacity to love, give, and help those who struggle to help them selves is uncanny.

Judge, the Mitzi I knew then is the same Mitzi I know now. When my father died leaving my mother a widow after 56 years of marriage Mitzi was there as a constant comfort. She is the only individual who will take my mother to tend and visit my fathers grave since his passing in May 2019. To my shame my sisters nor I have been strong enough to do this for my mother. However Mitzi allows her compassion for my mother to out weigh her grief for her uncle, and my father,  and she has done this religiously since his passing.

In closing, I leave you in the knowledge that Mitzi Bickers is an exceptional mother, daughter, cousin, aunt, pastor, friend, and human being. All that I have shared is true to the best of my knowledge. I sincerely thank you for your time.

Respectfully,

Kesha M.King Lawson, DPT, Cert DN

# Keyla Jackson

1266 W. Paces Ferry Rd. Suite 162
Atlanta, GA 30327
770-757-8343

The Honorable Judge Steve Jones

June 21, 2022

I write this letter on behalf of Mitzi Bickers, my wife, spiritual leader, mentor, best friend, and soulmate. I wouldn't be shocked if you received many letters speaking about her goodness, kind-heartedness, and generosity because she sincerely exemplifies all those characteristics.   But Mitzi is so much more than that. She is a special person, one of those rare people that come along seldomly in a lifetime. Like a skipped leap year that happens every 100 years or finding a Red Diamond since there have only been thirty ever found in the world. Mitzi really does have a heart for people like no one I have ever seen before. She is a Galatians 5:22-23 human being. That scripture reads, "But the fruit of the Spirit is love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, and self-control. Against such things, there is no law." Mitzi Bickers acts with the fruit of the spirit of God to help make this world a better place.

When I met Mitzi, I was a vibrant, hardworking, young, woman working in corporate America and pursuing entrepreneurship. I had prayed for God to send me the people who were going to be a part of the vision of success He had shown me was possible. Little did I know when I started to work with Mitzi that she would be so many of those people wrapped up into one. We had similar educational backgrounds, a hard work ethic, and a love for ministry and for family. As a mentor, Mitzi taught me positive strategies for business in the political and business sectors. She always encouraged me to act with integrity and to fully dedicate myself to every task. She often told me that my level of commitment to my clients and detail to my work would be the difference between me being good or me being great. Under her mentorship and working in partnership with her, I gained new confidence and have been empowered to help other entrepreneurs and politicians reach their dreams of success in a male-dominated industry. I owe my success to the God in her.

As my spiritual leader, Bishop Bickers taught me to pursue a deeper understanding of Christ. She never made me feel that my spiritual pursuits were laughable, yet she encouraged me to learn about other faiths and experience different religions. This made me have a deeper understanding of our Lord and Savior and the universe in which we live. Over the years I have seen her help many young men and women, from all walks of life, find a love for a life with God as she did for me. She demonstrates this daily as Pastor of Emmanuel Baptist Church and Family Worship Center and as the founder and overseer of, "Emmanuel's House", the church house that provides room and board to veterans, disabled men, and men who were previously incarcerated in Georgia.

As, my wife, Mitzi has shown a profound level of commitment to our family. She acts with unconditional love and understanding. She puts the needs of others before her own daily and works to make sure all family, immediate and extended are properly cared for. Mitzi's son Emmanuel has Lupus, an autoimmune disease, that has caused him to be sick most of his life. Lupus has no cure but is managed through drugs and treatment. Emmanuel's lupus is acute. His level of pain is intense and causes severe anxiety and panic attacks. He is often hospitalized for inflammation around his heart cavity, and difficulty with his lungs and kidneys. Mitzi also, helps her 79 years old mother co-parent her 15-year-old adopted brother. Mitzi helps provide transportation for his daily activities and is the disciplinarian in his life. Mitzi is her mother's only biological child and is the primary caretaker for her aging mother.

I ask for leniency in sentencing for Mitzi. I pray that you hear my heart. Mitzi is a phenomenal woman who has always acted with integrity personally and professionally. Mitzi is the head of our family, the head of Emmanuel Family Worship Center, and my mentor and advisor in business.  Our lives will be forever changed if she is not here. Her absence will be a detriment to so many facets of life spiritually, physically, emotionally, and financially. So many people and families depend on her presence to make it from day to day. I pray that you will give her a chance to continue to provide positive opportunities to young people, spiritual guidance to people seeking the kingdom of God and to continue to care for her son and family. I ask for leniency for Mitzi Bickers.

Thank you,

*Keyla A. Jackson*

Keyla A. Jackson, Ph.D.

To the Honorable Judge Steve Jones,

I am honored and privileged to write this character letter about Dr. Mitzi Bickers.  Dr. Bickers has been one of the most influential people in my life.  She has blessed me and my family in so many different ways.  She is one of the most kind, honest, loving, caring people that I know.  Dr. Bickers has helped me in so many areas of my life.  From helping me in my percussion career to helping me to get to the point in Law Enforcement that I am in today.  Not only has she been impactful to me, she has blessed my community and communities all around the country.  She cares about people.  She loves to be there for those who might not be able to help themselves or support themselves.  She gives and does out of the kindness of her heart.  Many people in today's world cannot say that they can just give to people, especially those that they may not know.  She is a loving person.  She loves everyone, she prays for everyone, she tries to help to guide everyone and impact everyone that she comes in contact with in a positive direction.  She is a loving mother, daughter and friend.  She has blessed so many people especially in Atlanta.  Her church has been a beacon to the Atlanta area for a very long time, even dating back to when her father Dr. Benjamin Weldon Bickers was the pastor.  She is a God-fearing woman.  She loves God and knows Him personally.  She has helped many including myself to gain a closer relationship with God and I will forever be grateful to her for that.  I pray that you show favor to her.  She is an influential part of so many peoples' lives and many people need her now more than ever.  I thank you for taking the time to read this letter.


Be blessed.

Honorable judge Steve Jones,

 This letter of leniency comes with sincerity as you decide the fate of my friend of over 40 plus years.

As a young child of a minister . Mitzi was always giving of her time and service to her community. She was very active in her father's church. She watched her father demonstrate what it took to be a servant.

Mitzi went on to graduate from Spelman college and later  became the youngest person to be superintendent of an urban school district. Still being a servant.

In every career she has ever had she has continued to be a servant in some form or capacity.

Mitizi has been a good friend to me and my family over the years. We did not talk or see each other  on a daily basis, but whenever I needed her  she was always there for support, In  2019 my daughter was in and out of the hospital Mitizi was there as my friend, as a pastor and more importantly  a servant.

Honorable judge Steve Jones, my friend has been a faithful servant all her life in various communities throughout the city of Atlanta. As you are deciding the fate of my friend I am  asking you for leniency.  My friend  is not perfect and nor am I. I truly believe in redemption. Please take in count all  she has done her entire life as a servant.

