# **A**TTACHMENT **A**

| E R MITCHELL'S OUTGOING FUNDS | | | ALL ACCOUNTS ASSOCIATED WITH MITZI BICKERS - INCOMING FUNDS | | | |
|---|---|---|---|---|---|---|
| DATE | AMOUNT | PAYEE | DATE | AMOUNT | INCOMING FUNDS FROM | ACCOUNT TITLE |
| 1/9/2012 | $4,000.00 | MISC DEBIT | | | | |
| 1/19/2012 | $3,500.00 | CHECK TO CASH | | | | |
| 1/24/2012 | $10,000.00 | CHECK TO CASH | | | | |
| 1/26/2012 | $10,000.00 | CHECK TO CASH | | | | |
| 1/26/2012 | $500.00 | MISC DEBIT | | | | |
| | | | 1/31/2012 | $700.00 | CASH IN | MITZI BICKERS |
| 2/1/2012 | $9,500.00 | CHECK TO CASH | | | | |
| 2/6/2012 | $9,000.00 | CHECK TO CASH | | | | |
| | | | 2/9/2012 | $3,000.00 | CASH IN | MITZI BICKERS |
| | | | 2/29/2012 | $3,000.00 | CASH IN | MITZI BICKERS |
| 3/2/2012 | $3,000.00 | CHECK TO CASH | | | | |
| | | | 3/5/2012 | $500.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 3/12/2012 | $35,800.00 | CHECK TO CASH | | | | |
| 3/16/2012 | $6,912.00 | CHECK TO CASH | | | | |
| | | | 3/19/2012 | $800.00 | CASH IN | MITZI BICKERS |
| 3/21/2012 | $15,000.00 | CHECK TO CASH | | | | |
| 3/23/2012 | $9,000.00 | WITHDRAWAL | | | | |
| 3/23/2012 | $4,000.00 | CHECK TO CASH | | | | |
| 3/23/2012 | $5,000.00 | WITHDRAWAL | | | | |
| 3/28/2012 | $20,000.00 | CHECK TO CASH | | | | |
| | | | 3/30/2012 | $500.00 | CASH IN | MITZI BICKERS |
| | | | 3/30/2012 | $500.00 | CASH IN | MITZI BICKERS |
| 4/5/2012 | $25,000.00 | CHECK TO CASH | 4/5/2012 | $500.00 | CASH IN | MITZI BICKERS |
| | | | 4/5/2012 | $500.00 | CASH IN | MITZI BICKERS |
| 4/6/2012 | $45,000.00 | CHECK TO CASH | | | | |
| | | | 4/30/2012 | $880.00 | CASH IN | MITZI BICKERS |
| | | | 5/31/2012 | $600.00 | CASH IN | MITZI BICKERS |
| | | | 6/1/2012 | $600.00 | CASH IN | PIROUETTE DANCE COMPANY |
| | | | 6/1/2012 | $540.00 | CASH IN | MITZI BICKERS |
| | | | 6/8/2012 | $924.00 | CASH IN | MITZI BICKERS |
| | | | 6/27/2012 | $564.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 6/29/2012 | $4,000.00 | CHECK TO CASH | 6/29/2012 | $550.00 | CASH IN | MITZI BICKERS |
| | | | 7/11/2012 | $800.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 8/3/2012 | $15,000.00 | CHECK TO CASH | | | | |

| DATE | AMOUNT | PAYEE | DATE | AMOUNT | INCOMING FUNDS FROM | ACCOUNT TITLE |
|---|---|---|---|---|---|---|
| | | | 8/6/2012 | $31,450.00 | CASH IN | PIROUETTE DANCE COMPANY |
| | | | 8/6/2012 | $1,000.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 8/8/2012 | $9,000.00 | CHECK TO CASH | 8/8/2012 | $1,500.00 | CASH IN | MITZI BICKERS |
| | | | 8/8/2012 | $1,500.00 | CASH IN | MITZI BICKERS |
| | | | 8/8/2012 | $2,000.00 | CASH IN | MITZI BICKERS |
| 8/10/2012 | $3,000.00 | CHECK TO CASH | | | | |
| 8/13/2012 | $2,000.00 | CHECK TO CASH | | | | |
| 8/15/2012 | $3,200.00 | CHECK TO CASH | 8/15/2012 | $2,000.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 8/23/2012 | $5,000.00 | CHECK TO CASH | | | | |
| | | | 8/24/2012 | $2,000.00 | CASH IN | MITZI BICKERS |
| 9/14/2012 | $500.00 | CHECK TO CASH | | | | |
| 9/14/2012 | $4,500.00 | WITHDRAWAL | | | | |
| 9/19/2012 | $2,000.00 | CHECK TO CASH | | | | |
| 9/24/2012 | $3,000.00 | CHECK TO CASH | | | | |
| 9/28/2012 | $7,000.00 | CHECK TO CASH | | | | |
| 10/4/2012 | $4,000.00 | CHECK TO CASH | | | | |
| 10/5/2012 | $500.00 | CHECK TO CASH | | | | |
| 10/5/2012 | $800.00 | CHECK TO CASH | | | | |
| 10/11/2012 | $7,000.00 | CHECK TO CASH | | | | |
| 10/17/2012 | $1,000.00 | CHECK TO CASH | | | | |
| | | | 10/22/2012 | $7,000.00 | CASH IN | PIROUETTE DANCE COMPANY |
| 10/26/2012 | $25,000.00 | CHECK TO CASH | | | | |
| 10/31/2012 | $12,000.00 | CHECK TO CASH | | | | |
| | | | 11/1/2012 | $2,000.00 | CASH IN | PIROUETTE DANCE COMPANY |
| | | | 11/1/2012 | $700.00 | CASH IN | PIROUETTE DANCE COMPANY |
| | | | 11/1/2012 | $5,000.00 | CASH IN | MITZI BICKERS |
| 11/2/2012 | $9,000.00 | CHECK TO CASH | | | | |
| 11/9/2012 | $9,000.00 | CHECK TO CASH | | | | |
| 11/19/2012 | $10,000.00 | CHECK TO CASH | | | | |
| 12/4/2012 | $3,600.00 | CHECK TO CASH | | | | |
| 12/7/2012 | $7,000.00 | CHECK TO CASH | | | | |
| 12/12/2012 | $2,000.00 | CHECK TO CASH | | | | |

Mitchell's Outgoing Funds
Bickers Incoming Funds
For the year of 2012

| DATE | AMOUNT | PAYEE | DATE | AMOUNT | INCOMING FUNDS FROM | ACCOUNT TITLE |
|---|---|---|---|---|---|---|
| 12/17/2012 | $1,500.00 | CHECK TO CASH | | | | |
| 12/18/2012 | $10,000.00 | CHECK TO CASH | | | | |
| 12/21/2012 | $5,000.00 | CHECK TO CASH | | | | |
| TOTAL AMNT | $380,812.00 | | TOTAL AMNT | $71,608.00 | | |