# ATTACHMENT B

Mitchell's Outgoing Funds
Bickers Incoming Funds
Jan - May 16, 2013

| E R MITCHELL'S OUTGOING FUNDS | | | ALL ACCOUNTS ASSOCIATED WITH MITZI BICKERS - INCOMING FUNDS | | | |
|---|---|---|---|---|---|---|
| **DATE** | **AMOUNT** | **PAYEE** | **DATE** | **AMOUNT** | **INCOMING FUNDS FROM** | **ACCOUNT TITLE** |
| 1/16/2013 | $15,000.00 | CHECK TO CASH | 1/16/2013 | $2,000.00 | CASH IN | MITZI BICKERS |
|  |  |  | 1/17/2013 | $1,500.00 | CASH IN | MITZI BICKERS |
| 1/23/2013 | $3,000.00 | CHECK TO CASH |  |  |  |  |
| 1/29/2013 | $16,000.00 | CHECK TO CASH |  |  |  |  |
|  |  |  | 1/31/2013 | $3,750.00 | NOT PROVIDED | PIROUETTE DANCE COMPANY |
| 2/7/2013 | $1,500.00 | CHECK TO CASH |  |  |  |  |
| 2/25/2013 | $15,000.00 | CHECK TO CASH |  |  |  |  |
| 2/26/2013 | $9,000.00 | CHECK TO CASH | 2/26/2013 | $600.00 | CASH IN | MITZI BICKERS |
| 3/20/2013 | $14,800.00 | CHECK TO CASH |  |  |  |  |
| 4/16/2013 | $9,500.00 | CHECK TO CASH |  |  |  |  |
| 4/17/2013 | $5,000.00 | CHECK TO CASH |  |  |  |  |
|  |  |  | 4/30/2013 | $1,000.00 | CASH IN | MITZI BICKERS |
| 5/8/2013 | $1,000.00 | CHECK TO CASH |  |  |  |  |
|  |  |  | 5/16/2013 | $600.00 | CASH IN | MITZI BICKERS |
| **TOTAL AMNT** | **$89,800.00** |  | **TOTAL AMNT** | **$9,450.00** |  |  |