IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MITZI BICKERS | CRIMINAL CASE NO.<br>1:18-CR-0098-SCJ |

## ORDER MODIFYING CONDITIONS OF BOND

Defendant Mitzi Bickers ("Ms. Bickers") appeared before the undersigned for sentencing on September 8, 2022 and was sentenced to a total term of imprisonment of one hundred sixty-eight (168) months. The Court further granted a request by Ms. Bickers to voluntarily surrender to the Bureau of Prisons upon notice from the United States Marshal, with the added conditions of bond as follows:

> Defendant Mitzi Bickers will be on home detention under the direction and supervision of the United States Probation Office ("USPO") until her surrender to Bureau of Prisons for service of sentence. Terms of home detention will include location monitoring, at the direction and discretion of the USPO. Ms. Bickers may be required to pay all or part of the costs of the monitoring program.

> It is further **ORDERED** that Ms. Bickers will be restricted to her residence at all times except for employment; education; religious

services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the United States Probation Officer.

**IT IS SO ORDERED**, this 8th day of September, 2022.

*[signature]*

STEVE C. JONES
UNITED STATES DISTRICT JUDGE