# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00098-SCJ-LTW
## USA v. Bickers
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 09/08/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:00 P.M.
TIME IN COURT: 4:00
OFFICE LOCATION: Atlanta

COURT REPORTER: Viola Zborowski
USPO: Candice Logan
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| DEFENDANT(S): | [1]Mitzi Bickers Present at proceedings |
| ATTORNEY(S) PRESENT: | Jeffrey Davis representing USA<br>Tiffany Dillingham representing USA<br>Drew Findling representing Mitzi Bickers<br>Marissa Goldberg representing Mitzi Bickers<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Sentencing hearing held. Oral argument heard. Defendant and supporters addressed the Court. Sentence imposed: 60 months incarceration as to Count 1, 120 months as to each of Counts 4-6, 168 months as to Counts 7-10, and 36 months as to Count 12, with all terms to run concurrent for a total term of imprisonment of 168 months; 3 years supervised release as to Counts 1, 4-10 and 12, concurrent; $900.00 special assessment; $2,955,106.51 restitution; voluntary surrender (with additional terms of bond including location monitoring and home detention). Defendant was advised of her appeal rights by the Court. |
| HEARING STATUS: | Hearing Concluded |