# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:18-CR-0098-SCJ-LTW-1 |
| vs. | ) **NOTICE OF APPEAL** |
| MITZI BICKERS, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, Mitzi Bickers, in the above-captioned case hereby appeals to the United States Court of Appeals for the Eleventh Circuit in the attached Judgment in a Criminal Case entered in this action on the 9th day of September, 2022.

DATED: September 14, 2022

                      Respectfully submitted,

                      /s/Drew Findling_____
                      Drew Findling
                      Georgia Bar No. 260425

                      /s/Marissa Goldberg_____
                      Marissa Goldberg
                      Georgia Bar No. 672798

The Findling Law Firm
One Securities Centre
3490 Piedmont Road
Suite 600
Atlanta, Georgia 30305
404.460.4500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:18-CR-0098-SCJ-LTW-1 |
| vs. | ) **NOTICE OF APPEAL** |
| MITZI BICKERS, | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within:

NOTICE OF APPEAL

By electronic service:

    AUSA Jeffrey Davis
    AUSA Nathan Kitchens
    AUSA Tiffany Dillingham

    U.S. Attorney's Office for the
    Northern District of Georgia

This 14th day of September, 2022.

                                                Respectfully submitted,

                                                /s/Marissa Goldberg
                                                Marissa Goldberg
                                                Georgia Bar No. 672798