# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

September 14, 2022

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

    Re:    United States of America v. Mitzi Bickers
           USDC Criminal No. 1:18-cr-98-SCJ-LTW-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **Appeal fees HAVE been paid electronically. (Receipt# AGANDC-12065702)** |
| | Certified copy of order appointing Federal Defender Program enclosed. |
| | Certified copy of CJA order appointing counsel enclosed. |
| | Appellant has been forwarded an application to proceed IFP. |
| | Appellant has been   leave to proceed IFP, copy of order enclosed. |
| | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Steve C. Jones.** |
| | Other: . |

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
| | Volume(s) of pleadings | | Envelope of Exhibits |
| | Volume(s) of transcripts. | | PSI enclosed. (SEALED) |

                Sincerely,

                Kevin P. Weimer
                Clerk of Court

        By:    /s/P. McClam
Enclosures                Deputy Clerk