# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**                                     **DOCKETING SECTION**
**DISTRICT COURT EXECUTIVE**                              **404-215-1655**
**AND CLERK OF COURT**

September 14, 2022

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia     30303

Re:     **United States of America v. Mitzi Bickers**
        **USDC Criminal No. 1:18-cr-98-SCJ-LTW-1**

Enclosed are documents regarding an appeal in the action referenced above.   Please
acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| _____ | Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **Appeal fees HAVE been paid electronically. (Receipt# AGANDC-12065702)** |
| _____ | Certified copy of order appointing Federal Defender Program enclosed. |
| _____ | Certified copy of CJA order appointing counsel enclosed. |
| _____ | Appellant has been forwarded an application to proceed IFP. |
| _____ | Appellant has been   leave to proceed IFP, copy of order enclosed. |
| _____ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable Steve C. Jones.** |
| _____ | Other: . |

The enclosed certified,   record on appeal consists of:

| | |
|---|---|
| _____ Volume(s) of pleadings | _____ Envelope of Exhibits |
| _____ Volume(s) of transcripts. | _____ PSI enclosed. (SEALED) |

Sincerely,

Kevin P. Weimer
Clerk of Court

By:   /s/P. McClam
Deputy Clerk

Enclosures

APPEAL,CLOSED,CertRdyTrl,LONG,PROTO

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:18−cr−00098−SCJ−LTW</u>−1

Case title: USA v. Bickers

Date Filed: 03/27/2018

Date Terminated: 09/09/2022

---

Assigned to: Judge Steve C. Jones
Referred to: Magistrate Judge
Linda T. Walker

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Mitzi Bickers**<br>*TERMINATED: 09/09/2022* | represented by | **Drew Findling**<br>The Findling Law Firm, P.C.<br>3490 Piedmont Road NE<br>Suite 600<br>One Securities Centre<br>Atlanta, GA 30305<br>404−460−4500<br>Email: <u>drew@findlinglawfirm.com</u><br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

**Marissa Helene Goldberg**
Findling Law Firm, P.C.
Suite 600, One Securities Centre
3490 Piedmont Road
Atlanta, GA 30305
404−460−4500
Email: <u>marissa@findlinglawfirm.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael B. Wallace**
Law Office of Mike Wallace
5445 Peachtree Dunwoody Rd.
Atlanta, GA 30342
404−424−9887
Fax: 404−935−0902
Email: <u>attywallace@hotmail.com</u>
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Zachary J. Kelehear**
Findling Law Firm, P.C.
Suite 600, One Securities Centre
3490 Piedmont Road

Atlanta, GA 30305
404–460–4500
Email: zack@findlinglawfirm.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 – CONSPIRACY TO DEFRAUD THE UNITED STATES (1–2) | Count(s) dismissed. |
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | CBOP ONE HUNDRED SIXTY–EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4–6; one hundred sixty–eight (168) months as to Counts 7–10; and thirty–six (36) months as to Count 12, with all such terms to be served CONCURRENTLY; Supervised Release for THREE (3) YEARS: three (3) years as to Counts 1 and 4–10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY; $900 Special Assessment; Restitution to City of Atlanta – Department of Law in the amount of $2,955,106.51, to be paid jointly and severally with Elvin R. Mitchell, Jr. (1:17–CR–0015–SCJ) and Charles P. Richards, Jr. (1–17–CR–0030–SCJ) |
| 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES (2s) | The defendant has been found not guilty on Count(s) 2,3, 11. |
| 18:1957 and 2 – ENGAGING IN MONETARY TRANSACTIONS (3–5) | Count(s) dismissed. |
| 18:666(a)(2) and Section 2 CONVERTS TO OWN USE PROPERTY OF ANOTHER (3s) | The defendant has been found not guilty on Count(s) 2,3, 11. |
| 18:1957 and Section 2 INTERSTATE COMMERCE (4s–6s) | CBOP ONE HUNDRED SIXTY–EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4–6; one hundred sixty–eight (168) months as to Counts 7–10; and thirty–six (36) months as to Count 12, with all such terms to be served CONCURRENTLY; Supervised Release for THREE (3) YEARS: three (3) years as to Counts 1 and 4–10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY; $900 Special Assessment; Restitution to City of Atlanta – Department of Law in the amount of $2,955,106.51, |

2

| | |
|---|---|
| | to be paid jointly and severally with Elvin R. Mitchell, Jr. (1:17–CR–0015–SCJ) and Charles P. Richards, Jr. (1–17–CR–0030–SCJ) |
| 18:1343 and 1349 – FRAUD BY WIRE, RADIO, OR TELEVISION (6–9) | Count(s) dismissed. |
| 18:1343 and 1349 FRAUD BY WIRE, RADIO, OR TELEVISION (7s–10s) | CBOP ONE HUNDRED SIXTY–EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4–6; one hundred sixty–eight (168) months as to Counts 7–10; and thirty–six (36) months as to Count 12, with all such terms to be served CONCURRENTLY; Supervised Release for THREE (3) YEARS: three (3) years as to Counts 1 and 4–10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY; $900 Special Assessment; Restitution to City of Atlanta – Department of Law in the amount of $2,955,106.51, to be paid jointly and severally with Elvin R. Mitchell, Jr. (1:17–CR–0015–SCJ) and Charles P. Richards, Jr. (1–17–CR–0030–SCJ) |
| 18:1512(b)(3) and 2 – INTIMIDATION OR FORCE AGAINST WITNESS (10) | Count(s) dismissed. |
| 26:7206(1) – FRAUD AND FALSE STATEMENTS (11) | Count(s) dismissed. |
| 18:1512(b)(3) and Section 2 INTIMIDATION OR FORCE AGAINST WITNESS (11s) | The defendant has been found not guilty on Count(s) 2,3, 11. |
| 26:7206(1) FRAUD AND FALSE STATEMENTS (12s) | CBOP ONE HUNDRED SIXTY–EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4–6; one hundred sixty–six (168) months as to Counts 7–10; and thirty–six (36) months as to Count 12, with all such terms to be served CONCURRENTLY; Supervised Release for THREE (3) YEARS: three (3) years as to Counts 1 and 4–10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY; $900 Special Assessment; Restitution to City of Atlanta – Department of Law in the amount of $2,955,106.51, to be paid jointly and severally with Elvin R. Mitchell, Jr. (1:17–CR–0015–SCJ) and Charles P. Richards, Jr. (1–17–CR–0030–SCJ) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Claimant**

| **Anytime Bail Bonding, Inc.** | represented by | **Brian Steel** |
|---|---|---|
| | | The Steel Law Firm |
| | | 1800 Peachtree Street, N.W. |
| | | Suite 300 |
| | | Atlanta, GA 30309 |
| | | 404−605−0023 |
| | | Email: thesteellawfirm@msn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Colette Resnik Steel** |
| | | The Steel Law Firm |
| | | 1800 Peachtree Street, N.W. |
| | | Suite 300 |
| | | Atlanta, GA 30309 |
| | | 404−605−0023 |
| | | Email: thesteellawfirm@msn.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

---

**Plaintiff**

| **USA** | represented by | **Jeffrey W. Davis** |
|---|---|---|
| | | Office of the United States |
| | | Attorney−ATL600 |
| | | Northern District of Georgia |
| | | 600 United States Courthouse |
| | | 75 Ted Turner Dr., S.W. |
| | | Atlanta, GA 30303 |

(404) 581−6323
Email: jeffrey.davis2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kurt R. Erskine**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6031
Fax: 404−581−6181
Email: kurt.erskine@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Erin Sanders**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6000
Email: erin.sanders@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kelly Kathleen Connors**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−4639
Email: kelly.connors@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nathan Parker Kitchens**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6185

Email: nathan.kitchens@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tiffany Rene Dillingham**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6003
Fax: 404−581−6181
Email: tiffany.dillingham@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/27/2018 | 1 | | INDICTMENT, with Forfeiture Provision, as to Mitzi Bickers (1) count(s) 1−2, 3−5, 6−9, 10, 11. (ddm) (Entered: 03/29/2018) |
| 03/27/2018 | 2 | | MOTION to Seal Indictment by USA as to Mitzi Bickers. (ddm) (Entered: 03/29/2018) |
| 03/27/2018 | 3 | | ORDER granting 2 Motion to Seal Indictment as to Mitzi Bickers (1). Signed by Magistrate Judge Justin S Anand on 3/27/18. (ddm) (Entered: 03/29/2018) |
| 03/27/2018 | 4 | | Defendant Information Sheet as to Mitzi Bickers. (ddm) (Entered: 03/29/2018) |
| 03/27/2018 | 5 | | Praecipe filed. Arrest Warrant Issued as to Mitzi Bickers. (ddm) (Entered: 03/29/2018) |
| 04/04/2018 | 6 | | MOTION to Unseal Indictment by USA as to Mitzi Bickers. (jpa) (Entered: 04/04/2018) |
| 04/04/2018 | 7 | | ORDER granting 6 Motion to Unseal Case as to Mitzi Bickers (1). Signed by Magistrate Judge Russell G. Vineyard on 4/4/18. (jpa) (Entered: 04/04/2018) |
| 04/05/2018 | | | Case as to Mitzi Bickers Assigned to District Judge Steve C Jones and Magistrate Judge Linda T. Walker. (rjs) (Entered: 04/05/2018) |
| 04/05/2018 | 8 | | NOTICE OF ATTORNEY APPEARANCE Kelly Kathleen Connors appearing for USA. *for asset forfeiture issues* (Connors, Kelly) (Entered: 04/05/2018) |
| 04/05/2018 | 9 | | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: INITIAL APPEARANCE and ARRAIGNMENT with a PLEA of NOT GUILTY by Mitzi Bickers (1) on Counts 1 through 11. Order Giving Defendant 10 days to Employ Counsel. Bond Hearing held. Surety Bond set to $50,000. Bond filed; Defendant Released. Estimated Trial Time−Long. (Tape #FTR Gold) (rjs) (Entered: 04/05/2018) |
| 04/05/2018 | 10 | | ORDER GRANTING Defendant's request for additional time to obtain counsel as to Mitzi Bickers. If counsel has not been retained by the allotted time, Defendant shall appear on 4/16/2018 at 2:00 p.m. before Judge Magistrate Judge Russell G. Vineyard for a determination as to whether counsel should be appointed. The Clerk is DIRECTED to exclude time in the case from 4/5/2018 until counsel has appeared for Defendant Mitzi Bickers or until further order of the Court. Signed by Magistrate Judge Russell G. Vineyard on 4/5/2018. (rjs) (Entered: 04/05/2018) |
| 04/05/2018 | 11 | | |

