

**U.S. Department of Justice**
United States Marshals Service
75 Ted Turner Drive S.W. Suite 1600
Atlanta, GA 30303

*Michael Yeager*
*U.S. Marshal*

**OCTOBER 07, 2022**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 07 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Ms. MITZI BICKERS
USMS# 71557-019
CASE# 1:18-CR-00098-SCJ

Dear Ms. BICKERS

Pursuant to the sentence you received in federal court in the Northern District of Georgia, you are hereby directed to report to the following institution to begin service of your federal sentence.

| | |
|---|---|
| INSTITUTION: | FCI Marianna SCP<br>3625 FCI Road<br>Marianna, FL  32446 |
| TELEPHONE NO.: | (850) 526-2313 |
| REPORT DATE: | **NOON, NOVEMBER 08, 2022** |

Any further inquiries should be directed to the institution at the telephone number listed above.

Respectfully,

Michael Yeager
United States Marshal

Ronnie Virden
Criminal Section