IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>MITZI BICKERS | Criminal Action No.<br><br>1:18-CR-00098-SCJ-LTW |

### FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Mitzi Bickers. The Court entered the Consent Preliminary Order of Forfeiture on March 24, 2022, (Doc. 214), forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 982(a)(1), and 28 U.S.C. § 2461(c):

a. the Real Property located at 3306 Bay View Drive, Jonesboro, Georgia, more particularly described as:

[Tax Parcel ID: 61 075-2011-004786]

All that tract or parcel of land lying and being in Land Lot 9 of the 12th District, Henry County, Georgia, being Lot 18, Block A, of Bayview Lake Spivey Estates, and being more particularly described as follows:

Beginning at a point located on the easterly right of way of a cul-de-sac located at the end of Bay View Drive, said point being a distance of 548.50 feet southeasterly as measured along the right of way of Bay View Drive from the intersection of Bay View Drive with the right of way of Lost Valley Drive; from said point of beginning continuing thence in a southeasterly, southerly and southwesterly direction, and following along the right of way of Bay View Drive, along the arc of a curve to the right an arc distance of 80.00 feet (chord bearing South 34 degrees 23 minutes 33 seconds West and a chord length of 74.22 feet) to a point; running thence South 32 degrees 33 minutes 26 seconds East a distance of 275 feet, more or less, to the shoreline of Lake Spivey; running thence in a northerly and northeasterly direction, and following along the shoreline of Lake Spivey, and following the meanderings thereof, a distance of 388 feet, more or less, to a point; running thence South 76 degrees 25 minutes 20 seconds West a distance of 250.00 feet, more or less, to a point and the point of beginning.;

b. 2014 GMC Acadia Denali, bearing VIN 1GKKRTKD8EJ138259;

c. 2014 Yamaha WaveRunner, model VX1800A-NB, US-YAMA3116J314;

d. 2013 Yamaha WaveRunner, model SJ700, JP-YAMH0089E313;

e. 2013 Yamaha WaveRunner, model GX1800A, US-YAMA3940D313; and

f. 2014 Yamaha WaveRunner, model FA 1800-N, US-YAMA1141L31.

(Doc. 214), (collectively, the "Subject Property").

In accordance with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the Subject Property, on the official government internet site forfeiture.gov for at least 30 consecutive days.

Anytime Bail Bonding filed a claim against the Real Property located at 3306 Bay View Drive. (Doc. 222). On May 23, 2023, the United States and Anytime Bail Bonding entered into a settlement agreement, which stipulated that Anytime Bail Bonding shall accept $211,683.97 from the net proceeds of a sale of the Real Property as full and final satisfaction of its claim and interest in the Real Property. (Doc. 259).

No one else has filed a claim or petition to the Subject Property, and the deadline for doing so has expired.

This Court hereby finds that the Defendant's interest in the Subject Property was forfeited to the United States in the Consent Preliminary Order of Forfeiture; that the United States furnished due and legal notice of this proceeding as required by statute; that all persons known to the United States to have a possible interest in the Subject Property has received notice in this action; that no

one, other than Anytime Bail Bonding, has claimed an interest in the Subject Property; and that the United States and Anytime Bail Bonding have entered into a stipulated settlement agreement, in full satisfaction of Anytime Bail Bonding's claim and interest.

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), 982(a)(1), and 28 U.S.C. § 2461(c):

    a. the Real Property located at 3306 Bay View Drive, Jonesboro, Georgia, more particularly described as:

[Tax Parcel ID: 61 075-2011-004786]

All that tract or parcel of land lying and being in Land Lot 9 of the 12th District, Henry County, Georgia, being Lot 18, Block A, of Bayview Lake Spivey Estates, and being more particularly described as follows:

Beginning at a point located on the easterly right of way of a cul-de-sac located at the end of Bay View Drive, said point being a distance of 548.50 feet southeasterly as measured along the right of way of Bay View Drive from the intersection of Bay View Drive with the right of way of Lost Valley Drive; from said point of beginning continuing thence in a southeasterly, southerly and southwesterly direction, and following along the right of way

of Bay View Drive, along the arc of a curve to the right an arc distance of 80.00 feet (chord bearing South 34 degrees 23 minutes 33 seconds West and a chord length of 74.22 feet) to a point; running thence South 32 degrees 33 minutes 26 seconds East a distance of 275 feet, more or less, to the shoreline of Lake Spivey; running thence in a northerly and northeasterly direction, and following along the shoreline of Lake Spivey, and following the meanderings thereof, a distance of 388 feet, more or less, to a point; running thence South 76 degrees 25 minutes 20 seconds West a distance of 250.00 feet, more or less, to a point and the point of beginning.;

    b. 2014 GMC Acadia Denali, bearing VIN 1GKKRTKD8EJ138259;

    c. 2014 Yamaha WaveRunner, model VX1800A-NB, US-YAMA3116J314;

    d. 2013 Yamaha WaveRunner, model SJ700, JP-YAMH0089E313;

    e. 2013 Yamaha WaveRunner, model GX1800A, US-YAMA3940D313; and

    f. 2014 Yamaha WaveRunner, model FA 1800-N, US-YAMA1141L31.

2. All right, title, and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS __21st__ day of ____June____, 2023.

                                           _s/Steve C. Jones_
                                           STEVE C. JONES
                                           UNITED STATES DISTRICT JUDGE

Prepared by:
Kelly K. Connors, Assistant United States Attorney
(404) 581-6000

6