Yours Truly,
Lera Phillips

June 16, 2022

Honorable Steve Jones,

I have known Bishop Bickers for over 30 years. She is and has been one of the most caring and compassionate people I have ever met. She is the type of person who always makes herself available to help anyone as much as she can. Mitzi Bickers became a Bishop because she has a genuine desire to deliver the word of God and to help others.

Over the years, I have watched Bishop Bickers build, keep and maintain relationship after relationship with several members of the congregation and throughout the community. Bishop Bickers volunteers when and wherever she can, she helps at the local food pantries, she checks in on local neighbors and family members - especially those who live alone, are elderly, have health or mobility issues, or are caring for children. She makes it one of her personal missions to schedule time to connect with these individuals regularly and let them know that they are not alone.

I am forever thankful to Mitzi Bickers because of who she is as a Bishop to the congregation, a person, a mother and for everything I've witnessed her do for others. She is a pillar in our community, a motherly figure to so many who puts others needs before her own, and an anchor to us all. I have never known anyone so selfless.

It was Bishop Bickers who helped me to get through some of the toughest times in my life when there was separation in my own family. I think of her son now as I hope that the court will grant Leniency to Bishop Bickers. I know from experience the pain and heartache it is when a child is separated from their mother. The mental and emotional effects are so tough to bear - I am sad for the damage a long-term separation would cause him.

Bishop Bickers is more than just a defendant in the eyes and hearts of so many people and her absence in the community - and more importantly in her son's life - would be deeply felt and greatly missed. So many will be lost without her.

Sincerely,

*Melanee Byrd*

Melanee Byrd



**ATLANTA CITY COUNCIL**

**MICHAEL JULIAN BOND**
COUNCILMEMBER
Post 1 At Large

55 Trinity Avenue, S.W.
Second Floor, East
Atlanta, Georgia 30303
Telephone: (404) 330-6770
Email: mbond@atlantaga.gov

June 1, 2022

Honorable Steve C. Jones
United States District Judge
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Dear Judge Jones:

It is with great respect and honor that I take a moment of personal privledge to write this letter of support on behalf of my lifelong friend Rev. Mitzi Bickers, who I have worked with for decades as we strive here in Atlanta Georgia to keep Social Justice, Equal Opportunitiy and Civil Rights as a top priority.

This letter alone cannot fully reflect the conviction I have in support of Reverend Bickers. We both are children of the Civil Rights Movement, and I speak for many when we say the mantle she upholds is heavy.  Reverend Bickers has always been on the right side of justice in making sure God's people are treated fairly.

As a School Board Member, Pastor and Civil Rights Activist, Reverend Bickers is a God-fearing woman, who more times than not sacrificed to help improve the quality of life for citizens throughout metropolitan Atlanta.  Mitzi has been a huge asset to the City of Atlanta and I am sure that she will overcome this misstep in her life and continue her commitment to help and empower her community. I have and will continue to address her fondly as "Leader", because that is what I have experienced when in her presence. I am happy to give my wholehearted support and ask that you show mercy and grace on her future outcomes.

If you should need additional information, feel free to contact me directly.  My prayers are with you as you meditate on your final decision on behalf of the court.

Sincerely,

Michael Julian Bond

May 27, 2022

The Honorable Steve Jones,

I've known Bishop Mitzi Bickers since I was 7 years old. Although I grew up in church, I veered off the path and made a few mistakes, but Bishop always encouraged me to do and be better. I've seen her show so much compassion and unconditional love to people to the point where my life has evolved since she's been in it. Her teachings have taught me to be humble, to show compassion, and that no situation is greater than God. She is very active in my life as well as other members of my family. I've always known her to be funny, kind, loving, nurturing, and dependable. All these reasons point to why her presence in the community is respected and therefore warranted.

Thank you,

*Monecia Fitzpatrick*

Monecia Fitzpatrick

**Re: Character Letter for Mitzi Bickers**

Your Honor:

I met Mitzi through mutual friends at a time in my life when I was going through a period of be ungratefully overworked, exhausted, and just being overwhelmed with life in general.  It was during this time that I decide to work toward accomplishing a community endeavor that had been a desire of mine for the last couple of years.  While others tried to deter me and persuade me to delay my dream, Mitzi encouraged me and offered guidance on tasks to consider on my journey to accomplishing my dream. From that day forward, Mitzi spent time teaching me, encouraging me to expand my work to others in the community, and enhancing how I work with others. I had the opportunity to see Mitzi, not only help me grow as a community supporter, but witnessed her also grow as a person who often demonstrated doing what's right in helping others follow that same path.  There were times when I was supposed to be teaching her the positive aspects of higher education and all life has to offer, but she actually taught me.  She taught me that one needs only to look for and be grateful for some of life's daily small wonders in order to be happy and attract the right things, but to make sure to keep my elderly advisors who paved the way for those moments of happiness celebrated and connected to the community.  I experienced her overcoming adversity in so many ways that should have kept her from being a solid caretaker, impactful pastor of her church, and providing outreach to those surviving in one of the most economically stricken areas in the metro area of Atlanta. I continuously saw the resilience in Mitzi to educate and set others forth on a path to reverse the mantra of being poor in Atlanta and not let past conceptions and stereotypes determine one's future.  Mitzi is the type of woman who would give and have given the shirt off her back so that others do not have to suffer from a lack of need.  She is quick to help out and has been a conduit in the community for education and

community building. Her reputation, and desire to help others be the best at whatever they choose to accomplish, became the phenomenal complexional foundation that is the Mitzi Bickers I know today.

In closing, I ask that you take this letter on behalf of Mitzi Bickers into consideration when deriving at a decision.  Despite the current situation, I know that Mitzi prides herself on doing the right thing and would like to see her be able to continue doing what she does best--- helping her fellow man or woman to overcome the challenges of life. I am grateful for the opportunity to write this character letter for Mitzi Bickers.

Respectfully,

Dr. Monica Hooker

# Monique Winters

1378 Lockhaven Circle SW
Atlanta, Georgia 30311

Honorable Judge Steven C Jones
United States District Court
Northern District, Georgia
1921 Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

May 23, 2022

Dear Honorable Judge Jones,

Dear Honorable Judge Jones,

Allow me to begin by thanking you for taking the time to read this letter on behalf of Mitzi Bickers. At 16, I became a foster child placed in Ethel Bickers' home due to my mother's untimely death. As a result, Mitzi became my sister. In a world that belittles, disregards, mistreats, and forgets motherless children, Mitzi was one of the women who did the exact opposite. Mitzi was and continues to be my supporter, advocate, protector, and confidant. Watching Mitzi's community impact inspired me to be an activist. She was the first to teach me how to advocate for the rights of the poor, indigent, and socially disadvantaged. Under her direction, we (as a family unit) have organized and participated in food drives, assisting the homeless with securing safe housing, health fairs, cleaning up the environment on Earth Day, feeding the homeless, caring for the ill, providing literacy services, driving needy people to the polls, and a host of other community initiatives. Today, I am 34 years old, possess a graduate degree, a homeowner, an advocate for equity in healthcare, and a tireless tackler addressing social determinants of health for people of color. I do not believe any of this would be possible without Mitzi Bickers.