| | | | |
|---|---|---|---|
| | | | ORDER Setting Conditions of Release as to Mitzi Bickers. Signed by Magistrate Judge Russell G. Vineyard on 4/5/2018. (rjs) (Entered: 04/05/2018) |
| 04/05/2018 | 12 | | Appearance Bond (Secured Bond) Entered as to Mitzi Bickers in amount of $ 50,000, Surety: Brent Floyd, 107 Peachtree St., S.W. Atlanta GA 30303. (rjs) (Entered: 04/06/2018) |
| 04/13/2018 | 13 | | NOTICE OF ATTORNEY APPEARANCE: Michael B. Wallace appearing on behalf of Mitzi Bickers (Attachments: # 1 Certificate of Service)(Wallace, Michael) (Entered: 04/13/2018) |
| 04/13/2018 | | | NOTICE OF CANCELLATION OF HEARING re: 10 Order. Michael B. Wallace filed his appearance on 4/13/2018 for Mitzi Bickers. (aez) (Entered: 04/13/2018) |
| 04/13/2018 | 14 | | Arrest Warrant Returned Executed on 4/5/2018 as to Mitzi Bickers. Arrested at FBI #71557–019. (rjs) (Entered: 04/13/2018) |
| 04/13/2018 | 15 | | PRETRIAL SCHEDULING ORDER as to Mitzi Bickers. Pretrial Conference set for 4/24/2018 at 10:00 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. Signed by Magistrate Judge Linda T. Walker on 4/13/18. (jpa) (Additional attachment(s) added on 4/16/2018: # 1 Corrected Main Document) (jpa). (Entered: 04/16/2018) |
| 04/16/2018 | 16 | | Notice for Leave of Absence for the following date(s): May 24, 2018 to June 11, 2018, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 04/16/2018) |
| 04/19/2018 | 17 | | First MOTION for Extension of Time Pretrial Motions by Mitzi Bickers. (Attachments: # 1 Text of Proposed Order Extending Time) (Wallace, Michael) (Entered: 04/19/2018) |
| 04/20/2018 | 18 | | Notice for Leave of Absence for the following date(s): June 14, 2018 through June 27, 2018 and July 16, 2018 through July 20, 2018, by Kurt R. Erskine. (Erskine, Kurt) (Entered: 04/20/2018) |
| 04/20/2018 | 19 | | MOTION for Extension of Time Initial Pretrial Conference by Mitzi Bickers. (Attachments: # 1 Text of Proposed Order Pretrial Conference) (Wallace, Michael) (Entered: 04/20/2018) |
| 04/20/2018 | 20 | | Unopposed MOTION for Protective Order *for Discovery Materials* by USA as to Mitzi Bickers. (Attachments: # 1 Text of Proposed Order) (Erskine, Kurt) (Entered: 04/20/2018) |
| 04/23/2018 | 21 | | ORDER granting 19 Motion for Extension of Time as to Mitzi Bickers (1). The pretrial conference in this matter will be rescheduled to be held on the 4th day of June, 2018 at 10:30 A.M. The delay between original and rescheduled pretrial conferences shall be excluded from the Speedy Trial Act calculations because the Court finds that the reasons for the delay is for good cause and the interest of justice in granting the continuance outweighs the public's and the defendant's rights to a speedy trial. Signed by Magistrate Judge Linda T. Walker on 4/23/2018. (rjs) (Entered: 04/23/2018) |
| 04/24/2018 | 22 | | PROTECTIVE ORDER FOR DISCOVERY MATERIALS granting 20 Motion for Protective Order as to Mitzi Bickers (1). Signed by Magistrate Judge Linda T. Walker on 4/24/2018. (rjs) (Entered: 04/24/2018) |
| 04/25/2018 | 23 | | NOTICE OF FILING Lis Pendens re: Forfeiture as to Mitzi Bickers filed by USA (Attachments: # 1 3306 Bay View Drive lis pendens)(Connors, Kelly) (Entered: 04/25/2018) |
| 05/24/2018 | 24 | | Notice for Leave of Absence for the following date(s): August 2 to 3, 2018, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 05/24/2018) |
| 06/01/2018 | 25 | | NOTICE OF ATTORNEY APPEARANCE: Drew Findling appearing on behalf of Mitzi Bickers (Findling, Drew) (Entered: 06/01/2018) |
| 06/01/2018 | 26 | | Request for Leave of Absence for the following date(s): 6/14/18 – 7/3/18, 7/23/18 – 7/30/18, 8/23/18 – 8/24/18, 9/13/18 – 9/14/18, 10/11/18 – 10/12/18, 10/24/18 – 10/26/18, 11/8–11/9/18, |

| | | | |
|---|---|---|---|
| | | | 11/15/18 – 11/16/18, by Drew Findling. (Findling, Drew) (Entered: 06/01/2018) |
| 06/01/2018 | 27 | | NOTICE OF ATTORNEY APPEARANCE: Marissa Helene Goldberg appearing on behalf of Mitzi Bickers (Goldberg, Marissa) (Entered: 06/01/2018) |
| 06/01/2018 | 28 | | Request for Leave of Absence for the following date(s): 6/18/18 – 6/22/18, 7/27/2018, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 06/01/2018) |
| 06/01/2018 | 29 | | MOTION to Continue pretrial conference by Mitzi Bickers. (Findling, Drew) (Entered: 06/01/2018) |
| 06/04/2018 | 30 | | ORDER granting 29 Motion for Continuance of the pretrial conference as to Mitzi Bickers (1). The Pretrial Conference is reset for 7/9/2018 at 09:30 AM before Magistrate Judge Linda T. Walker. Further, the Court finds that the ends of justice will be served by granting this motion and the time period of the continuance will be excluded from computation under the Speedy Trial Act. Signed by Magistrate Judge Linda T. Walker on 6/4/18. (jpa) (Entered: 06/05/2018) |
| 06/14/2018 | 31 | | Notice for Leave of Absence for the following date(s): July 12, 2018 through July 23, 2018, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 06/14/2018) |
| 06/26/2018 | 32 | | NOTICE OF ATTORNEY APPEARANCE Erin Sanders appearing for USA. (Sanders, Erin) (Entered: 06/26/2018) |
| 07/02/2018 | 33 | | Request for Leave of Absence for the following date(s): 8/17/18, 9/17/18, 12/6/18 – 12/7/18, 1/7/19 – 1/8/19, 1/10/19 – 1/11/19, 1/21/19 – 1/23/19, 2/13/19 – 2/15/19, 4/5/19, 4/11/19, 5/1/19 – 5/3/19, by Drew Findling. (Findling, Drew) (Entered: 07/02/2018) |
| 07/06/2018 | 34 | | Unopposed MOTION for Extension of Time to file Pretrial Motions by Mitzi Bickers. (Findling, Drew) (Entered: 07/06/2018) |
| 07/10/2018 | | | NOTICE OF HEARING as to Mitzi Bickers. STATUS CONFERENCE set for 7/24/2018 at 10:00 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. (slc) (Entered: 07/10/2018) |
| 07/10/2018 | 35 | | ORDER granting 34 Motion for Extension of Time as to Mitzi Bickers (1). The pretrial conference in this matter will be rescheduled to be held on August 15, 2018 at 10:00 a.m., before the undersigned magistrate judge. The delay between original and rescheduled pretrial conferences shall be excluded from the Speedy Trial Act calculations because the Court finds that the reasons for the delay is for good cause and the interest of justice in granting the continuance outweighs the public's and the defendant's rights to a speedy trial. Signed by Magistrate Judge Linda T. Walker on 7/9/2018. (rjs) (Entered: 07/10/2018) |
| 08/15/2018 | 36 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Pretrial Conference as to Mitzi Bickers. Issues regarding discovery and how the government would provide it to defendant were discussed. The parties acknowledged that there is an extraordinary amount of discovery and until it was sorted through, pretrial motions could nor would be filed. The court continued the hearing to November 15, 2018 at 10:00AM. Hearing concluded. The parties shall have until 11/15/2018 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. (jpa) (Entered: 08/17/2018) |
| 09/14/2018 | 37 | | Notice for Leave of Absence for the following date(s): office September 24, 2018 through September 28, 2018, November 23, 2018 and December 24, 2018 through January 4, 2019, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 09/14/2018) |

| 09/18/2018 | 38 | | Request for Leave of Absence for the following date(s): 10/18−19/2018,11/29−30/2018, by Drew Findling. (Findling, Drew) (Entered: 09/18/2018) |
|---|---|---|---|
| 10/09/2018 | 39 | | Request for Leave of Absence for the following date(s): 11/22−23/2018,12/24−28/2018, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 10/09/2018) |
| 10/15/2018 | 40 | | Notice for Leave of Absence for the following date(s): November 20, 2018 to November 23, 2018, December 27, 2018 to December 31, 2018, and January 2, 2019 to January 4, 2019, by Kurt R. Erskine. (Erskine, Kurt) (Entered: 10/15/2018) |
| 10/22/2018 | 41 | | SUPERSEDING INDICTMENT with FORFEITURE PROVISION as to Mitzi Bickers (1) count(s) 1s−2s, 3s, 4s−6s, 7s−10s, 11s, 12s. (rjs) (Entered: 10/23/2018) |
| 10/22/2018 | 42 | | Defendant Information Sheet as to Mitzi Bickers. (rjs) (Entered: 10/23/2018) |
| 10/22/2018 | 43 | | Request for Arraignment as to Mitzi Bickers. (rjs) (Entered: 10/23/2018) |
| 10/23/2018 | 44 | | Summons Issued as to Mitzi Bickers: Arraignment set for 11/5/2018 at 9:30 AM in ATLA Courtroom 1875 before Magistrate Judge Justin S. Anand. (rjs) (Entered: 10/23/2018) |
| 11/05/2018 | 45 | | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Mitzi Bickers. (rjs) (Entered: 11/06/2018) |
| 11/05/2018 | 46 | | Minute Entry for proceedings held before Magistrate Judge Justin S. Anand: ARRAIGNMENT with a PLEA of NOT GUILTY by Mitzi Bickers (1) Count 1s−2s,3s,4s−6s,7s−10s,11s,12s. (Tape #FTR) (rjs) (Entered: 11/06/2018) |
| 11/07/2018 | 47 | | PRETRIAL SCHEDULING ORDER as to Mitzi Bickers. Pretrial Conference set for 11/29/2018 at 09:30 AM in ATLA Courtroom 1860 before Magistrate Judge Linda T. Walker. Signed by Magistrate Judge Linda T. Walker on 11/7/18. (jpa) (Entered: 11/08/2018) |
| 11/21/2018 | 48 | | Unopposed MOTION to Continue pretrial conference by Mitzi Bickers. (Attachments: # 1 Text of Proposed Order) (Findling, Drew) (Entered: 11/21/2018) |
| 12/04/2018 | 49 | | ORDER granting 48 Motion for Continuance of Pretrial Conference as to Mitzi Bickers (1). Pretrial Conference set for March 4, 2019 at 11:00 AM before Magistrate Judge Linda T. Walker. The Court finds that the ends of justice will be served by granting this motion and the time period of the continuance will be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A). Signed by Magistrate Judge Linda T. Walker on 12/4/2018. (rjs) (Entered: 12/04/2018) |
| 02/13/2019 | 50 | | Request for Leave of Absence for the following date(s): 3/8/19, 3/28/19 − 3/29/19, 4/3/19 − 4/5/19, 4/25/19 − 4/26/19, 5/2/19 − 5/3/19, 5/16/19 − 5/17/19, 5/30/19 − 5/31/19, 6/18/19 − 7/5/2019, 7/31/19 − 8/2/19, by Drew Findling. (Findling, Drew) (Entered: 02/13/2019) |
| 02/27/2019 | 51 | | Unopposed MOTION to Continue pretrial conference by Mitzi Bickers. (Findling, Drew) (Entered: 02/27/2019) |
| 03/01/2019 | 52 | | ORDER GRANTING 51 Motion for Continuance of Pretrial Conference as to Mitzi Bickers (1). Pretrial Conference continued to 3/13/2019 at 10:00 AM before Magistrate Judge Linda T. Walker. The Court finds that the ends of justice will be served by granting this motion and the time period of the continuance will be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A). Signed by Magistrate Judge Linda T. Walker on 3/1/2019. (cmd) (Entered: 03/01/2019) |
| 03/11/2019 | 53 | | MOTION for Bill of Particulars and MOTION to Strike Surplusage by Mitzi Bickers. (Findling, Drew). Added MOTION to Strike on 3/12/2019 (rjs). (Entered: 03/11/2019) |