In addition to being a supportive sister to her minor younger brother and me, she is a devoted daughter to her elderly mother. As the only biological child of her widowed mother, Mitzi is responsible for ensuring her daily needs are met. I'm sure you are aware that the need for help with everyday activities is an inevitable consequence of aging. At 79 years, her mother continues to age and will more than likely have increased limitations in physical health, mental health, and cognitive functioning. National Institute of Health reports that there is a swift decline in quality of life for elders having to move to a nursing home due to a lack of responsible caregivers. Currently, Mitzi works hard to ensure her mother's dignity, enjoyment, functional competence, individuality, meaningful activity, physical comfort, privacy, relationships, security, and spiritual well-being is plentiful.

Finally, while Mitzi is a spiritual mother and leader to her congregation as a pastor, she is most importantly a present and loving mother to her son, who has an auto-immune disease. Despite the mitigating circumstances in which he was born, when Mitzi adopted him, she became the epitome of nurture. She continues to give unconditional love, imparts wisdom and chastisement when necessary, and, most importantly, possesses a warrior spirit when caring for him. As his only parent, Mitzi has sacrificed and labored with pride and dignity as a cherished pillar of motherhood, thus giving her son the

best life possible. Although he has reached the age of majority, he is still in need of care and direct support as an afflicted young adult. In summation, Mitzi Bickers is a loving sister, protective mother of her ailing son, a loving spouse, and a spiritual shepherd to her congregation and community. Knowing her for 18+ years has been a privilege.

Your honor, as you consider the sentence that comes with the crimes of which Mitzi was found guilty, I ask that you consider leniency for Mitzi Bickers. I understand and respect the difficult job you have of deciding the punishment for Mitzi. However, I would be remiss if I did not humbly request you to consider the unintended collateral damage of a hefty sentence, her elderly mother and unwell son.

Again, thank you for your time and consideration as it relates to Mitzi Bickers, and I hope this letter and others give you a glimpse into who she is as a person.

Respectfully,

*Monique Winters*

Monique Winters, MHA, CLA

June 13, 2022

Dear Judge Steve Jones,

My name is Lisa Mathis, my husband Thomas Mathis and I attend Emmanuel Family Worship Center. My husband's family have been members of this church since the early 1960, under the leadership of Reverend Benjamin E. Bickers. In the years to come, the leadership of the church would be passed on to Bishop Mitzi Bickers, the daughter of the late Reverend Benjamin E. Bickers. The church serves a community of people of all walks of life. Bishop Mitzi Bickers continued her father's legacy by providing love and spiritual teachings to everyone.  I humbly ask your Honor to temper justice with mercy and compassion when you impose sentence for Bishop Mitzi Bickers. She has served the community all of her adult life. Bishop Mitzi Bickers is a woman that teaches, encourages everyone to live a life of goodness, overcoming issues of your past, trusting and having faith in the Lord. She has helped so many people recover from drugs and alcohol abuse to become healthy productive citizens. She's a champion of encouraging the youths in the church and the community to get a college education or a trade, so that they can grow up to be leaders in the community. My family loves Bishop Mitzi Bickers, not because she's the minister of the church, but because she is a kind and loving person.

Thank you, Your Honor, for taking these thoughts into consideration, Bishop Mitzi Bickers has an elderly mother, son, and adopted brother that needs her support.

Kind regards,

Mr. & Mrs. Thomas Mathis

DocuSigned by:

*Mathis Lisa*

A8FF81AA4A78424...

May 23, 2022

To:
The Honorable Judge Steve Jones
U.S. District Court for The Northern District of Georgia
Atlanta, Georgia 30303

**Re: Character Letter for Mitzi Bickers**

Dear Honorable Judge Steve Jones,

I hope this letter finds you and your family well. My name is Myia Gordon, and I appreciate your time and attention to this letter. I am writing you to offer a character reference for Mitzi Bickers who will appear before you soon for sentencing. I can only imagine how many pleas for leniency you read on a regular basis. This one is no different. I hope other letters you may receive will, collectively, offer a complete character assessment of Ms. Bickers. This one will offer a very personal one.

Mitzi Bickers has been a constant presence in my life during its 47-year entirety. She's been there even before my arrival; we are first cousins. Like many cousin relationships that are close-knitted, the seven of us function more like siblings and each of us brings different strengths and attributes to our dynamic. We are a core component of our family. We are awesome!

What I have experienced and admire most about my cousin is her commitment to her faith and family. Our family has been through our share of rough spots and we depend on each other for different reasons to see us through those times. We all know that, through those trials and tribulations, Mitzi's advice will always lead with, "Everything is going to be alright." We count on her to be that pillar of strength we can rely on. In the midst of pain and despair, it's amazing to witness someone function in the spirit of hope and positivity in the way she does. We often joke around when talking about our cousin circle and it is known that we take care of each other. We only know to stand strong together because we function as a unit. A few years ago, she began to start our days with a morning prayer in our cousin's group text. Even though some of her darkest days, the prayers continued to show up and still continue each and every day.

Mitzi is really great in roles of leadership. She has positive ideas and forward-thinking objectives that propel her visions into beautiful realities. She stepped into her father's role as head pastor of our family church after his death. She's led marching bands, school boards, campaigns, interventions, and a multitude of other things over the years. She is selfless, generous, and kind. She's funny, hilarious even, and loves to laugh. She's reliable and dependable. She refrains from being judgemental or sanctimonious. She has a beautiful singing voice and loves the Lord with every fiber in her body; she's a faithful stewardess, humble, and grateful.

These are just a few wonderful attributes of a flawed human being. I hope these words touch your heart and allow you to feel how special Mitzi Bickers is to, not only myself but so many people. As cousins, we share a special bond that is unbreakable, respectful, and pure. I am blessed to be able to experience that on a daily basis. But more than that, I am appreciative of the role model she has been in my life and for the lessons she's taught even when she didn't

know she was teaching. I am appreciative of the mom she is, the daughter, the friend, the community leader, the uplifter, the competitive spades player, the cook, the wife, the stranger that will feed you because she knows you're hungry, the truth-seeker, the truth-teller, the protective cousin, and the faithful pastor. All of these things add up to the one thing that encapsulates all of her many layers…love and she is so full of it!

Thank you for your service and dedication to our judicial system and, again, thank you for your time and attention to this letter.

Sincerely,

*Myia Gordon*

Myia Gordon

*Nathaniel R. Jackson, Ph.D.*

*315 Stonecastle Pass, SW*

*Atlanta, GA 30331*

*drj315homey@gmail.com*

Honorable Judge Steven Jones

Re: Character Letter for Bishop Mitzi Bickers

Bishop, I need your help!  Bishop, I need your solace!  Bishop, I need your advice!  These and many other pleas for help Bishop Mitzi Bickers has responded to with understanding, kindness, and respect.  However, she has also helped people deal with crises while providing them with coping strategies for the future.  Mitzi's willingness to help those in need is one of her outstanding human traits.