| 03/11/2019 | 54 | | MOTION to Dismiss Counts Mitzi Bickers (1) Count 7s−10s by Mitzi Bickers. (Findling, Drew) (Entered: 03/11/2019) |
|---|---|---|---|
| 03/11/2019 | 55 | | MOTION for Production of Brady Materials by Mitzi Bickers. (Findling, Drew) (Entered: 03/11/2019) |
| 03/11/2019 | 56 | | MOTION for early production of Jencks Material *and production of government's case−in−chief documents and witnesses* by Mitzi Bickers. (Findling, Drew) (Entered: 03/11/2019) |
| 03/12/2019 | 57 | | MOTION to Admit Business Records by USA as to Mitzi Bickers. (Sanders, Erin) (Entered: 03/12/2019) |
| 03/13/2019 | 59 | | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Pretrial Conference. DFT#1− 53 Motion for Bill of Particulars TAKEN UNDER ADVISEMENT Government requested 45 days to file a response. The request was granted. The defendant shall have 21 days to file a reply. DFT#1− 53 Motion to Strike TAKEN UNDER ADVISEMENT Government requested 45 days to file a response. The request was granted. The defendant shall have 21 days to file a reply. DFT#1− 54 Motion to Dismiss Counts TAKEN UNDER ADVISEMENT Government requested 45 days to file a response. The request was granted. The defendant shall have 21 days to file a reply. DFT#1− 55 Motion for Production of Brady Materials DEFERRED to the district court for a ruling. DFT#1− 56 Motion for Jencks Material TAKEN UNDER ADVISEMENT After the PTC, Government requested 45 days to file a response. The request is granted. The defendant shall have 21 days to file a reply. DFT#1− 57 Motion for Miscellaneous Relief DEFERRED to the district court for a ruling. (Tape #FTR Gold) (rjs) (Entered: 03/19/2019) |
| 03/15/2019 | 58 | | Notice for Leave of Absence for the following date(s): April 1, 2019 through April 5, 2019; April 16, 2019 through April 18, 2019; May 13, 2019 through May 17, 2019; and June 7, 2019 through June 17, 2019, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 03/15/2019) |
| 03/21/2019 | 60 | | Notice for Leave of Absence for the following date(s): April 25 to 29; May 6 to 10; and August 5 to 9, 2019, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 03/21/2019) |
| 03/26/2019 | 61 | | Notice for Leave of Absence for the following date(s): August 12 − August 30, 2019, by Erin Sanders. (Sanders, Erin) (Entered: 03/26/2019) |
| 04/16/2019 | 62 | | Notice for Leave of Absence for the following date(s): May 22, 2019 through May 24, 2019; July 1, 2019 through July 5, 2019; July 15, 2019 through July 19, 2019; July 29, 2019 through July 31, 2019; and September 20, 2019 through September 30, 2019, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 04/16/2019) |
| 04/29/2019 | 63 | | RESPONSE in Opposition as to Mitzi Bickers filed by USA re 53 MOTION for Bill of Particulars *and to Strike Surplusage* MOTION to Strike (Sanders, Erin) (Entered: 04/29/2019) |
| 04/29/2019 | 64 | | RESPONSE in Opposition as to Mitzi Bickers filed by USA re 54 MOTION to Dismiss Counts Mitzi Bickers (1) Count 7s−10s (Sanders, Erin) (Entered: 04/29/2019) |
| 04/29/2019 | 65 | | RESPONSE in Opposition as to Mitzi Bickers filed by USA re 56 MOTION for early production of Jencks Material *and production of government's case−in−chief documents and witnesses* (Sanders, Erin) (Entered: 04/29/2019) |
| 05/20/2019 | 66 | | REPLY TO RESPONSE to Motion as to Mitzi Bickers filed by Mitzi Bickers re: 54 MOTION to Dismiss Counts Mitzi Bickers (1) Count 7s−10s (Goldberg, Marissa) (Entered: 05/20/2019) |
| 07/01/2019 | 67 | | Notice for Leave of Absence for the following date(s): July 15 to 16; July 25 to 26; August 28 to 29; September 6 to 16; and October 4, 2019., by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 07/01/2019) |

| 07/03/2019 | 68 | | ORDER TO CONTINUE – Ends of Justice as to Mitzi Bickers; Defendant shall have through 07/17/2019 in which to file a reply to docs 53 and 56 . If Defendant decides that no reply is needed, the matter will be submitted to the Court for a recommendation 07/18/2019. Time excluded from 05/21/2019 until 07/17/2019. APPROVED by Magistrate Judge Linda T. Walker on 07/03/2019. (slc) (Entered: 07/03/2019) |
| 07/31/2019 | 69 | | Request for Leave of Absence for the following date(s): 9/30/19 – 10/1/19, 10/9/19 – 10/15/19, 11/27/19 – 11/29/19, 12/23/19 – 12/31/19, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 07/31/2019) |
| 08/13/2019 | 70 | | Request for Leave of Absence for the following date(s): 9/5/19 – 9/6–19, 9/18/19 – 9/20/19, 10/1/19 – 10/4/19, 10/10/19 – 10/11/19, 10/22/19 – 10/25/19, 12/5/19 – 12/6/19, 12/23/2019, 12/26/19 – 1/3/20 by Drew Findling. (Findling, Drew) (Entered: 08/13/2019) |
| 09/17/2019 | 71 | | ORDER AND FINAL REPORT AND RECOMMENDATION as to Mitzi Bickers. The Court recommends that Defendant's Motion to Strike Surplusage 53 and her Motion to Dismiss Counts 54 be DENIED and that any reconsideration of these motions occur after introduction of the Government's evidence at trial. Signed by Magistrate Judge Linda T. Walker on 9/17/19. (jdb) (Entered: 09/17/2019) |
| 09/17/2019 | | | ORDER denying 53 Motion for Bill of Particulars and denying 56 Motion for Early Disclosure of Jencks Material and Early Identification of Government's Case–in–Chief Documents as to Mitzi Bickers (1). Ruled on by Magistrate Judge Linda T. Walker on 9/17/19 within the 71 R&R. (jdb) (Entered: 09/17/2019) |
| 09/17/2019 | | | ORDER CERTIFYING CASE READY FOR TRIAL as to Mitzi Bickers. (See 71 R&R.) Signed by Magistrate Judge Linda T. Walker on 9/17/19. (jdb) (Entered: 09/17/2019) |
| 09/17/2019 | 72 | | ORDER for Service of 71 Report and Recommendation, by Magistrate Judge Linda T. Walker, as to Mitzi Bickers. Each party may file written objections to the Report & Recommendation within 14 days of service. If no objections are filed, the Report & Recommendation may be adopted as the opinion and order of the District Court. Signed by Magistrate Judge Linda T. Walker on 9/17/19. (jdb) (Entered: 09/17/2019) |
| 09/18/2019 | 73 | | Notice for Leave of Absence for the following date(s): September 27, 2019, October 15, 2019 through October 18, 2019, November 14, 2019 through November 15, 2019, and November 27, 2019 through November 29, 2019, by Kurt R. Erskine. (Erskine, Kurt) (Entered: 09/18/2019) |
| 10/01/2019 | 74 | | OBJECTIONS TO 71 REPORT AND RECOMMENDATION as to Mitzi Bickers filed by Mitzi Bickers (Goldberg, Marissa) (Entered: 10/01/2019) |
| 10/07/2019 | 75 | | RESPONSE as to Mitzi Bickers filed by USA re: 74 Objections to Report and Recommendation (Sanders, Erin) (Entered: 10/07/2019) |
| 10/09/2019 | | | Submission of 71 REPORT AND RECOMMENDATION as to Mitzi Bickers re 54 MOTION to Dismiss Counts Mitzi Bickers (1) Count 7s–10s , 53 MOTION for Bill of Particulars *and to Strike Surplusage* MOTION to Strike as to Mitzi Bickers, to District Judge Steve C. Jones. (bdb) (Entered: 10/09/2019) |
| 10/23/2019 | 76 | | Notice for Leave of Absence for the following date(s): November 18 to 19; December 16, 2019; and January 8 to 10, 2020, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 10/23/2019) |
| 10/30/2019 | 77 | | ORDER: The Court ADOPTS the R&R in its entirety as the Order of this Court. Doc. No. 71 . Defendant's Motion to Strike Surplusage and Motion to Dismiss Counts are DENIED. Doc. Nos. 53 ; 54 . Defendant's objections to the denial of her Motion for a Bill of Particulars and Motion for Early Disclosure of Jencks Act Material and Early Identification of the Governments Case–in– |

| | | | |
|---|---|---|---|
| | | | Chief Documents are OVERRULED. Doc. Nos. <u>53</u> ; <u>56</u> . Signed by Judge Steve C. Jones on 10/30/2019. (rjs) (Entered: 10/30/2019) |
| 10/30/2019 | <u>78</u> | | NOTICE SETTING TRIAL as to Mitzi Bickers, Jury Trial set for 1/13/2020 at 01:30 PM in ATLA Courtroom 1907 before Judge Steve C. Jones. (Attachments: # <u>1</u> Criminal Trial Outline, # <u>2</u> General Instructions)(pdw) (Entered: 10/30/2019) |
| 11/04/2019 | <u>79</u> | | Request for Leave of Absence for the following date(s): 03/06/2020,03/09/2020, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 11/04/2019) |
| 11/06/2019 | <u>80</u> | | MOTION to Continue Trial by Mitzi Bickers. (Goldberg, Marissa) (Entered: 11/06/2019) |
| 11/13/2019 | <u>81</u> | | ORDER granting <u>80</u> Motion for Continuance of Trial as to Mitzi Bickers (1). The JURY TRIAL in this matter is CONTINUED to and SPECIALLY SET for MONDAY, APRIL 13TH, 2020 AT 1:30 P.M., in Courtroom 1907. If the Defendant should elect to enter a plea of guilty prior to trial, the change of plea hearing must be scheduled no less than seven (7) days prior to trial. The period between the date of the Court's Order and the continued trial date shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act. Signed by Judge Steve C. Jones on 11/13/2019. (rjs) (Entered: 11/13/2019) |
| 11/21/2019 | <u>82</u> | | Notice for Leave of Absence for the following date(s): December 16, 2019, December 17, 2019, December 18, 2019, December 19, 2019, December 20, 2019, December 26, 2019, December 27, 2019, December 30, 2019, December 31, 2019, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 11/21/2019) |
| 01/03/2020 | <u>83</u> | | Request for Leave of Absence for the following date(s): 2/3/20, 2/12/20 – 2/21/20, 5/6/20 – 5/8/20, 5/28/20 – 5/29/20, 6/15/20 – 7/7/20, 8/12/20 – 8/14/20, by Drew Findling. (Findling, Drew) (Entered: 01/03/2020) |
| 01/03/2020 | <u>84</u> | | Request for Leave of Absence for the following date(s): 2/3/20, 2/12/20 – 2/21/20, 5/6/20 – 5/8/20, 5/28/20 – 5/29/20, 6/15/20 – 7/7/20, 8/12/20 – 8/14/20 by Drew Findling. (Findling, Drew) (Entered: 01/03/2020) |
| 01/28/2020 | <u>85</u> | | NOTICE OF ATTORNEY APPEARANCE Tiffany Rene Johnson appearing for USA. (Johnson, Tiffany) (Entered: 01/28/2020) |
| 02/24/2020 | <u>86</u> | | NOTICE OF ATTORNEY APPEARANCE: Zachary J. Kelehear appearing on behalf of Mitzi Bickers (Kelehear, Zachary) (Entered: 02/24/2020) |
| 02/25/2020 | | | NOTICE OF HEARING as to Mitzi Bickers. Pretrial Conference set for 4/9/2020 at 10:00 AM in ATLA Courtroom 1907 before Judge Steve C. Jones. (pdw) (Entered: 02/25/2020) |
| 02/25/2020 | | | NOTICE OF HEARING as to Mitzi Bickers. Preliminary Pretrial Conference set for 3/18/2020 at 02:30 PM in ATLA Courtroom 1907 before Judge Steve C. Jones. This hearing is in addition to the final pretrial conference set for 4/9/2020. (pdw) (Entered: 02/25/2020) |
| 03/04/2020 | <u>87</u> | | MOTION in Limine to Exclude Inadmissible Character Evidence by USA as to Mitzi Bickers. (Erskine, Kurt) (Entered: 03/04/2020) |
| 03/05/2020 | <u>88</u> | | MOTION in Limine To Exclude Evidence Related to Charging Decisions by USA as to Mitzi Bickers. (Davis, Jeffrey) (Entered: 03/05/2020) |
| 03/05/2020 | <u>89</u> | | MOTION in Limine To Exclude Discovery–Related Issues by USA as to Mitzi Bickers. (Davis, Jeffrey) (Entered: 03/05/2020) |
| 03/05/2020 | <u>90</u> | | MOTION in Limine To Admit Defendant's Proffer for Impeachment, Cross–Examination, and Rebuttal by USA as to Mitzi Bickers. (Attachments: # <u>1</u> Exhibit 1 – Proffer Letter) (Johnson, |