Above all, Mitzi has been honest in her response to those in need.  She has made it a point of telling individuals what they need to hear and not necessarily what they want to hear.  She has responded to individuals grieving a loved one dying of a terminal illness with compassion but truthfulness.  Similarly, she responded to individuals suffering job loss telling them to correct their behavior that may have contributed to the loss.  In too many instances to mention, Mitzi has helped people get jobs.  Astonishingly, she has often helped those same individuals who lost their job, through their actions, regain their employment.

To the best of my knowledge, Bishop Bickers has been honest in her professional dealings.  Not only has she advised other professionals helping them to avert missteps, but she has also often helped others when they needed financial resources by providing them with her own.  She has advised many people wanting to seek an elective office that they lacked adequate experience or recognition to achieve success and would not take them on as clients.  Mitzi is not a person out to get money at any cost!

She is mindful of her responsibilities as a mother and a daughter, and she would not do anything to compromise the trust that her family has in her.  Furthermore, Mitzi respects the church family that she leads with compassion and honesty.  She helps her church members understand the strengths of religion and the dangers of "being religious without being any earthly good".  Without being a deeply religious person myself, I can say that I respect Bishop Mitzi Bickers most for her religious, personal, and professional integrity.  Despite her recent challenges, Mitzi has not lost her faith in God or humanity.  *The bishop continues to answer pleas for help.*  Therefore, I request, on the part of the community that she serves, that you consider leniency

Sincerely,

*Nathaniel R. Jackson, Ph.D.*

Nathaniel R. Jackson, Ph.D.

Patricia Weston
5647 Laurel Ridge Dr
East Point, Ga 30344

Character Letter for Mitzi Bickers

To: The Honorable Judge Steve Jones

I, Patricia Weston, and husband William Weston Jr. have known Bishop Mitzi L. Bickers for over
30 years before she became pastor of Emmanuel Baptist Church. We met through my brother in
law and his wife (Jimmy and Paulette Weston) who were members of Emmanuel, which was
under the leadership of her father, Benjamin Weldon Bickers. Over time I observed her passion
for children and compassion for all those in need.Not only those in church but the community as
well.As I got to know Mitzi Bickers, I got to know her heart and caring spirit. Mitzi Bickers is a
selfless, giving, caring and humble person, as well as  a woman of God.

Over the years of knowing Bishop Mitzi Bickers, I can truly say she's more than my Bishop and
spiritual leader. Mitzi Bickers is so much more to me and my entire family. There are no words
for how much she means to us. She was and is a very influential part of our lives. She played an
important role in the upbringing of my grandchildren and now their children. Bishop Mitzi Bickers
has seen my family and I through crisis and hardship and trials as well as sharing the best of
times. This was not only as our pastor, bishop, and spiritual leader, but as our friend.

Mitzi Bickers motivates and encourages you to be the best you can be. She almost always puts
the needs of others before her own. When we hurt,  so does she and it is no wonder we feel the
same about her. Mitzi Bickers is a very loving daughter to her mother and a phenomenal mother
to her son as well as an amazing sister to her brother. She is the epitome of what a woman
should be. Aside from being the best bishop and spiritual leader, our personal connection can
not be explained in words. Webster simply has not any words to describe Mitzi Bickers and what
she means to me and my family. She is a very viable and irreplaceable part of our lives. I thank
God for allowing our paths to cross.

It is my sincere hope that you take this letter into consideration. I do believe with my whole heart
that Mitzi Bickers is an honorable individual, a valuable part of our community and to all the
families that she's served and is serving at Emmanuel Baptist Church, and just overall, she is a
good human being.


Thank you,


Patricia Weston


William Weston

## Character Reference Letter

To Whom It May Concern

My name is Patrick Walker and I have had the pleasure of knowing Dr. Mitzi Bickers for eight years. During the years of our acquaintance, I have known Mitzi in many capacities. She has been my Spiritual Leader stepping in as my pastor. Her responsibilities in that capacity have grown with the activity level of a now a dear and close friend.

For the years that I've known Dr. Bickers, She has also been involved with a variety of organizations of service always looking for ways to help somebody. Her experiences have included food pantries within her local community, helping young men and women friend employment, and showing great compassion and concern for the youth within the greater Atlanta area by sponsoring and sending youth to area summer camps and reading programs keeping them engaged in positive activities through out the year.

Dr. Bickers is an intelligent, capable, and personable woman of God. She has a heart of gold and gives so much of herself. She always tells me "you haven't learned how to live until you learn how to give". With a sincere and humble heart, I hope that you would take this letter of character into your heart while considering your decision concerning my dear friend Dr. Mitzi L. Bickers.


Respectfully,

Mr. Patrick Walker

(470) 338-6973

May 29, 2022

The Honorable Judge Steve Jones

I am a close friend and associate of the Fitzpatrick/Howard family, and it was through them that I met Bishop Mitzi Bickers. Having little to no prior knowledge of her, my impression upon meeting her for the first time was impressive. She exuded the grace which one would expect from a person in her position. She possesses a spirit of unselfishness and humility as that of someone who has everyone's best interest at heart. Her demeanor demands respect but also acknowledges that respect must be given to those that she encounters. As I grew to know her on more of a personal level, she has shown herself to be a great teacher and a practical thinker. All these qualities are indicative that she is a true gift from God, and her presence is necessary to the uplifting of our community.

Respectfully,

Quentin Averhart



May 23, 2022

Justice Steve C. Jones
United States District Court
1967 Richard B. Russell Federal Building
Atlanta, CA 30303-3309

Dear Judge Jones:

It is with great prayer and consideration that I write this letter of support and request your compassion for one of our faithful community partners, Pastor Mitzi Bickers with the Emmanuel Baptist Church, who is due for sentencing in your courtroom in the coming weeks.

This letter alone cannot fully reflect the tremendous faith I have in the judicial system to look at the long historical record of good deeds and community service from Pastor Bickers.  Shaking the Nations is a global humanitarian relief organization, and Pastor Bickers has always been in our corner to support our efforts to empower the total man, spiritually, educationally, financially, and medically.  She has always supported our outreach efforts and even contributed financially on several occasions to make sure we could make a tangible impact in the countries that we serve. Here in our ministry, Pastor Bickers holds a place in the highest esteem, both as prayer intercessor, donor and a volunteer for our outreach efforts.

Pastor Bickers is a woman of resilient faith, she understands the power of prayer and knows that Jesus Christ is Lord over her life. She is very diligent and has a strong work ethic. She has mentored many of our members and helped them achieve their professional goals. I understand that she has made some questionable judgements regarding her business affairs, she is a good person, and I believe if given the opportunity she will make you proud for giving her a second chance.