| | | | |
|---|---|---|---|
| | | | Tiffany) (Entered: 03/05/2020) |
| 03/05/2020 | 91 | | MOTION in Limine To Exclude Prior Invocations of Fifth Amendment By a Witness by USA as to Mitzi Bickers. (Johnson, Tiffany) (Entered: 03/05/2020) |
| 03/05/2020 | 92 | | MOTION To Admit Business Records Pursuant To Fed.R.Evid. 902(11) And 803(b) re 57 MOTION to Admit Business Records *(Renewed)* by USA as to Mitzi Bickers. (Attachments: # 1 Exhibit A) (Erskine, Kurt) (Entered: 03/05/2020) |
| 03/05/2020 | 93 | | MOTION in Limine To Exclude Polygraph Evidence by USA as to Mitzi Bickers. (Erskine, Kurt) (Entered: 03/05/2020) |
| 03/06/2020 | 94 | | MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation by USA as to Mitzi Bickers. (Johnson, Tiffany) (Entered: 03/06/2020) |
| 03/06/2020 | 95 | | MOTION in Limine To Exclude Evidence of Remote Prior Misconduct by USA as to Mitzi Bickers. (Johnson, Tiffany) (Entered: 03/06/2020) |
| 03/10/2020 | | | Documents 96–98 are sealed. (jpa) (Entered: 03/10/2020) |
| 03/10/2020 | 99 | | Request for Leave of Absence for the following date(s): 5/25/2020 – 5/29/2020, 6/5/2020, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 03/10/2020) |
| 03/11/2020 | 100 | | MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation by USA as to Mitzi Bickers. (Johnson, Tiffany) (Entered: 03/11/2020) |
| 03/11/2020 | 101 | | ORDER as to Mitzi Bickers: Defendant is ORDERED to file responses to the Government's Motions in Limine (Doc. Nos. 87 ; 88 ; 89 ; 90 ; 91 ; 93 ; 94 ; 95 ) and Renewed Motion to Admit Business Records (Doc. No. 92 ) no later than 5:00 p.m. on Wednesday, March 25, 2020. Signed by Judge Steve C. Jones on 3/10/2020. (rjs) (Entered: 03/11/2020) |
| 03/12/2020 | 102 | | MOTION For Use of Jury Questionnaire by USA as to Mitzi Bickers. (Attachments: # 1 Exhibit A – Proposed Jury Questionnaire) (Erskine, Kurt) (Entered: 03/12/2020) |
| 03/17/2020 | | | DOCKET ORDER as to Mitzi Bickers. The preliminary pretrial conference previously set for 3/18/2020 will proceed by teleconference. It is further ORDERED that the jury trial set for 4/13/2020 is CONTINUED to a date to be determined after consultation with counsel. Entered by Judge Steve C. Jones on 3/17/2020. (pdw) (Entered: 03/17/2020) |
| 03/17/2020 | | | NOTICE OF CANCELLATION of Hearing as to Mitzi Bickers. The Final Pretrial Conference set for 4/9/2020 at 10:00 AM in ATLA Courtroom 1907 before Judge Steve C. Jones is CANCELLED pending a new trial date. Preliminary Pretrial Conference will proceed by teleconference on 3/18/20. (pdw) (Entered: 03/17/2020) |
| 03/18/2020 | 104 | | Minute Entry for proceedings held before Judge Steve C. Jones: Preliminary Pretrial Conference held via conference call. The Court ORDERED that the trial date will continued until June 22, 2020, with time from original trial date to continued trial date to be excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 316l(h)(7)(A). All motions in limine must be filed by April 13th, with responses due April 27th. The Court granted USA's motion for jury questionnaires 102 , with defendant's counsel to file defendant's proposed questionnaire within one week. DFT#1– 102 Motion for Miscellaneous Relief GRANTED. (Court Reporter David Ritchie) (rjs) (Entered: 03/24/2020) |
| 03/20/2020 | 103 | | General Order 20–01 re: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS as to Mitzi Bickers. Signed by Judge Thomas W. Thrash, Jr. on 3/16/2020. (anc) (Entered: 03/23/2020) |

| | | |
|---|---|---|
| 03/25/2020 | 105 | RESPONSE in Opposition as to Mitzi Bickers filed by Mitzi Bickers re 100 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation , 90 MOTION in Limine To Admit Defendant's Proffer for Impeachment, Cross–Examination, and Rebuttal , 87 MOTION in Limine to Exclude Inadmissible Character Evidence , 89 MOTION in Limine To Exclude Discovery–Related Issues , 95 MOTION in Limine To Exclude Evidence of Remote Prior Misconduct , 91 MOTION in Limine To Exclude Prior Invocations of Fifth Amendment By a Witness , 93 MOTION in Limine To Exclude Polygraph Evidence , 88 MOTION in Limine To Exclude Evidence Related to Charging Decisions , 94 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation (Goldberg, Marissa) (Entered: 03/25/2020) |
| 03/25/2020 | 106 | OBJECTION to United States Proposed Juror Questionnaire filed by Mitzi Bickers (Kelehear, Zachary) Modified on 3/26/2020 (rjs). (Entered: 03/25/2020) |
| 03/25/2020 | 107 | Proposed Jury Questionnaire filed by Mitzi Bickers (Kelehear, Zachary) Modified on 3/26/2020 (rjs). (Entered: 03/25/2020) |
| 04/01/2020 | 108 | Amended General Order 20–01 re COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 3/30/20. as to Mitzi Bickers (rvb) (ADI) (Entered: 04/01/2020) |
| 04/06/2020 | 109 | REPLY BRIEF as to Mitzi Bickers filed by USA re 87 MOTION in Limine to Exclude Inadmissible Character Evidence (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 110 | REPLY BRIEF as to Mitzi Bickers filed by USA re 95 MOTION in Limine To Exclude Evidence of Remote Prior Misconduct (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 111 | REPLY BRIEF as to Mitzi Bickers filed by USA re 93 MOTION in Limine To Exclude Polygraph Evidence (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 112 | REPLY BRIEF as to Mitzi Bickers filed by USA re 91 MOTION in Limine To Exclude Prior Invocations of Fifth Amendment By a Witness (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 113 | REPLY BRIEF as to Mitzi Bickers filed by USA re 89 MOTION in Limine To Exclude Discovery–Related Issues (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 114 | REPLY BRIEF as to Mitzi Bickers filed by USA re 88 MOTION in Limine To Exclude Evidence Related to Charging Decisions (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 115 | REPLY BRIEF as to Mitzi Bickers filed by USA re 90 MOTION in Limine To Admit Defendant's Proffer for Impeachment, Cross–Examination, and Rebuttal (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 116 | REPLY BRIEF as to Mitzi Bickers filed by USA re 94 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/06/2020 | 117 | REPLY BRIEF as to Mitzi Bickers filed by USA re 100 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation (Johnson, Tiffany) (Entered: 04/06/2020) |
| 04/13/2020 | 118 | Notice for Leave of Absence for the following date(s): August 5 to 7, 2020; September 4 to 14, 2020; and October 2 to 13, 2020., by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 04/13/2020) |
| 04/13/2020 | 119 | REPLY as to Mitzi Bickers filed by USA re: 106 Objection, 107 Proposed Jury Questionnaire (Attachments: # 1 Exhibit A)(Erskine, Kurt) Modified on 4/14/2020 (rjs). (Entered: 04/13/2020) |
| 04/13/2020 | 120 | MOTION for Reconsideration Request for Oral Argument and Leave to File Additional Motions re 104 Order by Mitzi Bickers. (Goldberg, Marissa) Modified on 4/14/2020 (rjs). (Entered: 04/13/2020) |