I am humbled to give Pastor Mitzi Bickers my support, prayers and guidance as she continues on this journey. Thank God in advance for His mercy in support of her. If you should need additional information, feel free to contact me directly at 404-492-2004.

Yours in Christ,

*Mary L. Smith*

Rev. Dr. Mary L. Smith
Pastor



*Rev. Michael A. Shinn, Sr. Pastor*

May 13, 2022

The Honorable Judge Steve Jones

Subject: Character Letter for Mitiz Bickers

As a Pastor of New World Harvest Church, I am honored to offer this character reference of Bishop Mitiz Bickers. Having known Bickers for 30 years as a trusted colleague and friend, I can honestly say that she is a kind and loving individual.

Bickers is a hardworking pastor who does an excellent job sharing the wisdom of God and leading her church family. She always treats others with kindness and grace and can light up a room with her smile.

In addition to her involvement in the church, Bickers has done a lot for her community and is always happy to lend a hand and help others in need. I am grateful to have a friend in her.

Please do not hesitate to contact me if you should require any further information.

In the Sight of God,

Rev. Michael A. Shinn
Senior Pastor
New World Harvest Church

May 30, 2022

Honorable Steve C. Jones
United States District Judge
1967 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive SW
Courtroom 1907
Atlanta. GA 30303-3309

**Re: Character Letter for Mitzi Bickers**

Dear Judge Jones:

Mitzi Lenise Bickers is our first cousin. Her father, the Reverend Benjamin Weldon Bickers, and our father, Joseph T. Bickers, were brothers. Our father was a real estate broker and Uncle Bennie was a salesman at his office. However, Uncle Bennie's true calling was his Ministry. The Ministry has been a true blessing to our family as well as the entire Atlanta community. He was the founding Pastor of Emmanuel Baptist Church in Southeast Atlanta, Georgia.

Mitzi was born from the union of Uncle Bennie and Aunt Ethel King. She attended Frederick Douglass High School where she was the drum major of the band. She then furthered her education at Spelman College. After graduating from Spelman, she followed her passion to inspire young people to stay in school and become productive members of society. She campaigned for and was elected to serve on the Atlanta Public School Board as its youngest member. As a family, we admired her passion and were very proud of the impact she made on young adults throughout the city and her dedication to the Board and its many missions.

After eulogizing her father, Mitzi stepped into those very big shoes at a very young age and became the Senior Pastor of Emmanuel Baptist Church. After growing up in the church, studying the gospel and participating in most church activities for her entire life, it became a natural progression. Under Mitzi's pastorate, the church has thrived. She continues to mentor the youth and underprivileged in the Southeast Atlanta community. The church has become a beacon of light for the High Point community. They provide food for the hungry, toys and other essential services for anyone in need. Were it not for the generosity of the church, many members of the community would be overlooked at holiday times. She has also been very instrumental in the church's music ministry, growing it by leaps and bounds. It has been a great source of pride for us to watch Mitzi's compassion for her fellow man and her dedication to spread God's word and uplift others in the community.

Our family has been blessed to have Mitzi to serve as our spiritual advisor for many years. She has presided over countless weddings and funerals in the family, always a source of comfort and inspiration in our time of need. We've always been able to look to her for prayer and guidance. She's always willing to drop everything and devote her time and energy at a moment's notice. We've been tremendously blessed by her unselfish nature and love for our family. We've spent countless hours in fellowship, sharing many precious moments together. Her strength and compassion has been a constant in our lives.

In addition to her busy schedule, we have also had the pleasure to watch her develop into an outstanding mother to her son, Emmanuel, named for the church that has meant so much to them both. Her love and heartfelt devotion to Emmanuel and his growth brings a smile to our faces. We have watched him, under

Mitzi's tutelage and guidance, mature into quite a fine, God-fearing young man who is also very active in the church.

We, as a family, love Mitzi very much and are blessed to have her as our cousin.

With love and pride,

Ronald Bickers and Cheryl Bickers-Jordan

**Sadiqa Banks Holsey, Esq.**
**4062 Peachtree Road, #A240**
**Atlanta, GA  30319**
**E -SadieBSQ@gmail.com**
**P- (470) 838-1616**

Richard B. Russell Federal Building
United States District Court Nother District of Georgia
ATTN:  Honorable Judge Steve Jones
2211 United State Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

Re: **Character Letter for Mitzi Bikers**

To The Honorable Judge Steve Jones:

Please allow for this letter to share my personal experience with Pastor Mitzi Bikers.  I met her through a very close friend; a very personal and good friend of mine since 2009.  That 's important for me to share because my friend is a great judge of character, so when I met Mitzi, I knew she was a great person.

In the summer of 2012, I met Mitzi for the first time at her home.  I was invited for a small holiday and family gathering.  In early 2012, I became a victim of stalking and home invasion in Dekalb County, so my life, my emotions and my mental state was beyond fragile.  The stalking and burglary incidents had me running for my life since January.  I had a private employment law practice I was still trying to manage, and I struggled getting through my days.  In 2011, I met the wrong man who made me pay for ending the relationship.  He stalked me and three weeks after the breakup, he broke into my home.  For 8 months I couldn't sleep, I didn't laugh, I was scared all the time, I disappeared from social media, and I found myself looking over my shoulders every step I took.  I didn't feel safe.  When I met Mitzi in the summer of 2012, she was so warm.  She was loving and she invited me into her home and around her family.  She immediately showered me with strength and confidence.  She affirmed my healing and reminded me not to operate from fear.  I remember sitting by her lake and a small group of us were just chatting and one of the women started singing.  I remember looking at them wondering if I would ever feel that type of comfort again.  Mitzi assured me that I would, and the healing takes time.

Mitzi never asked me for anything.  Ever!  Instead, she freely gave to me her time and prayers and positive energy.  She always reminded me that I would get through the tough times associated with the stalking and burglary and that life will get better for me.  It did.  She always had open arms and invited me into her world – around her family.  I always took that as a gift she gave me.  Mitzi is authentic and present and consistent and inspiring and a friend.  I never expressed this to her, but when I tell other young ladies that choose the wrong relationship– how they can survive – I mention how Mitzi opened her doors to me

and stressing the importance of having the right healing circle around during those times.  Mitzi was a part of my healing circle, and I am thankful for have her in my life.

Best regards,

Sadiqa Banks Holsey

# SAMUEL THURMAN

3400 Deaton Trail, Buford, GA 30519 | 719-439-2788 | sthurmx@gmail.com

**May 20, 2022**

Honorable Judge Steve C. Jones
United States District Judge
1967 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309
Courtroom: 1907
Chambers: 1967

**SUBJECT:**  Character Letter for Mitzi Bickers

**Dear Honorable Judge Steve C. Jones:**

My name is Samuel Thurman, and I respectfully submit this letter to you in support of Mitzi Bickers.