| 04/13/2020 | 121 | | MOTION in Limine to Exclude Inadmissible Evidence at Trial by Mitzi Bickers. (Goldberg, Marissa) (Entered: 04/13/2020) |
|---|---|---|---|
| 04/14/2020 | 122 | | ORDER as to Mitzi Bickers: The Court finds that juror questions #90 and #95 will be covered by the Court during its own colloquy with the potential jurors. Questions #90 and #95 are therefore not allowed. The remainder of Defendant's objections to the Government's juror questions are OVERRULED (Doc. No. 106 ). As it appears Defendant has not yet had an opportunity to respond to the proposed consolidated questionnaire, the Court ORDERS Defendant to file any objections (save for the ones previously raised and overruled by the Court) to the proposed consolidated questionnaire within seven (7) days of the entry of this Order. Signed by Judge Steve C. Jones on 4/14/2020. (rjs) (Entered: 04/15/2020) |
| 04/16/2020 | 123 | | RESPONSE as to Mitzi Bickers filed by USA re: 120 MOTION for Reconsideration Request for Oral Argument and Leave to File Additional Motions (Davis, Jeffrey) Modified on 4/17/2020 (rjs). (Entered: 04/16/2020) |
| 04/22/2020 | 124 | | OBJECTION and MOTION for Extension of Time filed by Mitzi Bickers (Goldberg, Marissa) Modified on 4/23/2020 (rjs). (Entered: 04/22/2020) |
| 04/27/2020 | | | Submission of the 92 MOTION To Admit Business Records Pursuant To Fed.R.Evid. 902(11) And 803(b) re 57 MOTION to Admit Business Records *(Renewed)*, 93 MOTION in Limine To Exclude Polygraph Evidence , 87 MOTION in Limine to Exclude Inadmissible Character Evidence , 95 MOTION in Limine To Exclude Evidence of Remote Prior Misconduct , 100 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation , 88 MOTION in Limine To Exclude Evidence Related to Charging Decisions , 89 MOTION in Limine To Exclude Discovery–Related Issues , 94 MOTION in Limine To Exclude Evidence of Alleged Misconduct and Civil Litigation , 91 MOTION in Limine To Exclude Prior Invocations of Fifth Amendment By a Witness , 90 MOTION in Limine To Admit Defendant's Proffer for Impeachment, Cross–Examination, and Rebuttal , 122 Order as to Mitzi Bickers, to District Judge Steve C. Jones. (aaq) (Entered: 04/27/2020) |
| 04/27/2020 | 125 | | RESPONSE in Opposition as to Mitzi Bickers filed by USA re 121 MOTION in Limine to Exclude Inadmissible Evidence at Trial (Johnson, Tiffany) (Entered: 04/27/2020) |
| 04/28/2020 | 126 | | ORDER: Defendant's 120 motion for reconsideration is GRANTED in part and DENIED in part. The motion is denied with respect to Defendant's request for oral argument on the motions in limine. The motion is granted to the extent that the Court will allow the parties to file additional motions in limine up to fourteen (14) days before the start of trial. Additionally, Defendant's request for additional time to review the completed juror questionnaires is GRANTED to the extent that the parties will be allowed three full days to review the completed questionnaires. With respect to Defendant's objections to the Government's proposed consolidated questionnaire, Defendant is ORDERED to identify the additional questions she alleges the Government failed to incorporate in their proposed consolidated questionnaire by 4:00 p.m. on Friday, May 1, 2020. Defendant is also ORDERED to inform the Court whether she objects to the exclusion of her proposed question regarding the jurors' race and ethnicity by 4:00 p.m. on Friday, May 1, 2020. The Government is ORDERED to explain to the Court why it did not include Defendant's question on the jurors' race and ethnicity in the proposed consolidated questionnaire by 4:00 p.m. on Friday, May 1, 2020. Finally, the Government is ORDERED to respond or object to Defendant's proposed COVID–19 questions by 4:00 p.m. on Friday, May 1, 2020. Signed by Judge Steve C. Jones on 4/28/2020. (rjs) (Entered: 04/28/2020) |
| 05/01/2020 | 127 | | RESPONSE and Supplemental Objections as to Mitzi Bickers filed by Mitzi Bickers re: 126 Order (Goldberg, Marissa) Modified on 5/4/2020 (rjs). (Entered: 05/01/2020) |
| 05/01/2020 | 128 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE as to Mitzi Bickers filed by USA re: 126 Order (Johnson, Tiffany) Modified on 5/4/2020 (rjs). (Entered: 05/01/2020) |
| 05/04/2020 | 129 | | DOCUMENT FILED IN ERROR – CORRECTED AT 130 REPLY TO RESPONSE to Motion as to Mitzi Bickers filed by Mitzi Bickers re: 121 MOTION in Limine to Exclude Inadmissible Evidence at Trial (Kelehear, Zachary) Modified on 5/5/2020 (jpa). (Entered: 05/04/2020) |
| 05/04/2020 | 130 | | REPLY as to Mitzi Bickers filed by Mitzi Bickers re: 128 Response (Kelehear, Zachary) Modified on 5/5/2020 (rjs). (Entered: 05/04/2020) |
| 05/04/2020 | 131 | | Minute Entry for proceedings held before Judge Steve C. Jones: Status videoconference held regarding June 22nd trial date. In light of current circumstances related to the Coronavirus pandemic, trial will be continued to August 28, 2020. All parties agreed to continuance and exclusion of time from speedy trial calculation. Order to follow. (Court Reporter David Ritchie) (rjs) (Entered: 05/05/2020) |
| 05/05/2020 | 132 | | ORDER: It is ORDERED that the JURY TRIAL in this matter is CONTINUED to MONDAY, SEPTEMBER 1ST, 2020 in Courtroom 1907. The period between the previous trial date (June 22, 2020) and the continued trial date (September 1, 2020) shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act. Signed by Judge Steve C. Jones on 5/5/2020. (rjs) (Entered: 05/05/2020) |
| 05/05/2020 | 133 | | REPLY TO RESPONSE to Motion as to Mitzi Bickers filed by Mitzi Bickers re: 121 MOTION in Limine to Exclude Inadmissible Evidence at Trial (Kelehear, Zachary) (Entered: 05/05/2020) |
| 05/15/2020 | 134 | | GENERAL ORDER 20–01 SECOND AMENDMENT IN RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS as to Mitzi Bickers. Signed by Judge Thomas W. Thrash, Jr. on 4/30/2020. (dgr) (Entered: 05/15/2020) |
| 05/18/2020 | 135 | | ORDER granting 93 Motion in Limine as to Mitzi Bickers (1). Signed by Judge Steve C. Jones on 5/18/2020. (rjs) (Entered: 05/18/2020) |
| 05/18/2020 | 136 | | ORDER: The Government's 88 Motion to Exclude Evidence Relating to Charging Decisions is GRANTED. Signed by Judge Steve C. Jones on 5/18/2020. (rjs) (Entered: 05/18/2020) |
| 05/21/2020 | 137 | | ORDER granting 91 Government's Motion to Exclude Prior Invocations ofthe Fifth Amendment by a Witness. Defendant is therefore precluded from introducing any evidence of Mitchell's prior invocations of the Fifth Amendment during his November 9, 2017 civil deposition at any point during trial. Signed by Judge Steve C. Jones on 5/21/2020. (rjs) (Entered: 05/21/2020) |
| 05/21/2020 | 138 | | ORDER granting 89 Government's Motion to Exclude Discovery–Related Issues. The Court therefore requires that all comments relating to discovery issues be made outside the presence of the jury. Signed by Judge Steve C. Jones on 5/21/2020. (rjs) (Entered: 05/21/2020) |
| 05/27/2020 | 139 | | THIRD AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 5/26/2020. (rjs) (Entered: 05/27/2020) |
| 05/28/2020 | 140 | | ORDER granting 87 Motion in Limine. Defendant is precluded from offering any evidence of her "specific instances of good conduct" or "lack of prior bad acts" to demonstrate good character, and from offering any evidence of good character that is not tied to a particular "pertinent trait." Signed by Judge Steve C. Jones on 5/28/2020. (rjs) (Entered: 05/28/2020) |
| 06/03/2020 | 141 | | ORDER: Government's 90 Motion to Admit Defendant's Proffer for Impeachment, Cross–Examination, and Rebuttal is GRANTED. Signed by Judge Steve C. Jones on 6/3/2020. (rjs) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/03/2020) |
| 06/09/2020 | | | Submission of the 121 MOTION in Limine to Exclude Inadmissible Evidence at Trial as to Mitzi Bickers to District Judge Steve C. Jones. (aaq) (Entered: 06/09/2020) |
| 06/19/2020 | | | DOCKET ORDER: The Court's trial setting order at Doc. No. 132 is AMENDED to correct the start day and provide a start time as follows: it is ORDERED that the JURY TRIAL in this matter is CONTINUED to TUESDAY, SEPTEMBER 1ST, 2020 at 9:30 A.M. in Courtroom 1907. Except as amended herein, the remainder of the Court's order at Doc. No. 132 remains in full force and effect. Ordered by Judge Steve C. Jones on 6/19/2020 and entered as directed by Chambers. (rjs) (Entered: 06/19/2020) |
| 06/22/2020 | 142 | | ORDER: The Government's 94 Motion to Exclude Evidence of Alleged Misconduct and Civil Litigation is GRANTED. In the event Coleman is called to testify, Defendant is precluded from introducing any evidence of alleged misconduct leading to Coleman's termination and any evidence relating to her civil lawsuit filed against the City of Jackson and its employees. Signed by Judge Steve C. Jones on 6/22/2020. (rjs) (Entered: 06/22/2020) |
| 06/24/2020 | 143 | | Minute Entry for proceedings held before Judge Steve C. Jones: Status Conference as to Mitzi Bickers held regarding pending September 1st trial date. In light of ongoing concerns surrounding the COVID–19 pandemic, the parties requested that the trial date be continued. The Court granted the parties request, but directed counsel to file a motion for continuance on record. The Court advised counsel that a new trial date will not be set at this time, but the parties will be consulted and provided with adequate preparation time prior to trial. Parties agreed that time elapsed will be excluded from the speedy trial calculation. (Court Reporter David Ritchie) (bnp) (Entered: 06/25/2020) |
| 06/29/2020 | 144 | | Joint MOTION to Continue the Trial by Mitzi Bickers. (Goldberg, Marissa) (Entered: 06/29/2020) |
| 07/01/2020 | 145 | | Notice for Leave of Absence for the following date(s): August 7 to 10, 2020, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 07/01/2020) |
| 07/01/2020 | 146 | | FOURTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 7/1/2020. (rjs) (Entered: 07/01/2020) |
| 07/13/2020 | 147 | | FIFTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONA VIRUS. Signed by Judge Thomas W. Thrash, Jr. on 7/10/2020. (rjs) (Entered: 07/13/2020) |
| 07/23/2020 | | | Submission of 144 Joint MOTION to Continue the Trial to District Judge Steve C. Jones. (rjs) (Entered: 07/23/2020) |
| 08/04/2020 | 148 | | SIXTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 8/3/2020. (rjs) (Entered: 08/04/2020) |
| 08/27/2020 | 149 | | ORDER granting 144 Motion for Continuance as to Mitzi Bickers (1). The jury trial in this matter is CONTINUED to a date to be determined. The period between the date of this and the continued trial date (when established) shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act. Signed by Judge Steve C. Jones on 8/27/2020. (rjs) (Entered: 08/27/2020) |
| 09/02/2020 | 150 | | SEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 9/1/2020. (rjs) (Entered: 09/02/2020) |

| 12/09/2020 | 151 | NINTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge Thomas W. Thrash, Jr. on 12/8/2020. (rjs) (Entered: 12/09/2020) |
|---|---|---|
| 01/27/2021 | 152 | TENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge Thomas W. Thrash, Jr. on 1/27/2021. (rjs) (Entered: 01/27/2021) |
| 03/10/2021 | 153 | ELEVENTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. The time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act. Signed by Judge Thomas W. Thrash, Jr. on 3/9/2021. (rjs) (Entered: 03/10/2021) |
| 03/23/2021 | 154 | Notice for Leave of Absence for the following date(s): May 27, 2021 through June 2, 2021, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 03/23/2021) |
| 04/02/2021 | 155 | NOTICE OF ATTORNEY APPEARANCE Nathan Parker Kitchens appearing for USA. (Kitchens, Nathan) (Entered: 04/02/2021) |
| 04/08/2021 | 156 | Minute Entry for proceedings held before Judge Steve C. Jones: Status Conference as to Mitzi Bickers. Status conference held via Zoom. The parties agree to January 18, 2022 trial date, with intervening time to be excluded from the Speedy Trial calculation. (Court Reporter David Ritchie) (rjc) (Entered: 04/08/2021) |
| 04/19/2021 | 157 | ORDER: The Court ORDERS that the JURY TRIAL in this matter is CONTINUED to TUESDAY, JANUARY 18, 2022 in Courtroom 1907. The period between the previous trial date (September 1, 2020) and the continued trial date (January 18, 2022) shall be excluded under the District's Speedy Trial Plan and Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)). Signed by Judge Steve C. Jones on 4/19/2021. (rjc) (Entered: 04/19/2021) |
| 05/13/2021 | 158 | Request for Leave of Absence for the following date(s): 06/07–11/2021, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 05/13/2021) |
| 06/11/2021 | 159 | Notice for Leave of Absence for the following date(s): July 23, 2021 through July 30, 2021 and September 27, 2021 through October 4, 2021, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 06/11/2021) |
| 06/15/2021 | 160 | Request for Leave of Absence for the following date(s): 07/23/2021,08/16–20/2021,08/23–24/2021,09/02–03/2021,09/06–08/2021,12/20–24/2021, 12/27–31/2021, by Drew Findling. (Findling, Drew) (Entered: 06/15/2021) |
| 07/03/2021 | 161 | Notice for Leave of Absence for the following date(s): October 1, 2021, October 21, 2021, and October 22, 2021, by Nathan Parker Kitchens. (Kitchens, Nathan) (Entered: 07/03/2021) |
| 07/15/2021 | 162 | ORDER as to Mitzi Bickers (1) granting the United States' Unopposed Motions to Admit Business Records [57,92]. The Court will permit Defendant to object at trial on evidentiary bases that are not subject to the motions [57,92]. Signed by Judge Steve C. Jones on 7/15/2021. (ddm) (Entered: 07/15/2021) |
| 07/19/2021 | 163 | ORDER Directing USA to Respond to 55 MOTION for Full Disclosure of Proffer Information Pursuant to Giglio and Brady on or before AUGUST 2, 2021. Signed by Judge Steve C. Jones on |