While Ms. Bickers was a dear friend to my late mother and late father for several decades, I only came to befriend Mitzi within the last seven years when I returned to Atlanta after living in Colorado for over 25 years.

My connection to Mitzi stems from her connection with my parents.  My father was a Baptist Pastor here in Atlanta (Rev. Forest Thurman, Sunnyside Baptist Church, Pittsburgh area).  My father and Mitzi's late father were associates in the ministry.  Additionally, our mothers, as Minister's Wives, were members of the same associations and international Ministers' Wives organizations.

So the court might ask, what does this have to do with Mitzi's character?  Upon the death of my father nearly 25 years ago, Mitzi, as part of her calling as a Minister, fulfilled a Biblical scripture that calls for the church to support widows of ministers/bishops.  I found out upon my return to Atlanta in 2015 that on an annual basis Mitzi ensured that several congregations came together in fellowship every October to honor and show respect for my mother.

I attended the first tribute celebration for my mother in 2015, and I was blown away at the genuineness and kindheartedness that Mitzi showed toward my mother.  Not only did Mitzi show loving kindness during the celebration, she helped organize the entire church service where there was singing, poetry, spoken word of inspiration, fellowship dinner, and so much more.  I can truly say that my mother looked forward to this event every year, as evidenced by the glow I observed in my Mom's face as October would approach.  For the past couple of decades Mitzi's awesome selflessness brought great joy to my mother, which in turn brought great joy to me; you see, I'm an only child so my Mom meant the world to me.

As you may have picked up from the last sentence, it's written in past tense.  My Mom transitioned to her heavenly home in March of this year.  We celebrated her 93rd birthday on March 3rd and she departed this life on March 30th.  It was truly an honor for me and my family (my children, cousins, aunts, etc) to have Mitzi speak at my Mom's Homegoing Celebration.  My mother wouldn't have had it any other way… and neither would I.

Over the past several years, I found out that Mitzi has done several like deeds in the community.  While I won't speak directly to the other deeds of kindness, I will say that Mitzi Bickers has made a significantly

positive impact on me and my family through the kindness shown to my mother.  And even in death, Mitzi was there to help give my Mom a great send off.  Mitzi made moving comments with sprinkles of humor (in a true form that was fitting for who my mother was).  There is no secret that mourners experience subsequent heartache and grief, but in yet another act of selflessness, Mitzi checks in on me to ensure that all is well.  Those impromptu phone calls mean the world.

In a society so full of unrest and hate these days, I can truly say that it is a blessing to have a Mitzi Bickers in the world to show acts of kindness and love.  Her kindness is genuine and touches the heart.

Thank you to the court, and to Your Honor for allowing me the opportunity to indulge the court as I share something I feel is critically important.

With Great Respect and Sincerity,

**Samuel Thurman**

**2**



## *House of Representatives*

**SANDRA SCOTT**
REPRESENTATIVE, DISTRICT 76
18 CAPITOL SQUARE, CLOB 611
ATLANTA, GEORGIA  30334
(678) 283-7149 (C)

**EMAIL: sandragivensscott@gmail.com**

COVERDELL LEGISLATIVE OFFICE BUILDING

(404) 656-0314
(404) 656-0250 (FAX)

STANDING
COMMITTEES:
DEFENSE & VETERANS AFFAIRS
HUMAN RELATIONS & AGING
REAPPORTIONMENT
SCIENCE & TECHNOLOGY
SPECIAL RULES

May 24, 2022

TO: The Honorable Judge Steve Jones

I am pleased to write this letter in support of Rev. Mitzi Bickers, a person I've known for over 10 years. During that time and to the present, I can attest to the fact that she is compassionate, kind and generous. A woman of great strength and vision, someone who has walked and talked with people in need of financial assistance, spiritual inspiration, emotional stability and physical stamina on a regular basis, Ms. Bickers demonstrates her willingness to feed the hungry, provide shelter for the homeless and counseling for the mentally and emotional unstable.

Rev. Bickers is a caring daughter for her 80 year old mother, wonderful mother to her son Emanuel and great servant to her members at Emanuel Baptist Church in Atlanta.

Those aforementioned reasons are why I'm honored to support Rev. Mitzi Bickers.

Sincerely,

*Sandra G. Scott*

Representative Sandra G. Scott
House District 76

**SENATOR GAIL DAVENPORT**
District 44

206 Washington Street, SW
Suite 121-H State Capitol
Atlanta, Georgia 30334
Tel: (404) 463-5260
Fax: (404) 463-5547

Gail.Davenport@senate.ga.gov



**COMMITTEES:**

Appropriations
Natural Resources and the Environment
Retirement
State Institutions and Property
Urban Affairs, Vice Chair

•

Atlanta Delegation
Clayton Delegation
Dekalb Delegation

## The State Senate

Atlanta, Georgia   30334

May 26, 2022

The Honorable Judge Steve Jones

### CHARACTER LETTER FOR MITZI BICKERS

Dear Judge Jones:

I am writing this letter on behalf of Rev. Mitzi Bickers to attest to her good character and integrity, which I attribute to the values instilled in her by her parents, Rev. & Mrs. Bickers, who nurtured and reared her in a good Christian home.

I have known Rev. Bickers for sixteen years, and in that time, I've found her to be honest, self-motivated, a hard worker, always respectful of herself and others.  She is caring, kind, and shows compassion for everyone.  During that time, she demonstrated a good work ethic, and her desire and ability to be a good follower and team player, as well as leader.  She has a deep commitment to her family, friends and the church.

Rev. Bickers' parents made sure she attended worship services, Sunday School, Vacation Bible School, sang in the choir and played the piano and organ at her church.  She participated in many extra-curricular activities in the community and at school and possesses an exemplary education background, graduating with honors from high school and Spelman College.

I sincerely believe Rev. Bickers is a person who demonstrates through her words and deeds that she's willing to help others in any way that she can, and that she will always contribute greatly to the community and society.  Therefore, I ask for leniency for Rev. Bickers.

Thank you very much for your consideration in this matter.