| | | | |
|---|---|---|---|
| | | | 07/19/2021. (rsg) (Entered: 07/19/2021) |
| 07/20/2021 | 164 | | Request for Leave of Absence for the following date(s): 09/13/2021–12/13/2021, by Marissa Helene Goldberg. (Goldberg, Marissa) (Entered: 07/20/2021) |
| 07/26/2021 | 165 | | ORDER as to Mitzi Bickers (1) granting the Government's 100 Motion to Exclude Evidence of Alleged Misconduct and Civil Litigation. If Kimberly Bracey is called to testify, the Court excludes any evidence of or relating to: (1) alleged misconduct leading to the termination of her employment with the City of Jackson, Mississippi; and (2) her civil lawsuit filed against the City of Jackson, Mississippi. Signed by Judge Steve C. Jones on 7/26/2021. (ddm) (Entered: 07/27/2021) |
| 07/30/2021 | 166 | | ORDER: This matter is before the Court regarding the Parties' proposed juror questionnaires (Doc. Nos. [ 102 –1]; 107 ). The Court has reviewed the proposed juror questionnaires and created the juror questionnaire attached hereto as Exhibit A. The Court plans on using this questionnaire for trial. In the interests of facilitating the progress of this case and ensuring that the jurors are asked relevant questions, the Court issues this juror questionnaire at this time but will consider additional proposed questions within thirty (30) days before trial. Finally, the Court provides the following logistical notes regarding how the juror questionnaires will be administered: The prospective jurors will arrive on Friday, January 14, 2022 to fill out the questionnaires. Once the prospective jurors have completed the questionnaires, the Court will make and distribute copies to the attorneys for their review prior to jury selection, which will start on Tuesday, January 18, 2022. Signed by Judge Steve C. Jones on 07/30/2021. (rsg) (Entered: 07/30/2021) |
| 08/02/2021 | 167 | | RESPONSE as to Mitzi Bickers filed by USA re: 55 MOTION for Production of Brady Materials (Dillingham, Tiffany) (Entered: 08/02/2021) |
| 08/11/2021 | 168 | | Request for Leave of Absence for the following date(s): 09/28–29/2021,12/20–24/2021,12/27–31/2021,06/06–10/2022,06/13–17/2022,06/20–24/2022, 06/27–30/2022,07/01/2022,07/05–08/2022, by Drew Findling. (Findling, Drew) (Entered: 08/11/2021) |
| 11/10/2021 | | | Document 169 is sealed. (bgt) (Entered: 11/12/2021) |
| 11/17/2021 | | | Document 170 is sealed. (jpa) (Entered: 11/17/2021) |
| 11/22/2021 | 171 | | ORDER as to Mitzi Bickers (1) denying 55 Defendant's Motion for Full Disclosure of Proffer Information Pursuant to Giglio and Brady. Signed by Judge Steve C. Jones on 11/19/2021. (ddm) (Entered: 11/22/2021) |
| 12/16/2021 | 172 | | ORDER denying 95 Motion to Exclude Evidence of Remote Prior Misconduct (Doc. No. 95 ) as premature. This Order does not preclude the Government from challenging examination at trial as to the prior conduct that is the subject of this Motion. Because the Government may later challenge such examination at trial, the Court further ORDERS that Defendant shall not discuss the prior conduct that is the subject of this Motion during opening statements or during the trial prior to the Courts approval. Nor shall Defendant attempt to elicit testimony regarding the prior conduct that is the subject of this Motion prior to the Courts approval. Signed by Judge Steve C. Jones on 12/16/2021. (rsg) (Entered: 12/16/2021) |
| 12/17/2021 | | | NOTICE OF HEARING as to Mitzi Bickers. Pretrial Conference set for 1/12/2022 at 10:00 AM in ATLA Courtroom 1907 before Judge Steve C. Jones. (pdw) (Entered: 12/17/2021) |
| 12/27/2021 | 173 | | ORDER re 121 Motion in Limine as to Mitzi Bickers (1), the Court DENIES Defendant's motion in limine asking the Court to exclude evidence concerning Pirouette and dancers who allegedly performed at fundraising events. The Court DENIES Defendants request for the Court to exclude evidence relating to Defendant's wealth, expenditures, and spending habits. The Court DENIES Defendant's request to exclude testimony from her former romantic partners. The Court DENIES |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Defendant's request insofar as it seeks to exclude all potentially negative references to the Emmanuel Baptist Church. The Court DENIES Defendant's request to exclude evidence relating to her relationship with Reed. the Court GRANTS in part and DENIES in part Defendant's request regarding evidence of prior litigation. The Government shall not offer evidence concerning prior civil litigation involving Defendant unless that civil litigation relates to the charges in this criminal action. However, if an otherwise unrelated prior civil litigation becomes relevant for impeachment or other admissible rebuttal purposes, the Court may consider allowing the Government to offer evidence as to those cases. Additionally, the Government may offer evidence of prior civil litigation that has a reasonable nexus to the charges in this criminal action. The Court DENIES Defendant's request to preclude Tate from testifying at trial. the Court DENIES Defendant's request to exclude evidence of the City of Atlanta Code of Ethics and Procurement Code and Defendants compliance with those codes. the Court DENIES Defendant's request to exclude evidence concerning fundraising and similar events that were not directly discussed in the indictment. the Court DENIES Defendant's request to exclude evidence about City of Jackson bidding procedures and processes in which Defendant was not directly involved. At this time, the Court does not have enough evidence to determine with finality whether allegations as to the satisfaction of Yarber's home mortgage are speculative or irrelevant to this criminal action. In any event, the Government stated clearly that it does not intend to introduce evidence relating to Yarber's home mortgage. Accordingly, at this time, Defendant's request to exclude this evidence is DENIED as moot. the Court DENIES Defendant's request to exclude evidence as to her campaign contributions. Defendant contends without argument that the Court should exclude remarks that are generally disparaging to Defendant's character and claims of other alleged impropriety not properly noticed by the Government, at this point, the Court DENIES Defendant's requests. Because this Order disposes of the omnibus motion Doc. 121 the Court DIRECTS the Clerk to terminate the pendency of that motion. Signed by Judge Steve C. Jones on 12/27/2021. (adg) (Entered: 12/27/2021) |
| 01/03/2022 | 176 |  | Minute Entry for proceedings held before Judge Steve C. Jones: Status Conference with counsel as to Mitzi Bickers via Zoom. Due to concerns regarding the Covid–19 Omicron variant, all parties agree to continuance of trial. Trial to commence March 9, 2022. (Court Reporter Viola Zbrowski) (pdw) (Entered: 01/26/2022) |
| 01/04/2022 | 174 |  | ORDER as to Mitzi Bickers CONTINUING the Jury Trial to Wednesday, March 9, 2022 at 09:30 AM in ATLA Courtroom 1907. The Pretrial Conference is set for Thursday, March 3, 2022 at 10:00 AM in ATLA Courtroom 1907. The pretrial conference currently scheduled for January 12, 2022 is hereby cancelled. Signed by Judge Steve C. Jones on 12/04/2022. (ddm) (Entered: 01/04/2022) |
| 01/04/2022 |  |  | NOTICE OF HEARING as to Mitzi Bickers. Pretrial Conference reset for 3/3/2022 at 02:30 PM in ATLA Courtroom 1907 before Judge Steve C. Jones. (pdw) (Entered: 01/04/2022) |
| 01/07/2022 | 175 |  | ORDER denying as moot 124 Motion for Extension of Time to review the Government's proposed juror questionnaire as to Mitzi Bickers (1). Signed by Judge Steve C. Jones on 1/7/2022. (pdw) (Entered: 01/07/2022) |
| 02/14/2022 | 177 |  | Notice for Leave of Absence for the following date(s): (a) April 15 to 18, 2022, (b) April 26 to May 2, 2022; and (c) May 13 to 17, 2022, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 02/14/2022) |
| 02/23/2022 | 178 |  | NOTICE of Intention to Use 404(b) Evidence filed by USA as to Mitzi Bickers (Kitchens, Nathan) (Entered: 02/23/2022) |
| 02/23/2022 | 179 |  | OBJECTION to 178 Notice of Intention to Use 404(b) Evidence as to Mitzi Bickers filed by Mitzi Bickers (Goldberg, Marissa) (Entered: 02/23/2022) |
| 02/24/2022 | 180 |  | Notice for Leave of Absence for the following date(s): April 1, 2022 through April 11, 2022; May 25, 2022 through May 31, 2022 and July 15, 2022 through July 29, 2022, by Kelly Kathleen Connors. (Connors, Kelly) (Entered: 02/24/2022) |

| 03/01/2022 | 181 | | RESPONSE as to Mitzi Bickers filed by USA re: 179 Objection (Dillingham, Tiffany) (Entered: 03/01/2022) |
| --- | --- | --- | --- |
| 03/03/2022 | 182 | | ORDER as to Mitzi Bickers OVERRULING Defendant's Objection to the Government's Rule 404(b) Notice. Doc. No. 179 . Signed by Judge Steve C. Jones on 03/03/2022. (ddm) (Entered: 03/03/2022) |
| 03/03/2022 | 187 | | Minute Entry for proceedings held before Judge Steve C. Jones: Pretrial Conference as to Mitzi Bickers. Jury trial to begin 3/09/2022. (Court Reporter Viola Zbrowski) (pdw) (Entered: 03/10/2022) |
| 03/04/2022 | 183 | | MOTION for Leave to File Out of Time and Defendants Motion in Limine to Preclude the Government from Calling Witnesses Who Will Invoke the Fifth Amendment Right Against Self–Incrimination by Mitzi Bickers. (Kelehear, Zachary) Modified on 3/4/2022 to edit docket entry (ddm). (Entered: 03/04/2022) |
| 03/05/2022 | 184 | | RESPONSE in Opposition as to Mitzi Bickers filed by USA re 183 MOTION in Limine (Dillingham, Tiffany) (Entered: 03/05/2022) |
| 03/07/2022 | 185 | | ORDER as to Mitzi Bickers (1) denying as moot 183 Defendant's Out of Time Motion in Limine. Signed by Judge Steve C. Jones on 03/07/2022. (ddm) (Entered: 03/07/2022) |
| 03/07/2022 | 186 | | Proposed Jury Instructions as to Mitzi Bickers filed by USA (Dillingham, Tiffany) (Entered: 03/07/2022) |
| 03/09/2022 | 188 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/9/2022. Voir dire conducted; jury selected and sworn. Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/10/2022. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/10/2022) |
| 03/10/2022 | 195 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/10/2022. Opening arguments heard. Government's case began. Agent John Relyea sworn and testified. Government's exhibits 193–196, 6, 12, 17, 19, 1, 5, 8, 9, 14, 24, 13a, 13b, 16, 20, 28–42, 197, 44–47 admitted. Danielle Nichols sworn and testified. Government's exhibit 48 admitted. Nina Hickson sworn and testified. Government's exhibits 49–51 admitted. Kimberly Spell–Fowler sworn and testified. Government's exhibits 53–65 admitted. Jimmy Kirby sworn and testified. Deborah Lonon sworn and testified. Government's exhibit 73 admitted. Charles P. Richards, Jr. sworn and testified. Government's exhibits 66 and 26L–1 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/11/2022. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/16/2022) |
| 03/11/2022 | 196 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/11/2022. Government's case continued. Testimony of Charles P. Richards, Jr. continued and concluded. Government's exhibits 199, 71, 69, 42E, 67, 68, 42H, 72, 42J, 42I, 22B–1, 22B–2, 26L–5, 205 admitted. Michael Ayo sworn and testified. Government's exhibits 42 and 42F admitted. Deidre Verdier sworn and testified. Government's exhibits 74–77, 27C–1 admitted. Jon Keen sworn and testified. Albert Bantley sworn and testified. Sabrina Black sworn and testified. Government's exhibit 79 admitted. Jury dismissed at 4:15 PM. Court heard argument from counsel regarding the anticipated testimony of E.R. Mitchell. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/14/2022. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/16/2022) |
| 03/13/2022 | 190 | | ORDER Directing Defendant to Respond to 189 MOTION for Leave to File Surreply filed by USA on or before 7:00 PM MARCH 13, 2022. Signed by Judge Steve C. Jones on 3/13/2022. (sif) (Entered: 03/13/2022) |