Sincerely,

Senator Gail Davenport

**From:** Shima Howard <shimanhoward@gmail.com>
**Date:** May 17, 2022 at 1:55:59 PM EDT
**To:** Shima Howard <shimanhoward@gmail.com>, Marissa Goldberg <marissa@findlinglawfirm.com>
**Subject: Character letter for Mitzi Bickers**

To Honorable Judge Steve Jones, my name is Shima Howard and I am writing this letter on behalf of my pastor and friend Mitizi Bickers. I have known Doctor Bickers for 15 years and has been a constant friend and supporter in my life and the lives of my children. She has help cultivate and encourage growth in the hearts and minds of my family. She strongly supported my oldest Niambi daughter when she ventured off to college by keeping in touch with her and providing financial assistance. She has taken time to talk with my youngest daughter Jameria who was having great difficulty in school relations and poor self esteem…..that means a lot to a child that feels lost, afraid and embarrassed because she thinks she can't learn. She always tells our children to think bigger. She was a second mom to my son Rico. She let him hangout with her son Emmanuel and their family on vacations and outings. Theses were things outside of church that she didn't have to do but she did and he was so grateful because he always felt at home with her. There are so many times that I needed her and she was there for me. She was the one I called first before I underwent a life altering spinal surgery because I trusted that when she said I was gonna be alright I would be. She was right…..I am. She has provided me with job opportunities when I was unemployed and has always came to my rescue and offered help. When my house caught on fire in 2018 she was there to assist me. She has counseled me and defended me. Perhaps the greatest expression of love she has given me is when she orchestrated an outside funeral service for my son Rico in the midst of the pandemic October 2020. She made the absolute worst time in my life flow easier. This is just part of my story. She has been this to me and countless others in our church and community. She knows each of or children's name in our church….what Pastor takes the time to know each of our children personally? That's relationship! She offers hope when we are drowning in our own thoughts, she encourages us to forgive…u learn and relearn…to take time out for self care….and love one another. We need her….her son Emmanuel needs her….her mother and family needs her….I need her. I am sharing this small bit of my love for her with you with high hopes that you can find it in your heart to give her leniency. She means so much to so many people. Please consider the impact it will have on her family, our church family and our community without her being here apart of or lives. I'm afraid our church will fall. We need her leadership her guidance, her counsel, her friendship, her laughter  and her love. Our families collectively don't work without her. I'm asking for leniency not because any of us are good or bad but because all of us deserve it and we could all use some grace and mercy. You have the power to extend just that. Thank you for you time.
With warmest Regards
Shima Howard

My name is Tammy Hightower Shepard. I am a member of the Emanuel Baptist Church & Family Worship Center. I came to Emmanuel Baptist Church 15 years ago. I was searching for another church that had Wednesday night service. My cousin recommended Emanuel Baptist Church. So I decided to come and give it an opportunity to feed my spirit. Now when I first entered the church it was a very intimate family oriented type of church. This is the type of church I grew up in, where the leader knows everybody's name, their extended family and they made an outsider like myself feel like family. That's the spirit Mitzi Bickers has and it spills into the congregation. I need her at Emmanuel Baptist Church & Family Worship Center because of the great impact she has on my life. I will never forget the times that she has come to my rescue when I lost my job and my husband. She was their emotionally and financially . I'm not sure what would have happened had she not given me this emotional support in this very hard time in my life. In times like this we need Mitzi Bickers. She's more beneficial with us than anywhere else. My daughter needs her godmother who prayed over her when she was in the hospital for an additional 3 months after being born 3 months early. Mitzi Bickers interceded to God on behalf of my daughter and I will be forever grateful to her for everything. The woman I know is full of love understanding. She is dedicated, trustworthy and helpful. If you ever want a friend meet Mitzi Bickers she's your friend to the end.

June 8, 2022

RE:  Ms. Mitzi Bickers
     Character Letter

To The Honorable Judge Steve Jones,

It is indeed an honor to write a character letter for Ms. Mitzi Bickers.  Ms. Bickers has been a part of my life for the past 25 years, dating back to my sophomore year of college.  She has been there for many of the great times and those times in my life that were considered my lowest. She seemed to always have an encouraging word or simply just a phone call to ask how I was doing, no matter what the circumstance was, she always had a way of making me feel optimistic about whatever I was going through at that moment.  Ms. Bickers has not only been a tremendous support system in my life, but she has continued to make sure that my family has felt supported down through the years, and it's because of this care and concern that she has for people, it has allowed her to be a constant in the lives of everyone she encounters.

Ms. Bickers has served the city of Atlanta in so many capacities, and because of the relationships that she has taken the time to develop, she has been able to encourage, support, promote, and push individuals into the next level in their lives. Ms. Bickers has also been the pastor and leader of Emmanuel Baptist Church since the transition of her father many years ago, within those years she along with her church family have become a beacon of hope in that community.  She has created many ministries that have assisted families in the church and out of church, she has provided employment opportunities, assisted with family concerns, counseled, prayed for, and most importantly she has been a caring and supportive leader of the people that God has entrusted her to lead.

As I close, I am asking that you show leniency towards Ms. Mitzi Bickers.  She is truly a major part of the lives of so many. She wears many hats each day, she is a mother, a daughter, a Pastor, and a friend, but most importantly she is a person who has dedicated her life to ministering to the needs of others.  It is not often that you find a person who genuinely has a heart for people, who really sees them for who they are and the potential that they have.  Ms. Bickers is one of those people, she has begun a great work in her church and the community, and there is so much more work to be done. Thank you for this opportunity and taking the time to read this letter concerning the character of Ms. Mitzi Bickers.

Sincerely,

*Tiffany Mckie*

Tiffany Mckie

On Wed, May 11, 2022 at 8:17 PM Tina Glenn
<weneedouryouth@gmail.com> wrote:

To the Honorable Judge Steve Jones:
My name is Tina Glenn and I've been under Mitzi Bickers
leadership since 2010 and she's been nothing but a great
Blessing to me and my family she step in at the right time
especially when you can't Pray for yourself and your children
even grandchildren act out, me personally I wouldn't trade her for
the world she's made a big impact on my life especially change
and I love her and thank God for giving me such a great leader.
          Thanks,
           Tina Glenn

Travis Clark
122 West Mandeville Road, carrollton, Georgia, 30117
(404) 946-3896
vacation052076@gmail.com


Date: June 20 2022


To Whom This May Concern,

My name is Travis Clark and proud to offer my recommendation of Mitzi Bickers to whom I have personally known for 1 years as my friend.

During my relationship with Mitzi Bickers I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Mitzi Bickers is a family-person who has always presented themselves with levelheadedness and grace.

It's with great confidence that I recommend Mitzi Bickers as someone who, I truly believe, possesses the character and judgment for the betterment of our community.

Please do not hesitate to contact me if you should require any further information.


Sincerely,

Signature _Travis Clark_ Date: 6/20/22
Travis Clark

5/24/22

**The Honorable Judge Steve Jones**

**US District Court for the Northern District of Atlanta, Ga 30303**

**Troy Gordon**

**Senior Broadcast Systems Engineer (Warner Media Discovery)**

**507 Haralson Dr SW Lilburn GA 30047**

**678) 694-7125**

**troy_gordon@att.net**

**To Whom It May Concern:**

      I am Troy Gordon; the husband of Myia Gordon who is a family member (cousin) of Mitzi Bickers. I have known Mitzi for a little over 22 years. What I have witnessed over the years is Mitzi's leadership, and wise counsel for many of those around her. She is observant and will make herself available if you need her. I am a Broadcast Engineer; I work in television, and I work many hours. I am a cut and dry no nonsense type of person and I am private; also, a bit of an introvert so a person must earn my admiration for me to vouch for them. It doesn't come easy. I came in my wife's family circle after a divorce. I had two children from my previous marriage, and blended families can often be difficult to navigate. Especially, when dealing with exes and new spouses. I found that Mitzi wasn't judgmental at any point, and I was allowed to be me and to join their family at my pace. She offered guidance for my wife and I through this difficult period when we wanted and needed it most. She never inserted herself unwantedly into the trials and tribulations we were going through. She always used words of encouragement and after some years I remember her telling me that I was a great dad and I take care of my duties as a father and husband. At that time, I needed to hear that, and it meant a lot coming from someone I felt was "outside looking in" on my character as a man and a dad. Mitzi is timely in the delivery of her words.