| 03/13/2022 | | | Clerk's Certificate of Mailing as to Mitzi Bickers re 191 Order on Motion for Leave to File–SEALED: counsel served with copies by CRD via email. (pdw) (Entered: 03/14/2022) |
|---|---|---|---|
| 03/14/2022 | | | Documents 189 and 191 are sealed. (ddm) (Entered: 03/14/2022) |
| 03/14/2022 | 197 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/14/2022. Government's case continued. Sharon Patterson sworn and testified. Government's exhibits 26UU–1, 26UU–2, 26QQ–1, 26UU–3, 26UU–4, 26UU–5, 26UU–6, 78 admitted. Shedreka Poole sworn and testified. Government's exhibits 15R, 26H–1, 26I–1, 26K–1 admitted. Adrienne Richardson sworn and testified. Government's exhibits 203, 204, 200, 201 admitted. Rita Braswell sworn and testified. Government's exhibits 43, 86–90, 93–107, 212 admitted. Gail Hanscom sworn and testified. Government's exhibits 43B, 114–117 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/15/2022. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/16/2022) |
| 03/15/2022 | 193 | | ORDER as to Mitzi Bickers granting in part and denying in part the Government's Motion to Exclude Evidence of Elvin R. Mitchell, Jr.'s Remote Previous Misconduct 95 . The Court reserves judgment on the admissibility of a non–prosecution agreement and debarment. The Court will question Mr. Mitchell about these topics outside the presence of the jury and, at that time, will rule on their admissibility. Signed by Judge Steve C. Jones on 03/14/2022. (ddm) (Entered: 03/15/2022) |
| 03/15/2022 | | | Document 192 is sealed. (ddm) (Entered: 03/15/2022) |
| 03/15/2022 | | | ORAL MOTION for Declaration of Mistrial by Mitzi Bickers. (ddm) (Entered: 03/15/2022) |
| 03/15/2022 | 194 | | ORDER as to Mitzi Bickers (1) denying Defendant's Oral Motion for Declaration of Mistrial. Signed by Judge Steve C. Jones on 03/15/2022. (ddm) (Entered: 03/15/2022) |
| 03/15/2022 | 198 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/15/2022. Government's case continued. [Outside the presence of the jury, defense counsel made a motion for mistrial. The motion was denied by the Court in its Order at 194 .] Mark Stafford sworn and testified. Government's exhibit 113 and Defendant's exhibits 1 and 2 admitted. William Marshall sworn and testified. Thomas Weyandt sworn and testified. Government's exhibits 111 and 91 admitted. Richard Leary sworn and testified. Government's exhibits 80, 4G–1, 11C–1, 11C–2 admitted. Richard Mendoza sworn and testified. Government's exhibits 128, 131–135 admitted. Michael Winfrey sworn and testified. Government's exhibits 164, 165, 163 admitted. Lisa Reed sworn and testified. Government's exhibit 190 admitted. Ricky Williams sworn and testified. Government's exhibits 166, 168, 169 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/16/2022. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/16/2022) |
| 03/16/2022 | 204 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/16/2022. Government's case continued. Tammy Willingham sworn and testified. Government's exhibit 191 admitted. Matthew Davis sworn and testified. Government's exhibits 26EE–1, 26E–1, 26EE–2, 26NN–2, 26E–2 – 26E–5, 26NN–3. Elvin "E.R." Mitchell sworn and testified. Government's exhibits 139, 26L–6, 15G–1, 15G–2, 159, 160, 26L–7, 15C–2, 15i–3, 26L–8, 15C–3, 15E–4, 26L–9, 15B–2, 15G–3, 15G–4, 127, 83, 84, 26E–6, 143–149, 151–153, 26E–7, 26Q–3, 26Q–4, 15i–1, 15i–2 admitted. Jury dismissed for the day. The Court inquired of counsel for Cotena Alexander in open court after jury was dismissed. The Court advised all counsel it will not enforce defendant's subpoena for Ms. Alexander. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/22/2022) |
| 03/17/2022 | | | Document 199 is sealed. (ddm) (Entered: 03/17/2022) |

| 03/17/2022 | 205 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/17/2022. Government's case continued. Testimony of E.R. Mitchell continued and concluded. Government's exhibits 214–216, 26E–8, 26E–9, 154, 26Q–5 – 26Q–8, 26NN–4, 155, 156, 158 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/18/2022. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/22/2022) |
| 03/17/2022 | 206 | | ––––Duplicate Entry––––Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/17/2022. Government's case continued. Testimony of E.R. Mitchell continued and concluded. Government's exhibits 214–216, 26E–8, 26E–9, 154, 26Q–5 – 26Q–8, 26NN–4, 155, 156, 158 admitted. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/18/2022. Jurors excused until the above time under the usual caution of the Court. (Court Reporter Viola Zborowski) (rsg) Modified on 3/22/2022 to change date held (rsg). Modified on 3/23/2022 (rsg). (Entered: 03/22/2022) |
| 03/18/2022 | | | ORAL Motion for a Curative Instruction by Mitzi Bickers. (ddm) (Entered: 03/21/2022) |
| 03/18/2022 | 207 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/18/2022. [Outside the presence of the jury the Court heard argument from defendant's counsel regarding testimony of ER Mitchell; counsel requested curative instruction. Request was denied in the Court's order at doc. 200 . Government's exhibit 91 admitted.] Melvin Priester sworn and testified. Court's Exhibit 1 (parties' joint stipulation) admitted. government's exhibits 213 and 45–A admitted. Tony Yarber sworn and testified. Government's exhibits 178, 179, 184, 180, 182, 183, 209 admitted. Janine Patterson sworn and testified. Kimberly Bracey sworn and testified. Government's exhibits 185, 181, and 186 admitted. Stephanie Coleman sworn and testified. Government's exhibits 187, 188, 189 admitted. Jacquelyn Anderson Woods sworn and testified. Chana Tate sworn and testified. Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/21/2022. Exhibits retained to be forwarded to the Clerks Office. (Court Reporter Viola Zborowski) (rsg) (Entered: 03/22/2022) |
| 03/21/2022 | 200 | | ORDER as to Mitzi Bickers (1) denying Defendant's Oral Motion for a Curative Instruction. Signed by Judge Steve C. Jones on 03/20/2022. (ddm) (Entered: 03/21/2022) |
| 03/21/2022 | 201 | | Supplemental Requests to Charge as to Mitzi Bickers (Kelehear, Zachary) Modified on 3/21/2022 to edit docket text (ddm). (Entered: 03/21/2022) |
| 03/21/2022 | | | ORAL MOTION for Judgment of Acquittal by Mitzi Bickers. (rsg) (Entered: 03/22/2022) |
| 03/21/2022 | 208 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/21/2022. Government's case continued. Jaclyn Velardo sworn and testified. Government's exhibits 210, 170a, 170b, 174, 175, 211 admitted. John Relyea recalled to stand. Government's exhibits 176, 177, 217a–217f, 218a–218i admitted. Adrienne Richardson recalled to stand. Government's exhibits 21, 206, 219, 202, 7E–1, 4G–2, 7F–1 admitted. [Outside the presence of the jury: Government advised the Court it would reset. Defendant's counsel made an oral motion for Rule 29 judgment of acquittal. The motion was DENIED by the Court.] Jury returned. Government rested. Defendant announced she would present no evidence. Jury released for the day. Government's exhibits 2B, 3, 4A–4C, 4G–4H, 7B–7F, 10A–10C, 11A–11D, 15A–15R, 22A, 22B, 25A, 25B, 26A–26UU, 27A–27M. Charge conference held. Hearing Concluded. (Court Reporter Viola Zborowski) (rsg) (Entered: 03/22/2022) |
| 03/22/2022 | 202 | | Proposed Jury Instructions and Proposed Special Verdict Form for Forfeiture Phase as to Mitzi Bickers filed by USA (Connors, Kelly) Modified on 3/22/2022 to edit docket entry (ddm). (Entered: 03/22/2022) |
| 03/22/2022 | 203 | | |

| | | | |
|---|---|---|---|
| | | | ORDER as to Mitzi Bickers advising the parties that the Court will not instruct the jury on the Defendant's Supplemental Jury Instruction or the llth Circuit Criminal Pattern Instruction Tl.l. Signed by Judge Steve C. Jones on 03/22/2022. (ddm) (Entered: 03/22/2022) |
| 03/22/2022 | 209 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/22/2022. Closing arguments heard. Jury charged by the Court. Alternate jurors released to jury clerk. Deliberations began. Hearing not concluded. Court adjourned and will reconvene at 9:30 AM on 3/23/2022. (Court Reporter Viola Zborowski) (ddm) (Entered: 03/23/2022) |
| 03/22/2022 | 210 | | Court's Jury Instructions as to Mitzi Bickers. (ddm) (Entered: 03/23/2022) |
| 03/22/2022 | 216 | | Jury Note as to Mitzi Bickers dated 3/24/2022. (pdw) (Entered: 03/24/2022) |
| 03/23/2022 | 211 | | PROPOSED CONSENT ORDER Preliminary Order of Forfeiture as to Mitzi Bickers (Connors, Kelly) (Entered: 03/23/2022) |
| 03/23/2022 | 212 | | Minute Entry for proceedings held before Judge Steve C. Jones: Jury Trial as to Mitzi Bickers held on 3/23/2022. Jury continued deliberations and returned a verdict of GUILTY on 9 of 12 COUNTS. Guilty as to Counts 1, 4–10, and 12; NOT GUILTY as to Counts 2, 3, and 11. Parties to confer regarding forfeiture provision and advise the Court if an agreement can be reached or if the Court will hear evidence at 10:00 AM on 3/24/2022. [Counsel later contacted the Court to advise an agreement had been reached and a consent order of forfeiture would be filed.] Hearing Concluded. Exhibits retained by the Court to be forwarded to the Clerks Office. (Court Reporter Viola Zborowski) (rsg) (Entered: 03/24/2022) |
| 03/23/2022 | 213 | | JURY VERDICT as to Mitzi Bickers (1) Guilty on Count 1s,4s–10s, and 12s. Mitzi Bickers (1) Not Guilty on Count 2s,3s, and 11s. (rsg) (Entered: 03/24/2022) |
| 03/24/2022 | 214 | | ORDER DIRECTING FORFEITURE OF PROPERTY as to Mitzi Bickers. Signed by Judge Steve C. Jones on 03/23/2022. (rsg) (Entered: 03/24/2022) |
| 03/24/2022 | 215 | | NOTICE OF SENTENCING Set as to Mitzi Bickers. Sentencing set for 7/12/2022 at 10:00 AM in ATLA Courtroom 1907 before Judge Steve C. Jones. (pdw) (Entered: 03/24/2022) |
| 04/20/2022 | 217 | | Notice for Leave of Absence for the following date(s): September 16 to 27, 2022, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 04/20/2022) |
| 06/13/2022 | 218 | | Request for Leave of Absence for the following date(s): 07/21–22/2022,07/25–29/2022,08/01/2022,08/12/2022,09/02/2022,10/20–21/2022,12/12–16/2022, 12/19–23/2022,12/26–30/2022,01/02–06/2023, by Drew Findling. (Findling, Drew) (Entered: 06/13/2022) |
| 06/14/2022 | 219 | | Notice for Leave of Absence for the following date(s): October 17 to 24, 2022, by Jeffrey W. Davis. (Davis, Jeffrey) (Entered: 06/14/2022) |
| 06/22/2022 | 220 | | Unopposed MOTION to Continue the sentencing date by Mitzi Bickers. (Goldberg, Marissa) (Entered: 06/22/2022) |
| 06/23/2022 | | | DOCKET ORDER granting 220 Motion for Continuance of sentencing as to Mitzi Bickers (1). Sentencing is continued to 9/8/2022 at 10:00 AM in ATLA Courtroom 1907. Entered by Judge Steve C. Jones on 6/23/2022. (pdw) (Entered: 06/23/2022) |
| 06/24/2022 | 221 | | NOTICE OF FILING Publication Declaration as to Mitzi Bickers filed by USA (Connors, Kelly) (Entered: 06/24/2022) |
| 07/13/2022 | 222 | | VERIFIED CLAIM as to Mitzi Bickers filed by Anytime Bail Bonding, Inc. (ddm) (Entered: 07/13/2022) |