      I'm not a highly religious person, I don't go to church as often as I should. But, throughout the years the few times I've attended her church and witnessed her sermon, I was incredibly moved to say the least. She has a way of delivering the word of God that anyone can relate to and appreciate from whatever your background is. I've witnessed how important she is to those around her whether it's her family members or her church family, she touches all she's exposed to profoundly. I'm writing this letter exactly for this reason. I believe, the damage to the lives of so many would be insurmountable, and the impact would affect so many people if Mitzi were to be absent from those relationships.

GROUNDWORK

CREATE ● HOPE ● GIVE ● BUILD ● LEAD ● ENGAGE ● SERVE ● EMPOWER ● ACT

May 31, 2022

Honorable Judge Steve C. Jones
United States District Judge
U.S. Court House
1967 Richard B. Russell Federal Building
Atlanta, GA 30303-3309

Dear Judge Jones,

The purpose of this letter is to express my heartfelt plea for you to consider the record of ministry and public service and selfless achievements of my mentor Rev. Dr. Mitzi Bickers.   I have known Dr. Bickers for the past 16 years and during that time, she has taken me under her wing, and allowed me to refine my talent, gain confidence, and more importantly, she has taught me how to lead and give back to the uplift of the community.

As you know homelessness and poverty is a major epidemic in Atlanta, as a minister and missionary of the Gospel, she has embodied a passion for helping the "least of these".  I have witnessed firsthand her work ethic, her love for God and lost souls.  Whether it was a prayer vigil to support a family of a murdered child, a meal distribution to address food insecurity or laying down a cot in a emergency homeless shelter during a cold winter night, Dr. Bickers was there.  I have no doubt that God will continue to use her in this next chapter of her life.   While her recent difficulties are well known, I have watched Dr. Bickers be consistent over time, while under tremendous pressure working to help improve the quality of life across our region.   I know she truly regrets the oversight in her personal affairs.

In closing, my life has changed because of the mentorship, guidance, and support of Rev. Dr. Mitzi Bickers. I have experienced her ministry, wisdom, and compassion for the selfless benefit of those around her. We can all only hope that our lives are judged on the totality of what we have done and not on one particular phase of our lives.  I pray you will take this letter into consideration as you determine the just resolution of the matter before you.  Feel free to call me directly at 404-702-9260 if you have any questions or concerns.

With the upmost respect,

Vanessa Manley
Missionary

*Vivian Dixon-Bradford*
*2105 Knighton Dr. Atlanta, Georgia 30349: Phone 404.914.3479*
*Email: vivianbradford2002@yahoo.com*

Date: May 14, 2022

**Honorable Steve Jones**

**Judge of the United States District Court for the Northern District of Georgia**

**Richard B. Russell Federal Building**

**2211 United States Courthouse**

**75 Ted Turner Drive, SW.**

**Atlanta, GA. 30303**

**Re**: Sentencing of Mitzi L. Bickers

Dear Honorable Judge Jones,

I am a long-time friend and former church member of Reverend Mitzi L. Bickers. As a friend who have had close interactions throughout the community whether it was a family event or a church event with Rev. Bickers. Sir her leadership and support that she has always shared and had with me, and my family goes beyond what I would describe on a level of positive influence.

Sir, as two teenagers growing up Mitzi has always instilled in those around her to do great in whatever one acquires to do. Even as it relates to me and my very own family, she has always been supportive. And sir, this friendship  started way before she became the full-time Minister (after the passing of her father on July 12, 1998, Rev. Dr. Benjamin W. Bickers) of the Emmanuel Baptist Church).

Mitzi Bickers, as a friend and as my (former) minister, she has continued to reach out to me, checking on my family and advising me that if we ever needed her that she is only a phone call away. She would purposely give me songs to sing, and little did I know that she was grooming me to be the Psalmist that I am today.

The house that I have been living in now for 24 years. At the time that I moved in it September of 1998, Rev. Mitzi Bickers came and walked through the entire dwelling praying over me and my family.

1

*Vivian Dixon-Bradford*
*2105 Knighton Dr. Atlanta, Georgia 30349: Phone 404.914.3479*
*Email: vivianbradford2002@yahoo.com*

During the passing of my grandmother, my brother, my sister, and my mother and other family members, as a friend she has been there, as a minister she has been there, and beyond the days of grieving she has been there.

Though I changed my membership back to my home church, Rev. Mitzi Bickers would still text me and or call me, just to say 'hello', and ask about the rest of the family.

Honorable Judge Steve Jones, I am writing this Letter of Character on behalf of Mitzi L. Bickers. Sir, I am aware of the charges the defendant faces, I am still willing to offer my support and endorsement of Mitzi L. Bickers character.

Sir, I am asking that with the powers invested in you, as you prepare to move forward with your sentencing, that the character, and background of Mitzi L. Bickers be considered. And as much as you can within the grounds of your oath, I ask for leniency on Mitzi L. Bickers behalf.

Thanking you in advance for the opportunity to speak on the character of my friend Mitzi L. Bickers.

2

June 13, 2022

Dear Honorable Judge Steve Jones,

I have known Pastor Mitzi Bickers since 2014, within that same year I became
a  member of Emmanuel Baptist Church. I quickly recognized her dedication and
commitment as a surrendered servant of GOD ALMIGHTY!
This was the kind of leadership as a pastor I was seeking, someone who honored
the word of GOD with strong convictions.  My Pastor Mitzi Bickers, also called
with affection Bishop, demostrates 24/7 her love, support, and kindness. She has
fed, clothed, provided shelter for the homeless. Given of her own resources,
provided food banks for those who are without on a continous bases. Provided
care, counseling, and a covering for those suffering with mental concerns. I am
witnessing to this very day Pastor Bickers Outreach, servicing not only members
of our church but servicing  numerous neighborhoods, cities and abroad through
the internet and social media, to bring as many souls to CHRIST while she still has
breath in her body!
Service to The message of the Kingdom of GOD is what pulsates in our Pastor's
heart and soul and to bring souls to the Kingdom of GOD. Her exceptional
leadership and compassion towards me, and for all of us, who have worked by her
side, and for the many that have never met her but has been kindly affected by
her generousity, ask with hearts in hand for your most kindest consideration of
Leniency for our beloved Pastor Mitzi Bickers.

With honest Sincerity,
Mary Elizabeth Moriaty
956-793-8153

Sent from my T-Mobile 5G Device