| 08/23/2022 | 223 | | Return of Service Executed on 8/22/2022 as to Mitzi Bickers, as property was released to owner. (ddm) (Entered: 08/23/2022) |
|---|---|---|---|
| 08/24/2022 | | | Document 224 is sealed. (ddm) (Entered: 08/24/2022) |
| 09/06/2022 | 225 | | Sentencing Memorandum as to Mitzi Bickers filed by Mitzi Bickers (Attachments: # 1 Exhibit Character Letters)(Goldberg, Marissa) (Entered: 09/06/2022) |
| 09/07/2022 | 226 | | Sentencing Memorandum as to Mitzi Bickers filed by USA (Attachments: # 1 Exhibit A – 2012 Summary, # 2 Exhibit B – 2013 Summary)(Dillingham, Tiffany) (Entered: 09/07/2022) |
| 09/08/2022 | 227 | | ORDER Amending Conditions of Bond as to Mitzi Bickers (1). Defendant will be on home detention under the direction and supervision of the United States Probation Office until her surrender to Bureau of Prisons for service of sentence. Terms of home detention wffl include location monitoring, at the direction and discretion of the USPO. Ms. Bickers may be required to pay all or part of the costs of the monitoring program. It is further ORDERED that Ms. Bickers will be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court–ordered obligations; or other activities as pre–approved by the United States Probation Officer. Signed by Judge Steve C. Jones on 09/08/22. (rsg) (Entered: 09/08/2022) |
| 09/08/2022 | 228 | | Minute Entry for proceedings held before Judge Steve C. Jones: Sentencing hearing held as to Mitzi Bickers. Oral argument heard. Defendant and supporters addressed the Court. Sentence imposed: 60 months incarceration as to Count 1, 120 months as to each of Counts 4–6, 168 months as to Counts 7–10, and 36 months as to Count 12, with all terms to run concurrent for a total term of imprisonment of 168 months; 3 years supervised release as to Counts 1, 4–10 and 12, concurrent; $900.00 special assessment; $2,955,106.51 restitution; voluntary surrender with additional terms of bond including location monitoring and home detention). Defendant was advised of her appeal rights by the Court. (Court Reporter Viola Zborowski) (ddm) (Entered: 09/09/2022) |
| 09/09/2022 | 229 | | JUDGMENT AND COMMITMENT as to Mitzi Bickers (1). As to Counts 1, 4–6, 7–10, 12, Defendant is sentenced to CBOP ONE HUNDRED SIXTY–EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4–6; one hundred sixty–eight (168) months as to Counts 7–10; and thirty–six (36) months as to Count 12, with all such terms to be served CONCURRENTLY; Supervised Release for THREE (3) YEARS: three (3) years as to Counts 1 and 4–10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY; $900 Special Assessment; Restitution to City of Atlanta – Department of Law in the amount of $2,955,106.51, to be paid jointly and severally with Elvin R. Mitchell, Jr. (1:17–CR–0015–SCJ) and Charles P. Richards, Jr. (1–17–CR–0030–SCJ). The defendant has been found not guilty on Count(s) 2, 3, 11. Signed by Judge Steve C. Jones on 09/09/2022. ––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (ddm) (Entered: 09/09/2022) |
| 09/14/2022 | 230 | | NOTICE OF APPEAL as to Mitzi Bickers re 229 Judgment and Commitment,,, 213 Jury Verdict. Filing fee $ 505, receipt number AGANDC–12065702. Transcript Order Form due on 9/28/2022 (Attachments: # 1 Exhibit Judgment and Commitment Order)(Goldberg, Marissa) (Entered: 09/14/2022) |
| 09/14/2022 | | | Request For Presentence Investigation Report as to Mitzi Bickers re: 230 Notice of Appeal, filed on 9/14/22. (pjm) (Entered: 09/14/2022) |
| 09/14/2022 | 231 | | USCA Appeal Transmission Letter as to Mitzi Bickers to USCA– 11th Circuit re: 230 Notice of Appeal, filed by Mitzi Bickers. (pjm) (Entered: 09/14/2022) |
| 09/14/2022 | 232 | | |

| | | | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Mitzi Bickers. (ddm) (Entered: 09/14/2022) |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number:  1:18-CR-0098-SCJ |
| | USM Number:  71557-019 |
| MITZI BICKERS | |
| | <u>Drew Findling and Marissa Goldberg</u> |
| | Defendant's Attorney |

**THE DEFENDANT:**

The defendant was found guilty on count(s) 1, 4-10, 12 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bribery | May 23, 2010 | 1 |
| 18 U.S.C. § 1857 And 18 USC §2 | Money Laundering | December 31, 2014 | 4-6 |
| 18 U.S.C. §§ 1343 and 1349 | Wire Fraud | May 2013 | 7-10 |
| 26 U.S.C. § 7206(1) | Filing False Tax Returns | April 20, 2012 | 12 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on Count(s) 2, 3, 11.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

DEFENDANT:  MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ

Judgment -- Page **2** of **7**

September 8, 2022
_____
Date of Imposition of Judgment

_____
Signature of Judge

STEVE C. JONES, U. S. DISTRICT JUDGE
_____
Name and Title of Judge

_____
Date

DEFENDANT:  MITZI BICKERS
CASE NUMBER:  1:18-CR-0098-SCJ

Judgment -- Page **3** of 7

---

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **ONE HUNDRED SIXTY-EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4-6; one hundred sixty-eight (168) months as to Counts 7-10; and thirty-six (36) months as to Count 12, with all such terms to be served CONCURRENTLY**.

The court makes the following recommendations to the Bureau of Prisons:  that defendant be designated to FCI Aliceville for service of sentence.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:   As notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  MITZI BICKERS
CASE NUMBER:  1:18-CR-0098-SCJ

Judgment -- Page 4 of 7

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a total term of **THREE (3) YEARS: three (3) years as to Counts 1 and 4-10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY**.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4.  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.   Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
5.  You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT:  MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ                                                    Judgment -- Page 5 of 7

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature _____ Date _____

USPO's Signature _____ Date _____

DEFENDANT:  MITZI BICKERS
CASE NUMBER:  1:18-CR-0098-SCJ                                      Judgment -- Page **6** of 7

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information.  The probation office may share the financial information with the United States Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must pay any ordered financial penalties in accordance with the Schedule of Payments sheet of the Judgment. Payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made payable to the Clerk, U.S. District Court, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  Any balance that remains unpaid at the commencement of the term of supervision shall commence within 60 days after release from imprisonment on the following terms: payable at a rate of no less than $250.00 monthly to U.S. District Court Clerk. You must notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

DEFENDANT: MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

Special Assessment

TOTAL       $900.00

Restitution

TOTAL       $2,955,106.51, joint and several with Elvin R. Mitchell, Jr. (1:17-CR-0015-SCJ)
and Charles P. Richards, Jr. (1:17-CR-0030-SCJ)

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Restitution Ordered |
| --- | --- |
| City of Atlanta – Dept. of Law<br>c/o Nina Hickson<br>55 Trinity Ave., Suite 5000<br>Atlanta, GA 30303 | $2,955,106.51 |

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

UNITED STATES OF AMERICA,    )  Case No. 1:18-CR-0098-SCJ-LTW-1
    )
    vs.                 )  **NOTICE OF APPEAL**
    )
MITZI BICKERS,          )
    )
        Defendant.    )
    )

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant, Mitzi Bickers, in the above-captioned case hereby appeals to the United States Court of Appeals for the Eleventh Circuit in the attached Judgment in a Criminal Case entered in this action on the 9th day of September, 2022.

DATED: September 14, 2022

Respectfully submitted,

/s/Drew Findling_____
Drew Findling
Georgia Bar No. 260425

/s/Marissa Goldberg_____
Marissa Goldberg
Georgia Bar No. 672798

The Findling Law Firm
One Securities Centre
3490 Piedmont Road
Suite 600
Atlanta, Georgia 30305
404.460.4500

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-CR-0098-SCJ-LTW-1 |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| MITZI BICKERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of the within:

NOTICE OF APPEAL

By electronic service:

> AUSA Jeffrey Davis
> AUSA Nathan Kitchens
> AUSA Tiffany Dillingham
>
> U.S. Attorney's Office for the
> Northern District of Georgia

This 14th day of September, 2022.

Respectfully submitted,


/s/Marissa Goldberg_____
Marissa Goldberg
Georgia Bar No. 672798

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|  | ) |  |
| v. | ) | Case Number:    1:18-CR-0098-SCJ |
|  | ) | USM Number:   71557-019 |
| MITZI BICKERS | ) |  |
|  | ) | Drew Findling and Marissa Goldberg |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

The defendant was found guilty on count(s) 1, 4-10, 12 after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Bribery | May 23, 2010 | 1 |
| 18 U.S.C. § 1857 And 18 USC §2 | Money Laundering | December 31, 2014 | 4-6 |
| 18 U.S.C. §§ 1343 and 1349 | Wire Fraud | May 2013 | 7-10 |
| 26 U.S.C. § 7206(1) | Filing False Tax Returns | April 20, 2012 | 12 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has been found not guilty on Count(s) 2, 3, 11.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

DEFENDANT: MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ

Judgment -- Page **2** of **7**

September 8, 2022
Date of Imposition of Judgment

Signature of Judge

STEVE C. JONES, U. S. DISTRICT JUDGE
Name and Title of Judge

Date

DEFENDANT: MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ

Judgment -- Page 3 of 7

Judgment in a Criminal Case
Sheet 2 -- Imprisonment

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **ONE HUNDRED SIXTY-EIGHT (168) MONTHS: sixty (60) months as to Count 1; one hundred twenty (120) months as to Counts 4-6; one hundred sixty-eight (168) months as to Counts 7-10; and thirty-six (36) months as to Count 12, with all such terms to be served CONCURRENTLY**.

The court makes the following recommendations to the Bureau of Prisons: that defendant be designated to FCI Aliceville for service of sentence.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: As notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  MITZI BICKERS
CASE NUMBER:  1:18-CR-0098-SCJ

Judgment -- Page 4 of 7

Judgment in a Criminal Case
Sheet 3 -- Supervised Release

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a total term of **THREE (3) YEARS: three (3) years as to Counts 1 and 4-10 and one (1) year as to Count 12, with all terms to run CONCURRENTLY**.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
4. You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.   Restitution payments must be made to Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303.
5. You must cooperate in the collection of DNA as directed by the probation officer.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ                                Judgment -- Page **5** of **7**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see Overview of Probation and Supervised Release Conditions, available at: www.uscourts.gov

I understand that a violation of any of these conditions of supervised release may result in modification, extension, or revocation of my term of supervision.

Defendant's Signature    _____    Date    _____

USPO's Signature    _____    Date    _____

DEFENDANT: MITZI BICKERS
CASE NUMBER: 1:18-CR-0098-SCJ

Judgment -- Page 6 of 7

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following special conditions of supervision.

You must make full and complete disclosure of your finances and submit to an audit of your financial documents at the request of your probation officer. You must provide the probation officer with full and complete access to any requested financial information and authorize the release of any financial information. The probation office may share the financial information with the United States Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must pay any ordered financial penalties in accordance with the Schedule of Payments sheet of the Judgment. Payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made payable to the Clerk, U.S. District Court, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303. Any balance that remains unpaid at the commencement of the term of supervision shall commence within 60 days after release from imprisonment on the following terms: payable at a rate of no less than $250.00 monthly to U.S. District Court Clerk. You must notify the Court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you violated a condition of your supervision and areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must permit confiscation and/or disposal of any material considered to be contraband or any other item which may be deemed to have evidentiary value of violations of supervision.

Judgment in a Criminal Case
Sheet 5 -- Criminal Monetary Penalties

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

<u>Special Assessment</u>

TOTAL     $900.00

<u>Restitution</u>

TOTAL     $2,955,106.51, joint and several with Elvin R. Mitchell, Jr. (1:17-CR-0015-SCJ)
            and Charles P. Richards, Jr. (1:17-CR-0030-SCJ)

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Restitution Ordered |
|---|---|
| City of Atlanta – Dept. of Law<br>c/o Nina Hickson<br>55 Trinity Ave., Suite 5000<br>Atlanta, GA 30303 | $2,955,106.51 |

*Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
**Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.